*State of New Jersey*

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX<br>TRENTON, NJ 08625-0 | JOHN J. HOFFMAN<br>*Acting Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | CHRISTOPHER S. PORRINO<br>*Director* |

August 27, 2013

**VIA ELECTRONIC FILING**
The Honorable Freda L. Wolfson, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   Tara King, Ed.D., et al., v. Christopher J. Christie, et al.
             Civil Action No.: 13-05038 (FLW-LHG)

Dear Judge Wolfson:

     Please be advised that the State Defendants consent to Plaintiffs' request to convert the Plaintiffs' motion for preliminary injunction into a motion for summary judgment. It is the State's intention to file a cross-motion for summary judgment. Accordingly, the State requests the opportunity to file a reply to Plaintiff's opposition and proposes that the reply be filed by September 26, 2013.

     Thank you for your kind consideration in this matter.

                              Respectfully submitted,

                              JOHN J. HOFFMAN
                            ACTING ATORNEY GENERAL OF NEW JERSEY
            By:   s/Susan M. Scott
                     Susan M. Scott
                     Deputy Attorney General

cc:    All Counsel of Record

