JOHN J. HOFFMAN
Acting Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants

By:   Susan M. Scott
      Deputy Attorney General
      (609) 777-3410
      susan.scott@dol.lps.state.nj.us

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| _____ | : | |
| TARA KING, ED.D., et al., | : | HON. FREDA L. WOLFSON, U.S.D.J. |
| | : | |
| Plaintiffs, | : | Civil Action No. 13-05038 (FLW-LHG) |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER J. CHRISTIE, | : | |
| Governor of the State of New Jersey, | : | |
| et al., | : | DECLARATION OF |
| | : | JACK DRESCHER, M.D. |
| Defendants. | : | |
| _____ | : | |

I, Jack Drescher, M.D., declare as follows:

1.      I have been retained by defendants as a consultant in connection with

this proceeding.  I have personal knowledge of the contents of this declaration, and

if called upon to testify, I could and would testify competently to the contents of this declaration.

<u>BACKGROUND AND QUALIFICATIONS</u>

2.      My background, experience, memberships and scholarly publications are summarized in my curriculum vitae, which is attached as Exhibit A to this declaration.  I am a licensed physician in the State of New York, and am board certified in psychiatry.  I have a private practice in psychiatry and psychoanalysis in New York City.  As part of my practice, I have treated patients who have undergone sexual orientation change efforts.  My experience with those patients led me to research and write about the subject of sexual orientation change efforts beginning in the late 1990s.

3.      I am immediate past president of the Group for Advancement of Psychiatry, a Distinguished Fellow of the American Psychiatric Association, and served as a consultant to the American Psychiatric Association's Committee on Public Affairs. I am a past Chair of the Association's Committee on Gay, Lesbian, and Bisexual Issues and a Past President of the New York County District Branch, with almost 2,000 members, the largest district branch in the United States.  I have served on the American Psychiatric Association's DSM-5 Workgroup on Sexual and Gender Identity Disorders for the revised and recently released Diagnostic and Statistical Manual of Mental Disorders, and am a member of the World Health

Organization's Working Group on the Classification of Sexual Disorders and
Sexual Health, part of the revision process of the eleventh edition of the
International Classification of Diseases (ICD-11).  I have academic appointment at
New York Medical College (Clinical Associate Professor) and New York
University (Adjunct Assistant Professor).

4.      I have authored and co-authored numerous professional articles and
book chapters dealing with sexual orientation issues, including a book,
*Psychoanalytic Therapy and the Gay Man*, and chapters on "Homosexuality, Gay
and Lesbian Identities, and Homosexual Behavior" in the 8th and 9th editions of
*Kaplan and Sadock's Comprehensive Textbook of Psychiatry*—one of the most
widely used psychiatric textbooks in the world.   I have also edited and co-edited
numerous books dealing with gender, sexuality and the health and mental health of
the LGBT communities.  I often speak for the APA to the media and general public
on LGBTQ issues including sexual orientation change efforts (SOCE).

5.      I served as one of six members on the American Psychological
Association's Task Force on Appropriate Therapeutic Responses to Sexual
Orientation.  The Task Force issued a report of its findings in 2009, after a lengthy
process of extensive study of the existing research, and drafting and peer review of
the findings (Report of the American Psychological Association Task Force on
Appropriate Therapeutic Reponses to Sexual Orientation, 2009 ("APA Report")).

## SEXUAL ORIENTATION

6.      Since at least the middle of the 19th century, scientists had debated

the issue of whether homosexuality was an illness or a normal variant of human

sexuality.  During the social turmoil of the 1960's and 1970's, protests prompted

organized psychiatry to scientifically reassess the pathologizing of homosexuality.

As a result, in 1973, the American Psychiatric Association (APA) removed

homosexuality from the list of mental disorders in the Diagnostic and Statistical

Manual of Mental Disorders (DSM).  The DSM-II instead included the term

"sexual orientation disturbance," which was replaced in the DSM-III by "ego-

dystonic homosexuality".  In 1987, ego-dystonic homosexuality was removed

entirely from the DSM-III-R, as it was recognized that the term still pathologized

homosexuality, and such a result was inconsistent with the evidence-based

approach embraced by psychiatry.  The World Health Organization later followed

suit, removing homosexuality from the Tenth Edition of the International

Classification of Diseases (ICD-10) in 1992.

7.      Once homosexuality was no longer considered a disease, the debate

over treatment of homosexuals continued.  Two sides with differing belief systems

emerged:  one side believes that homosexuality is normal and acceptable and the

other side believes that homosexuality is neither normal nor acceptable.  The first

belief system – the "normal/identity model" regards homosexuality as a normal

variation of human expression and in acceptance of one's homosexual orientation as a distinguishing feature of a gay or lesbian identity.  This group believes that gay men and lesbians are sexual minorities who need protection from discriminatory practices, including changing laws based on characterizations of homosexuality as either an illness or immoral choice.

8.      The opposing position operates from an "illness/behavior model". This model regards any open expressions of homosexuality as behavioral symptoms either indicative of psychiatric illness or a moral failing, or perhaps some combination of both.  This position maintains that illness and/or immorality cannot provide a foundation for creating a normal identity.

9.      Following the 1973 removal of homosexuality from the DSM, professional organizations like the American Psychiatric Association, the American Medical Association and the American Psychological Association, among others, recognized and accepted some of the social implications of the normal/identity model.  Position statements were published supporting nondiscrimination on the basis of sexual orientation.  The recognition and acceptance of the normal/identity model led some opposed to the model to claim that professional organizations had been "taken over" by "homosexual activists" and to dismiss their moral or scientific authority in the sociopolitical debate.  (Jack

Drescher, *Ethical Issues in Treating Gay and Lesbian Patients*, 25 Psychiatr Clin

N Am at 607, citing C. Socarides Homosexuality:  a freedom too far,  (1995).)

10.   Other clinicians, whose belief in the discredited illness/behavior

model put them at odds with the mental health mainstream, began speaking out to

the general public instead.  Their message was that heterosexuality is the only

normal expression of human sexuality, homosexuality is a sick/immoral

"behavior" and not a "normal identity" and gay people are only seeking approval

for bad behavior.  (*Id*. at 607-08.)  These therapists oppose the normal/identity

model and argue that people are not "born gay" and can change their sexual

orientation. (*Id*. at 608).

<u>SEXUAL ORIENTATION CHANGE EFFORTS</u>

11.   Sexual orientation change efforts have existed since at least the

beginning of the modern era, and are based upon either a concept that

homosexuality is a disease that needs to be cured or a form of "stunted"

psychosexual growth in need of maturing.  Even Sigmund Freud attempted to

change the sexual orientation of a young woman brought for treatment by her

parents, but reported no success in his effort.  In spite of the lack of any empirical

data showing proven success, individuals wishing to escape the social stigma of

being gay and/or whose religious beliefs condemn homosexuality continue to seek

out clinicians who claim they can "cure" homosexuality.

12.     At first SOCE or "reparative therapies" were regarded by professional associations as private agreements between individual patients and therapists.  It was originally believed, either implicitly or explicitly, that efforts to "cure" homosexuality would not lead to harm.  However, complaints about poor outcomes in therapy led to increased outside scrutiny and an emerging clinical focus on patients who attempted and failed SOCE and later adopted a gay or lesbian identity.  (*See, e.g.,* Ariel Shidlo & Michael Schroeder, *Changing Sexual Orientation: A Consumers' Report*, 33 Professional Psychology: Research and Practice 249-259 (2002)).  Increasing numbers of anecdotal accounts from patients suggested that therapists may be doing psychological damage to patients and their families who fail to "convert" and ultimately come out as gay.

13.     The use of psychoanalytic and behavior therapy in SOCE was prevalent through the 1960s and early 1970s.  Behavior therapists used a variety of aversion treatments, including electric shock treatments, nausea-inducing drugs and having an individual snap an elastic band around the wrist when the individual became aroused to same-sex erotic images or thoughts.  (APA Report at 22).  Some cognitive therapists attempted to change thought patterns using hypnosis or by redirecting thoughts and reframing desires, but these efforts were generally not successful. (*See id*.)

14.     After homosexuality was removed from the DSM, the use of aversive therapies fell into disfavor as therapists became concerned that aversive therapies were inappropriate, unethical and inhumane.  Prominent practitioners in psychoanalysis and other fields began questioning SOCE therapy and its underpinnings in the pathology of homosexuality.  Over time, in addition to the non-discrimination policies adopted by the various professional organizations, mainstream professional organizations issued recommendations and position papers that SOCE therapy not be practiced.  Concurrently, as training programs for mental health professionals stopped teaching SOCE therapies, their current practitioners are trained in these techniques outside the mental health mainstream.

15.     In 1998, the American Psychiatric Association stated, "The potential risks of 'reparative therapy' are great and include depression, anxiety, and self-destructive behavior, since therapist alignment with societal prejudices against homosexuality may reinforce self-hatred already experienced by the patient." The statement went on to say, "APA opposes any psychiatric treatment, such as 'reparative' or 'conversion' therapy, that is based on the assumption that homosexuality per se is a mental disorder or is based on the a priori assumption that the patient should change his or her homosexual orientation."  In 2000, the American Psychiatric Association affirmed its earlier position that SOCE is not an appropriate treatment, recommending that "ethical practitioners refrain from

attempts to change individuals' sexual orientation, keeping in mind the medical

dictum to first, do no harm."  In that position paper, the APA noted that there are

no sufficiently scientific rigorous outcome studies to evaluate all of the anecdotal

claims of efficacy or harm of SOCE.  But even with limited data, the APA found

that it was possible to evaluate the theories which rationalize or support the

conduct of "reparative" and conversion therapies.  The APA noted that the theories

are at odds with the scientific position that homosexuality per se is not a

diagnosable mental disorder or some form of psychopathology that can or may be

"cured".  Similar statements have been made by the American Academy of Child

and Adolescent Psychiatry (*see* its Practice Parameter on Gay, Lesbian or Bisexual

Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children

and Adolescents), the Royal College of Psychiatrists ("homosexuality is not a

psychiatric disorder" and "no sound scientific evidence exists that sexual

orientation can be changed"); and the Pan American Health Organization ("Since

homosexuality is not a disorder or a disease, it does not require a cure.  There is no

medical indication for changing sexual orientation").

     16.    Beginning in the late 1990s, the visibility of SOCE increased.  Despite

the position of the overwhelming majority of mental health professionals that

homosexuality is not a disease or a diagnosable mental disorder, some health care

professionals continued to claim they could "cure" homosexuality.  In an effort to

resolve the question, in 2007, the American Psychological Association assembled a task force (the "Task Force"), of which I was a member, to conduct a systematic review of the peer-reviewed research on SOCE in an effort to conduct an evidence-based appraisal of the potential benefits and harm of SOCE.

17.     The Task Force found that there were few studies of SOCE that met methodological standards such that conclusions could be drawn as to efficacy or safety.  As to the more recent practices of SOCE, that lack of data caused the Task Force to conclude that "claims that recent SOCE is effective are not supported." Some of the older studies with better scientific controls demonstrated that "enduring change to an individual's sexual orientation is uncommon" and that "it is unlikely that individuals will be able to reduce same-sex attractions or increase other-sex sexual attractions through SOCE."  (APA Report at 2-3).

## RISK OF HARM FROM SOCE

18.     Plaintiffs, and current practitioners of SOCE, claim that aversive therapies are no longer used. Although aversive therapies are uncommon and fell into disfavor after 1973, within the past ten years, I was contacted by a journalist for comments about Mormon men she interviewed in Nevada and Utah who had been subjected to shock treatment as part of SOCE.  Although plaintiffs argue that current SOCE is conducted through talk therapy, implying that such therapy could not cause harm, talk therapy can cause significant harm to patients.

10

19.    SOCE has as its underpinning verbal misrepresentations about human sexual development.  Typical statements in "treatment" by SOCE practitioners include hurtful untruths, such as "you have a mental disorder, no matter what the American Psychiatric Association says" or "if you are gay, you will probably die early and live an unhappy and unhealthy life."  Or "gay relationships do not last and you will grow up to be old and lonely."  Or "God will not love you if you are gay."  The discredited theories used to explain same-sex attraction include male patients not having close enough relationships with their father figures, or having dominating mother figures, or having been sexually abused early in their lives.

20.    Reparative therapists' beliefs can create unreasonable expectations since an underlying premise of SOCE is that "if you want to change and try hard enough, or if your faith is strong enough, you can."  This concept sets patients up to blame themselves for the treatment's failure, even though the majority of people who attempt SOCE fail to change.  When the change efforts are unsuccessful, the patient is told and often believes it is the patient's own lack of motivation or faith, rather than any fault of the practitioner or the therapy itself, that led to failure to change.  Such self-blame is always harmful to the patient.

21.    Additional adverse effects of SOCE are reported in a growing number of autobiographical accounts by gay individuals who unsuccessfully attempted to change their sexual orientations.  Some reported therapist encouragement to marry

and have children, followed by the eventual dissolution of a patient's heterosexual marriage. Others have reported feelings of depression, suicide, anxiety, and guilt evoked in a patient when the treatment failed. Still others have reported loss of self-esteem, avoidance of intimacy and sexual dysfunction.

22.     Even though there is literature concerning the adverse effects of SOCE in adult patients, there is little study of SOCE in minors. (APA Report at 72). Because sexual orientation generally does not emerge until puberty with the onset of sexual desires, the few non-peer reviewed presentations on childhood interventions are based on theories of sexual orientation that assume certain patterns of family relationships cause same-sex sexual orientation, and that encouraging gender stereotypical behavior and family relationships will alter sexual orientation. (*Id.*)

23.     In spite of the lack of scientific studies, minors are particularly at risk of harm from SOCE due to their emotional and cognitive vulnerability. They have limited capacity to participate in decision-making regarding their own treatment, and don't have the legal capacity for informed consent. They may be unable to anticipate the future consequences of a particular course of action or therapy. Minors depend on their parents to make treatment decisions for them, and their financial and psychological dependence on their parents may also eliminate any choice whether to undergo SOCE.

24.     Unlike proven medical treatments, SOCE is not proven effective, and may, in fact, be harmful.  The therapist is an authority figure to the child, so statements that have negative impact on adults will have an even greater impact on children.  Children may be particularly vulnerable to statements that "God will not love them" if they are gay, or, even worse, they are made vulnerable by the fear of family rejection in the likely event the therapy does not succeed.  At least one study of lesbian, gay and bisexual youth has shown that family rejection is strongly associated with poor mental health outcomes as these groups were found to be 8.4 times more likely to report having attempted suicide, 5.9 times more likely to report high levels of depression and 3.4 times more likely to use illegal drugs (*See, e.g.*, Caitlin Ryan, David Huebner, Rafael M. Diaz & George Sanchez, *Family Rejection as a Predictor of Negative Health Outcomes in White and Latino Lesbian, Gay and Bisexual Young Adults,* 123 Pediatrics 346 (Jan. 1, 2009).). LGBT youth are overrepresented in foster care, juvenile detention, and among homeless youth, often because parents who cannot accept children who are gay or gender variant throw them out of the home.

25.     In SOCE approaches, simplistic misrepresentations of complex issues are often presented to clients, their families and the public as facts, which results in unrealistic expectation and self-blame.  In SOCE approaches with minors, an unscientific opinion based on an unproven theory is elevated to the same level as

science because of the child's perception of the therapist as an authority figure who represents the wishes of parents. In such cases, not only is a minor patient unable to give informed consent, parental consent is often based primarily upon their desires to change their child's sexual orientation rather than on sorting out the science and pseudoscience of human sexuality. Some parents are willing to make major sacrifices of time, effort, and money to achieve that goal, regardless of any proven lack of efficacy.

26.     Patients may feel abandoned by their therapists in the event they determine that SOCE is unsuccessful and they choose to come out as gay.  In Dr. Joseph Nicolosi's Declaration submitted in support of plaintiff's motion in this matter, he explicitly states that his informed consent form advises patients that neither he, nor anyone in his clinic, will provide what he refers to as "gay-affirming therapy" and that clients should seek another therapist [on their own] if that is the goal.  (Declaration of Dr. Joseph Nicolosi, ¶ 7.)  There is no suggestion in his Declaration that Dr. Nicolosi would refer the patient to another therapist who could provide a different type of therapy.  Without a referral, and in need of continued therapy, according to anecdotal reports the patient may feel abandoned, with an increase in depression, anxiety and self-blame.

27.     SOCE proponents, after more than half a century of practice, have failed to demonstrate the efficacy of SOCE or to refute the reports of harm

reported by individuals and therapists.  When there is a risk of harm and no proven

efficacy of treatment, the maxim "first do no harm" must come into play when

treating patients, particularly minors.

CONCLUSION

28.    The position of mainstream medical and mental health professions is

that the role of a therapist is to help patients tolerate the feelings that emerge

during the process of exploring possible sexual identities.  Rather than focusing on

a single outcome, the therapist should regard either a homosexual or heterosexual

identity as a reasonable outcome of treatment.  The therapist's dedication to the

patient's best interest should be paramount in any treatment.  SOCE is contrary to

this recognized objective of treatment, and, as repeatedly recognized in the

mainstream medical and mental health community, SOCE provides little benefit to

patients while exposing those patients to substantial risks of harm.

I declare under penalty of perjury pursuant to the laws of the State of New

Jersey that the foregoing is true and correct.

Executed this 12th day of September, 2013 in New York, New York.

Jack Drescher, M.D.

Exhibit A

# JACK DRESCHER, M.D                                     CURRICULUM VITAE

OFFICE:                                      HOME:
440 West 24 Street, 1A                       420 West 23 Street, 7D
New York, NY  10011                          New York, NY  10011
Tel:  212.645-2232                           Tel:  212.645-2593
Fax:  212.633-8381                           DOB:  August 28, 1951
e-mail: jackdreschermd@gmail.com
website:  www.jackdreschermd.net

## EDUCATION

Bachelor of Arts in Biology, l968-l972
Brooklyn College, CUNY, Brooklyn, NY.

Transfer (no degree granted) l973-l978
University of Padova (Padua) School of Medicine, Italy

Medical Degree, l978-1980
University of Michigan School of Medicine, Ann Arbor, MI

## POST-DOCTORAL TRAINING

Categorical Internship in Psychiatry, l980-1981
St. Vincent's Hospital and Medical Center, New York, NY.

Resident in Psychiatry, 1981-l983
SUNY-Downstate Medical Center, Brooklyn, NY.

Chief Resident in Psychiatry, l983-l984
SUNY-Downstate Medical Center, Brooklyn, NY.

Psychoanalytic Candidate in Training, l988-l992
William Alanson White Institute for Psychiatry, Psychoanalysis and Psychology,
New York, NY.

## CERTIFICATIONS AND LICENSURE

Diploma, 1981
National Board of Medical Examiners

New York State Medical License # 147095, 1981

Drug Enforcement Administration # AD2685076, 1984

Certification in Psychiatry (#27330), l985
American Board of Psychiatry and Neurology

Certificate in Psychoanalysis, l992
William Alanson White Institute, New York, NY.

## HOSPITAL AFFILIATIONS

University Hospital of Brooklyn, 1984-1993
Brooklyn, NY.

Gracie Square Hospital, 1986-1994
New York, NY.

St. Luke's—Roosevelt Hospital Center, 2004-2008
New York, NY.

# JACK DRESCHER, M.D.

## AWARDS AND HONORS

Lawrence W. Kaufman Award, November 1993
(For an original paper by a graduating candidate)
William Alanson White Psychoanalytic Institute.

Election to Fellowship, 1994
American Psychiatric Association.

Award for Excellence in Communications, April 12, 1997
William Alanson White Psychoanalytic Society.

Certificate of Appreciation, May, 1999
(For service as Editor-in-Chief of the Journal of Gay and Lesbian Psychotherapy)
Association of Gay and Lesbian Psychiatrists.

Seventh Annual GALA Award, October, 2000.
(For outstanding contributions to the gay and lesbian psychoanalytic community)
Gay and Lesbian Analysts.

Certificate of Appreciation, October, 2001.
(In recognition of valuable service in response to the events of September 11, 2001)
American Red Cross.

Co-Editor, Best Book on Gay, Lesbian and/or Bisexual Psychology, August 24, 2002.
*Sexual Conversion Therapy:  Ethical, Clinical and Research Perspectives* (Haworth, 2001)
Division 44 of the American Psychological Association.

Elevation to Distinguished Fellow, 2003
American Psychiatric Association.

GLPNY Service Award, November 24, 2003.
(For contributions to the gay and lesbian community and the organization)
Gay and Lesbian Psychiatrists of New York.

James Paulsen Service Award, May 5, 2004.
(For service to the organization)
Association of Gay and Lesbian Psychiatrists.

Myer D. Mendelson, MD, Award, November 6, 2004.
(For outstanding contributions to psychiatry and psychoanalysis)
Committee on Psychiatry, William Alanson White Institute.

Nomination for President-Elect, September 9, 2005.
American Psychiatric Association.

Second Annual Irma Bland Award for Excellence in Teaching Residents, May 21, 2006.
(For outstanding and sustaining contributions made as a faculty member to St. Luke's—Roosevelt
Hospital)
American Psychiatric Association.

Nominee, Gradiva Award, August 2008.
(For a published journal article that advances psychoanalysis)
National Association for the Advancement of Psychoanalysis.

Special Presidential Commendation, May 18, 2009.
(In recognition of public affairs activities for APA)
American Psychiatric Association.

Distinguished Psychiatrist Lecturer, May 19, 2009.
(For outstanding achievement in the field of psychiatry as an educator, researcher, and clinician)
American Psychiatric Association.

Certificate of Appreciation, August, 2009.
(For participation on Task Force on Appropriate Therapeutic Response)
Division 44, American Psychological Association.

Psychoanalytic Electronic Publishing Author Prize, August, 2012.
(For most downloaded authors of 2011)
Psychoanalytic Electronic Publishing (PEP-WEB).

Harry Stack Sullivan Award Lecturer, March 6, 2013.
Sheppard-Pratt, Baltimore, MD.

# JACK DRESCHER, M.D.

## CURRENT CLINICAL POSITIONS

Private Practice of Psychiatry, 1985-Present; Full Time Practice 1993-Present
New York, NY.

## PAST CLINICAL POSITIONS

Associate Attending Psychiatrist, 2004-2008
St. Luke's—Roosevelt Hospital Center, New York, NY.

Attending Psychiatrist, Treatment Team Leader, 1984-1989
University Hospital of Brooklyn, SUNY-Downstate Medical Center, Brooklyn, NY.

Director, Affective Disorder Clinic, 1989-1993
Downstate Mental Hygiene Associates, Brooklyn, NY.

Psychiatric Consultant to the Clinical Service, 1993-2001
William Alanson White Psychoanalytic Institute, New York, NY.

Independent Psychiatric Examiner, 1998
Prudential Disability Insurance, New York, NY.

Independent Psychiatric Examiner, 1998-1999
Comprehensive Medical Services, Middletown, NJ.

Independent Psychiatric Examiner, 1994-2001
Crawford Disability Management, Uniondale, NY.

## ACADEMIC AND TEACHING POSITIONS

Clinical Instructor in Psychiatry, 1984-1987
SUNY-Downstate Medical Center, Brooklyn, NY.

Medical Student Preceptor, 1984-1989
University Hospital of Brooklyn, SUNY-Downstate Medical Center, Brooklyn, NY.

Clinical Assistant Professor of Psychiatry, 1987-Present (Adjunct, 2009-Present)
SUNY-Downstate Medical Center, Brooklyn, NY.

Coordinator of Resident Training, 1991-1993
Downstate Mental Hygiene Associates, Brooklyn, NY.

Faculty Member, Center for Applied Psychoanalysis (Formerly CPED—Division II), 1992-2001
William Alanson White Psychoanalytic Institute, New York, NY.

Faculty Member, Psychoanalytic Division (I), 1997-Present
William Alanson White Psychoanalytic Institute, New York, NY.

Part Time Faculty Member, 2000
Adelphi University, Garden City, NY.

Adjunct Faculty Member, Organization Program, 2005-2011
William Alanson White Psychoanalytic Institute, New York, NY.

Adjunct Assistant Professor, 2006-Present
New York University Postdoctoral Program in Psychotherapy and Psychoanalysis, New York, NY.

Clinical Assistant Professor of Psychiatry & Behavioral Sciences, 2006-2009
New York Medical College, Valhalla, NY.

Clinical Associate Professor of Psychiatry & Behavioral Sciences, 2009-Present
New York Medical College, Valhalla, NY.

JACK DRESCHER, M.D.

## PROFESSIONAL ORGANIZATIONS

American Medical Association, 1980-Present

Gay and Lesbian Psychiatrists of New York, 1981-Present

New York County District Branch, American Psychiatric Association, 1984-Present

New York State Psychiatric Association, 1984-Present

American Psychiatric Association, 1984-Present

Association of Gay and Lesbian Psychiatrists, 1987-Present

American Academy of Psychoanalysis and Dynamic Psychiatry, 1989-Present

Gay and Lesbian Analysts, 1992-2010 (founding board member)

International Federation of Psychoanalytic Societies, 1992-Present

William Alanson White Psychoanalytic Society, 1992-Present

Gay and Lesbian Medical Association, 1995-Present

New York Gay and Lesbian Physicians, 1995-Present (founding board member)

New York County Medical Society, 1995-2010

New York State Medical Society, 1995-2010

Group for the Advancement of Psychiatry, 1995-Present (by invitation)

American College of Psychiatrists, 1998-Present (by invitation)

Society for the Psychological Study of Lesbian, Gay, Bisexual and Transgender Issues [Division 44 of the American Psychological Association], 2001-Present

New York Academy of Medicine, 2001-Present (by invitation)

The Society for the Scientific Study of Sexuality, 2003-Present (by invitation)

International Academy of Sex Research, 2003-Present (by invitation)

International Association of Relational Psychoanalysts and Psychotherapists, 2005-Present

Psychoanalytic Society of the NYU Postdoctoral Program, 2007-Present (by invitation)

Società Italiana di Psicoterapia per lo Studio delle Identità Sessuali (Italian Society of Psychotherapy for the Study of Sexual Identity), Honorary Member, 2013 (by invitation)

## JACK DRESCHER, M.D.

**CURRENT ELECTED POSITIONS IN PROFESSIONAL ORGANIZATIONS**

President-Elect, 2009-2011; President, 2011-Present
Group for the Advancement of Psychiatry

**PAST ELECTED POSITIONS IN PROFESSIONAL ORGANIZATIONS**

President-Elect, 1999; President, 2000, Immediate Past President, 2001, Past President, 2002
New York County District Branch, American Psychiatric Association

Deputy Representative to the American Psychiatric Association Assembly, 1999-2001
Caucus of Gay, Lesbian and Bisexual Psychiatrists

Trustee, 1997-2000
American Academy of Psychoanalysis

Secretary, 1995-1997; Re-elected 1997-1999
New York County District Branch, American Psychiatric Association

Fellow, First Term:  2001-2006; Re-elected to second term:  2006-2011
William Alanson White Psychoanalytic Institute

Member, Board of Directors, 2006-2009
Group for the Advancement of Psychiatry

**LIAISON BETWEEN PROFESSIONAL ASSOCIATIONS**

American Academy of Psychoanalysis Liaison, Committee on Public Affairs, 1997-2001
American Psychoanalytic Association

Delegate, William Alanson White Psychoanalytic Society, 1998-2002
International Federation of Psychoanalytic Societies

Member, Public Information Task Force of the Psychoanalytic Consortium, 2003-Present
American Academy of Psychoanalysis and Dynamic Psychiatry

**CURRENT PROFESSIONAL ASSOCIATION COMMITTEES**

Member, Committee on LGBT Issues, 2003-Present
Group for the Advancement of Psychiatry

Board of Directors, 2006-Present
Board Member, 2006-2009; President-Elect, 2009-2011; President, 2011-Present
Group for the Advancement of Psychiatry

Member, Finance Committee, 2007-Present
Chair, 2009-2011
Group for the Advancement of Psychiatry

Member, DSM-5 Workgroup, Sexual & Gender Identity Disorders (GID Subcommittee), 2007-Present
American Psychiatric Association

Member, Working Group on the Classification of Sexual Disorders and Sexual Health, 2011-Present
World Health Organization (ICD Revision Process)

# JACK DRESCHER, M.D.

## PAST PROFESSIONAL ASSOCIATION COMMITTEES

Co-Chair, Committee on Gay and Lesbian Issues, 1994-1995
Chair, 1987-1994
Member, 1984-1987
New York County District Branch, American Psychiatric Association

Member, Steering Committee, 1984-2000
Gay and Lesbian Psychiatrists of New York

Member, Committee on AIDS, 1986-1995
New York County District Branch, American Psychiatric Association

Member, Recruitment Committee, 1991-1995
William Alanson White Psychoanalytic Institute

Member, Committee on Culture, 1993-1995
William Alanson White Psychoanalytic Institute

Member, Committee (formerly Task Force) on Psychoanalysis, 1993-2004
Association of Gay and Lesbian Psychiatrists

Founding Member, Steering Committee, 1994-2001
Gay and Lesbian Analysts

Member, Electoral Commission, 1995-1998
American Academy of Psychoanalysis

Member, Committee on Ethics, 1995-2000
New York County District Branch, American Psychiatric Association

Founding Member, Steering Committee, 1995-2009
New York Gay and Lesbian Physicians

Member, Committee on Psychiatric Issues, 1996-2007
Chair, 1995-1996
William Alanson White Psychoanalytic Institute/Society

Chair, Committee on Nominating, 1996, 2001
Member, 1997, 2002
New York County District Branch, American Psychiatric Association

Member, Tellers Committee, 1997-1998
New York County District Branch, American Psychiatric Association

Member, Task Force on Reparative Therapy, 1998
New York County District Branch, American Psychiatric Association

Member, Membership Committee, 1998-1999
American Academy of Psychoanalysis

Chair, Policy and Planning Committee, 1998-2000
Member, 1994-1998
William Alanson White Psychoanalytic Society

Liaison from the Caucus of Gay Lesbian and Bisexual Psychiatrists to the APA Commission on
Psychotherapy by Psychiatrists, 1998-1999
American Psychiatric Association

Member, Committee on the Abuse of Psychiatry and Psychiatrists, 1999-2000
American Psychiatric Association

JACK DRESCHER, M.D.

## PAST PROFESSIONAL ASSOCIATION COMMITTEES (continued)

Chair, Committee on Human Sexuality, 1998-2003
Member, 1995-1998
Group for the Advancement of Psychiatry

Member, Steering Committee, 1998-2003
Group for the Advancement of Psychiatry

Chair, Task Force on the DB Constitution, 1998-2004
New York County District Branch, American Psychiatric Association

Chair, Committee on Gay, Lesbian and Bisexual Concerns, 2000-2006
American Psychiatric Association

Member, Publications Committee, 2001-2005
Group for the Advancement of Psychiatry

Co-Chair, Metropolitan Club Development Committee, 2002
William Alanson White Institute

Member, Council on Minority Mental Health and Health Disparities, 2002-2006
American Psychiatric Association

Member, Trustee/Fellows Strategic Long-Range Planning Committee, 2002-2005
William Alanson White Institute

Member, Institute Finance Committee, 2003-2007
William Alanson White Institute

Member, Task Force on Ethics, 2003-2008
William Alanson White Institute

Member, Committee on Nominations and Elections, 2004-2008
William Alanson White Institute

Member, Task Force on Education Funding, 2004-2006
New York County District Branch, American Psychiatric Association

Chair, Professions Bill Workgroup, 2004-2005
New York State Psychiatric Association

Chair, Task Force on Psychoanalytic Licensing, 2004-2006
William Alanson White Institute

Member, Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2007-2009
American Psychological Association

Chair, Scientific Colloquia Committee, 2006-2008
Member, 2008-2009
NYU Postdoctoral Program in Psychotherapy and Psychoanalysis

Consultant, Committee on Public Affairs, 2007-2009
American Psychiatric Association

# JACK DRESCHER, M.D.

## COURSES TAUGHT

Introduction to Psychopharmacology, 1985-1987
PGY-I Resident Course, SUNY-Downstate Medical Center, Brooklyn, NY.

Psychopathology of Affective Disorders, 1989-1992
PGY-II Resident Course, SUNY-Downstate Medical Center, Brooklyn, NY.

Psychoanalytic Theory, 1990-1992
Third Year Medical Student Course, SUNY-Downstate Medical Center, Brooklyn, NY.

Introduction to Psychotherapy, 1990-1992
PGY-II Resident Course, SUNY-SUNY-Downstate Medical Center, Brooklyn, NY.

Affective Disorder Conference, 1990-1993
PGY-III and PGY-IV Resident Course, SUNY-Downstate Medical Center, Brooklyn, NY.

Psychodynamic Psychotherapy, 1994-1996
PGY-III and PGY-IV Resident Course,
Mount Sinai Services at Elmhurst Hospital Center, Elmhurst, NY.

Gay Male Identity Development, 1996-1997
Lecturer in course on "The Treatment of Lesbians and Gay Men in Psychiatric Practice"
APA 49th Institute on Psychiatric Services, Washington, DC, October 1997
APA 48th Institute on Psychiatric Services, Chicago, IL, October 1996

Contemporary Psychotherapy With Gay Men, June, 1997
One-Week Seminar on "Clinical Applications of Interpersonal Theory"
Continuing Professional Education Division,
William Alanson White Psychoanalytic Institute, New York, NY.

Psychopharmacology and Psychotherapy, 1993-1997
Continuing Professional Education Division (CPED),
William Alanson White Psychoanalytic Institute, New York, NY.

The Interpersonal Approach to Schizophrenia and Related Disorders, 1997-1998
Psychoanalytic Division (I) Course for Third Year Psychoanalytic Candidates
William Alanson White Psychoanalytic Institute, New York, NY.

Contemporary Psychotherapy With Gay Men, 1997-2000
Clinical Application of Interpersonal Theory, Center for Applied Psychoanalysis
William Alanson White Psychoanalytic Institute, New York, NY.

Clinical Case Seminar on Gender and Sexuality, 2000
Derner Institute Doctoral Program in Clinical Psychology, Adelphi University.

Basic Psychoanalysis, 2002-2009
Organization Program
William Alanson White Psychoanalytic Institute, New York, NY.

Bending Psychoanalysis, 2006, 2009
NYU Postdoctoral Program in Psychotherapy and Psychoanalysis, New York, NY.

Homosexuality and Psychiatry, 2006-2007
Class in History of Psychiatry course for PGY-II Residents, Department of Psychiatry, St. Luke's—
Roosevelt Medical Center, New York, NY.

Master Class on treating LGBT patients, 2007.
Advanced Psychodynamic Psychotherapy Alumni Association, St. Louis, MO

Homosexuality and Psychiatry, 2007-2009
Class in History of Sexuality course for PGY-III Residents, Department of Psychiatry, St. Vincent's
Medical Center, New York, NY.

Current Theories of Gender and Sexuality, 2007-2011
Required course for third year psychoanalytic candidates
William Alanson White Institute, New York, NY.

## JACK DRESCHER, M.D.

### COURSES TAUGHT (continued)

Interpersonal Psychoanalysis, September 2009
Kyoto Institute of Psychoanalysis and Psychotherapy, Kyoto, Japan.

Bending Psychoanalysis: Psychoanalytic Approaches to LGBT Patients, 2010
NYU Postdoctoral Program in Psychotherapy and Psychoanalysis, New York, NY.

Gender and Sexuality: A Contemporary Psychoanalytic Perspective, June 2011.
Current Perspectives in American Interpersonal Psychoanalysis, Summer Intensive Course
William Alanson White Institute, New York, NY

Topics in Gender and Sexuality: Psychoanalytic Psychotherapy with Gay Patients.
Invited Guest Lecturer, November 21, 2011
New York Psychoanalytic Institute Institute, New York, NY

### ON-LINE COURSES TAUGHT

Psychoanalytic Therapy and the Gay Man
International On-Line Seminar
The Psychoanalytic Connection, May 2000.

Homophobia
APA Grand Rounds On-Line, June, 2004

What Causes Homosexuality? A Gay Perspective on Psychoanalytic Knowledge and Authority
International Association of Relational Psychoanalysts and Psychotherapists, March-April 2006

### CURRENT ADMINISTRATIVE POSITIONS

Member, Executive Board, 1997-Present
Association of Gay and Lesbian Psychiatrists

Member, Training [Progression] Committee, 2010-Present
William Alanson White Institute

### PAST ADMINISTRATIVE POSITIONS

Member, Training Committee, 1983-1984
SUNY-Downstate Medical Center/Kings County Hospital, Brooklyn, NY.

Member, Clinical Care Committee, 1982-1984
Kings County Psychiatric Hospital, Brooklyn, NY.

Member, Pharmacy and Therapeutics Committee, 1985-1989
Department of Psychiatry Representative, SUNY-Downstate Medical Center, Brooklyn, NY.

Member, Utilization Review Committee, 1989-1992
Department of Psychiatry Representative, SUNY-Downstate Medical Center, Brooklyn, NY.

Member, Curriculum Committee, Bisexual, Lesbian and Gay Psychiatry Fellowship, 1992-1994
NYU-Bellevue Medical Center, New York, NY.

 Chair, HIV Conference Committee, 1995-1996
William Alanson White Psychoanalytic Institute.

Associate Medical Director, HIV Clinical Service, 1994-1997
William Alanson White Psychoanalytic Institute, New York, NY.

Member, Publications Committee, 1995-1997
William Alanson White Psychoanalytic Institute.

Member, Interim Council (Trustees' Liaison to Executive Council), 1998-1999
American Academy of Psychoanalysis

# JACK DRESCHER, M.D.

## PAST ADMINISTRATIVE POSITIONS (continued)

Member, Executive Council, 1998-2000
American Academy of Psychoanalysis

Member, Committee on Budget, 1995-2003
New York County District Branch, American Psychiatric Association

Member, Executive Council, 1995-2003
New York County District Branch, American Psychiatric Association

Member, Council of Fellows, 2001-2011
William Alanson White Institute

## CLINICAL SUPERVISORY POSITIONS

SUNY-Downstate Medical Center, Brooklyn, NY.. 1984-1993
* Individual Psychotherapy Supervisor (Psychiatry Residents), 1984-1993
* Medication Therapy Supervisor (Psychiatry Residents), 1984-1993
* Inpatient Team Leader:  Clinical supervision of psychiatric residents, social workers, psychology interns and post-doctoral fellows, 1984-1989

Psychotherapy Supervisor, 1993-1998
Institute for Human Identity, New York, NY.

Individual Psychotherapy Supervisor, 2004-2008
Department of Psychiatry, St. Luke's—Roosevelt Medical Center, New York, NY

William Alanson White Psychoanalytic Institute, New York, NY, 1996-Present
* Supervisor of Psychotherapy, 1996-1999
* Supervising Analyst, 1999-Present
* Training Analyst, 2001-Present

Clinical Supervisor, 2011-Present
New York University Postdoctoral Program in Psychotherapy and Psychoanalysis, New York, NY.

## NOT-FOR-PROFIT BOARD POSITIONS

Member, President's Advisory Council, 2004-2009
New York Disaster Counseling Coalition (NYDCC)

Member, Board of Directors, 2004-2010
Center for Lesbian and Gay Studies (CLAGS), City University of New York

Member, Board of Trustees, 2005-2008
Accreditation Council for Psychoanalytic Education

Member, Professional Advisory Board, 2008-Present
National LGBT Cancer Network

Member, Straight for Equality Medical Advisory Committee, 2008-Present
PFLAG (Parents, Families, & Friends of Lesbians and Gays)

# JACK DRESCHER, M.D.

## CURRENT EDITORIAL POSITIONS

Editorial Board Member, 1996-Present
Guest Editor, 2010-2011
*Journal of Homosexuality,* Taylor & Francis (formerly Haworth Press), Philadelphia PA.

Emeritus Editor, 2007-Present
Editor-in Chief, 1997-2007
Editorial Board Member, 1992-1997
*Journal of Gay and Lesbian Mental Health*
(Formerly *Journal of Gay and Lesbian Psychotherapy*), Taylor & Francis (formerly Haworth Press),
Philadelphia, PA.

Editorial Board Member, 1998-Present
*Studies in Gender and Sexuality,* Taylor & Francis (formerly The Analytic Press), Philadelphia, PA.

Editor, Co-Editor, 2001-Present
*Newsletter of the New York County District Branch of the American Psychiatric Association.*

Editorial Board Member, 2003-Present
*Journal of GLBT Family Studies,* Taylor & Francis (formerly Haworth Press), Philadelphia PA.

Editorial Board Member, 2007-Present
*Contemporary Psychoanalysis,* William Alanson White Institute, New York, NY.

Associate Editor, 2012-Present
*Journal of LGBT Health,* Mary Ann Liebert, Inc, Publishers. New Rochelle, NY.

Associate Editor, 2013
*Archives of Sexual Behavior,* Springer.

## OUTSIDE REVIEWER—PEER-REVIEWED JOURNALS

*American Journal of Psychoanalysis* (The Horney Institute), 1996.

*Journal of the American Psychoanalytic Association,* 1996, 2000.

*Contemporary Psychoanalysis,* 2002.

*Psychoanalytic Psychology* (Division 39 of the American Psychological Association), 1995, 2006

*Psicoterapia e Scienze Umane,* 2010, 2011, 2012.

*Academic Psychiatry,* 2010.

*Psychodynamic Practice,* 2013.

## PAST EDITORIAL POSITIONS

Associate Editor, 1996-1998
*The Bulletin* (Newsletter of the New York State Psychiatric Society, Area II), New York, NY.

Editor, *White Society Voice,* 1995-1997
Assistant Editor, 1992-1995
Newsletter of the William Alanson White Psychoanalytic Society, New York, NY.

Associate Editor, *Academy Newsletter,* 1993-2000
Newsletter of the American Academy of Psychoanalysis, New York, NY.

Editorial Board Member, 1995-1997
*Gender and Psychoanalysis,* International Universities Press, Madison, CT.

Associate Editor, 1996-2000
*American Academy of Psychoanalysis Forum,* New York, NY.

Guest Editor, 2005
*Journal of Psychology & Human Sexuality,* Haworth Press New York, NY.

Book Series Editor, *Bending Psychoanalysis,* 2002-2008
The Analytic Press, Hillsdale, NJ.

# JACK DRESCHER, M.D.

**PUBLICATIONS:**

**AUTHORED BOOKS**

*Psychoanalytic Therapy and the Gay Man*
The Analytic Press, 1998.
Second Edition (Paperback), 2001.
(Featured Alternate Selection, Psychotherapy Book Club, July 2002)

## CO-AUTHORED BOOKS

*Homosexuality and the Mental Health Professions: The Impact of Bias*
Committee on Human Sexuality, Group for the Advancement of Psychiatry
The Analytic Press, 2000.

*Appropriate Therapeutic Responses to Sexual Orientation*
Report of the American Psychological Association Task Force
American Psychological Association, 2009.

## CO-EDITED BOOKS

*Addictions in the Lesbian and Gay Community*
Co-Edited with Jeffrey R. Guss, M.D.
The Haworth Medical Press, 2000.

*Gay and Lesbian Parenting*
Co-Edited with Deborah F. Glazer, Ph.D.
The Haworth Medical Press, 2001.

*Sexual Conversion Therapy: Ethical, Clinical and Research Perspectives*
Co-Edited with Michael Schroeder, Psy.D. and Ariel Shidlo, Ph.D.
The Haworth Medical Press, 2001.
(Winner, Best Book on Gay, Lesbian and/or Bisexual Psychology, 2002
Division 44 of the American Psychological Association)

*Psychotherapy with Gay Men and Lesbians: Contemporary Dynamic Approaches*
Co-Edited with Ann D'Ercole, Ph.D. and Erica Schoenberg, Ph.D.
Harrington Park Press, 2003.

*The Mental Health Professions and Homosexuality: International Perspectives*
Co-Edited with Vittorio Lingiardi, M.D.
The Haworth Medical Press, 2003.

*Transgender Subjectivities: A Clinician's Guide*
Co-Edited with Ubaldo Leli, M.D.
Harrington Park Press, 2004.

*Handbook of LGBT Issues in Community Mental Health*
Co-Edited with Ronald Hellman, M.D.
Harrington Park Press, 2004.

*A Gay Man's Guide to Prostate Cancer*
Co-Edited with Gerald Perlman, Ph.D.
Harrington Park Press, 2005.

*Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation*
Co-Edited with Dan Karasic, M.D.
The Haworth Press, 2005.

*Barebacking: Psychosocial & Public Health Approaches*
Co-Edited with Perry N. Halkitis, Ph.D. and Leo Wilton, Ph.D.
Harrington Park Press, 2006.

JACK DRESCHER, M.D.

## CO-EDITED BOOKS (continued)

*Crystal Meth and Men Who Have Sex with Men: Community and Public Health Responses*
Co-Edited with Milton Wainberg, M.D. and Andrew J. Kolodny, M.D.
Harrington Park Press, 2006.

*Ex-Gay Research: Analyzing the Spitzer Study and Its Relation to Science, Religion, Politics and Culture*
Co-Edited with Kenneth J. Zucker, Ph.D.
Harrington Park Press, 2006.

*American Psychiatry and Homosexuality: An Oral History*
Co-Edited with Joseph P. Merlino, M.D.
Harrington Park Press, 2007.

*British LGB Psychololgies: Theory, Research and Practice*
Co-Edited with Elizabeth Peel, Ph.D. and Victoria Clarke, Ph.D.
The Haworth Medical Press, 2007.

*Activism and LGBT Psychology*
Co-Edited with Judith M. Glassgold, Ph.D.
The Haworth Medical Press, 2007.

*Childhood Gender Nonconformity and the Development of Adult Homosexuality*
Co-Edited with Robin Mathy, MA, MSC.
Routledge, 2009.

*The LGBT Casebook*
Co-Edited with Petros Levounis, MD and Mary Barber, MD.
American Psychiatric Publishing, 2012.

*Treating Transgender Children and Adolescents: An Interdisciplinary Discussion of the Hows, Whys and Ethics of Treatment*
Co-Edited with William Byne, MD, Ph.D.
Routledge, 2013.

## EDITED BOOKS, *BENDING PSYCHOANALYSIS* BOOK SERIES

*Uncoupling Convention: Psychoanalytic Approaches to Same-Sex Couples and Families*
Co-Edited with Ann D'Ercole, Ph.D.
The Analytic Press, 2004.

*Who's That Girl? Who's That Boy? Clinical Practice Meets Postmodern Gender Theory*
Lynne Layton, Ph.D.
The Analytic Press, 2004.

*Notes from the Margins: The Gay Analyst's Subjectivity in the Treatment Setting*
Eric Sherman, M.S.W.
The Analytic Press, 2005.

## JACK DRESCHER, M.D.

### BOOK CHAPTERS

"Anti-Homosexual Bias in Training." In: *Disorienting Sexuality: Psychoanalytic Reappraisals of Sexual Identities,* Thomas Domenici & Ronnie C. Lesser, Editors, Routledge, pp. 227-241, 1995.

"Psychoanalytic Subjectivity and Male Homosexuality." In: *Textbook of Homosexuality and Mental Health,* Robert P. Cabaj & Terry S. Stein, Editors, American Psychiatric Press, Inc., pp. 173-189, 1996.

"Atteggiamenti Psicoanalitici Verso L'Omosessualità (Psychoanalytic Attitudes Toward Homosexuality)." In: *L'Omosessualità nella psicoanalisi*, Fabiano Bassi & Pier Francesco Galli, Editors, Piccola Biblioteca Einaudi (Torino, Italy), pp. 67-88, 2000.

"Across the Great Divide:  Gender Panic in the Psychoanalytic Dyad." In: *Sexualities Lost and Found: Lesbians, Psychoanalysis, and Culture,* Edith Gould & Sandra Kiersky, Editors, International Universities Press, pp. 91-109, 2001.

"The Circle of Liberation." In: *Gay and Lesbian Parenting,* Deborah F. Glazer & Jack Drescher, Editors, Haworth Press, pp. 119-131, 2001.

"Attending to Sexual Compulsivity in a Gay Man." In: *Hungers and Compulsions,* Jean Petrucelli & Catherine Stuart, Editors, Jason Aronson, pp. 265-279, 2001.  Translated into Italian as:  Il trattamento della compulsività sessuale in un paziente gay, Translation by F. Bassi. *Psicoterapia e Scienze Umane,* 35(3):81-93, 2001.

"I'm Your Handyman:  A History of Reparative Therapies." In: *Sexual Conversion Therapy:  Ethical, Clinical and Research Perspectives,* A. Shidlo, M. Schroeder & J. Drescher, Editors.  Haworth Medical Press, pp. 5-24, 2001.

"Ethical Concerns Raised When Patients Seek To Change Same-Sex Attractions." In: *Sexual Conversion Therapy:  Ethical, Clinical and Research Perspectives,* A. Shidlo, M. Schroeder & J. Drescher, Editors.  Haworth Medical Press, pp. 181-210, 2001.

"Sexual Conversion ("Reparative") Therapies:  A History and Update." In: *Mental Health Issues in Lesbian, Gay, Bisexual, and Transgender Communities (Review of Psychiatry,* 21(4)), Billy E. Jones & Marjorie J. Hill, Editors, American Psychiatric Press, pp. 71-91, 2002.

"Dream a Little Dream of Me:  A Case Discussion." In: *Psychotherapy with Gay Men and Lesbians: Contemporary Psychodynamic Approaches,* Jack Drescher, Ann D'Ercole & Erica Schoenberg, Editors, Harrington Park Press, pp. 73-86, 2003.

"Psychoanalysis." In: *The Encyclopedia of the Neurological Sciences,* Michael J. Aminoff and Robert B. Daroff, Editors, Academic Press, 2003, Volume 4, pp. 78-81.

"The Spitzer Study and The Culture Wars.  In: *Gay Research:  Analyzing the Spitzer Study and Its Relation to Science, Religion, Politics, and Culture,* Jack Drescher & Ken Zucker, Editors.  New York:  The Haworth Press, 2006, pp. 13-26.

"Gold or Lead?  Introductory Remarks on Conversion.  In: *Gay Research:  Analyzing the Spitzer Study and Its Relation to Science, Religion, Politics, and Culture,* Jack Drescher & Ken Zucker, Editors.  New York:  The Haworth Press, 2006, pp. 13-26.

 "Gay and Depressed:  Combined Pharmacotherapy and Long-Term Psychodynamic Psychotherapy with a Depressed, Gay Man." In: *DSM-IV TR Casebook:  Experts Tell How They Treated Their Own Patients,* Robert L. Spitzer, Michael First, Janet B.W. Williams & Michelle Gibbons, Editors, American Psychiatric Press, 2006, pp. 163-178.

"Sexual Conversion Therapies." In: *Homophobia: Views and Differences,* Mazen Khaled, Editor, Helem and La CD-Theque (Beirut, Lebanon), 2006, pp. 87-99.  (In Arabic)

## JACK DRESCHER, M.D.

### BOOK CHAPTERS (continued)

"Homosexuality and its vicissitudes."  In:  *Dialogues on Difference: Studies in Diversity in the Therapeutic Relationship,* J. Christopher Muran, Editor, American Psychological Association Books, 2007, pp. 85-97.

"Parler Foucault Sans Le Savoir."  In:  *Dialogues on Difference: Studies in Diversity in the Therapeutic Relationship,* J. Christopher Muran, Editor, American Psychological Association Books, 2007, pp. 111-113.

"Homosexuality, Stress and."  In:  *The Encyclopedia of Stress, Second Edition,* Volume 2, George Fink, Editor, Academic Press, 2007, pp. 348-353.

"Coming Out."  In:  *LGBTQ America:  An Encyclopedia, Volume 1,* John C. Hawley, Editor, Greenwood Publishing Group, 2009, pp. 245-249.

"Psychiatry and Homosexuality."  In:  *LGBTQ America:  An Encyclopedia, Volume 3,* John C. Hawley, Editor, Greenwood Publishing Group, 2009, pp. 959-965.

"Disparities Affecting the Psychiatric Care of Gay Men."  In:  *Disparities in Psychiatric Care:  Clinical and Cross-Cultural Perspectives,* Pedro Ruiz and Annelle Primm, Editors, Lippincott Williams & Wilkins, 2009, pp. 75-85.

"Sexual Conversion Therapies (*Seksuaalisuuden muutosterapioista*)." In: *Saanko olla totta? (May I Be True to Myself),"* Toimittaneet, Liisa Tuovinen, Olli Stålström, Jussi Nissene & Jorma Hentilä, Editors, Helsinki University Press, 2011, pp. 302-318.

"What's in Your Closet?" In: *The LGBT Casebook,* Petros Levounis, Jack Drescher and Mary Barber, Editors, American Psychiatric Press, 2012, pp. 3-16.

"Gender Identity Diagnoses: History and Controversies." In: *Gender Dysphoria and Disorders of Sex Development,* Baudewijntje P. C. Kreukels, Thomas D. Steensma & Annelou L.C. de Vries, Editors, Springer, 2013, pp. 137-150.

"Treatment of Lesbian, Gay, Bisexual, and Transgender Patients." In: *American Psychiatric Publishing Textbook of Psychiatry, Sixth Edition,* Robert E. Hales, Stuart C. Yudofsky & Laura Roberts, Editors, American Psychiatric Press, forthcoming, 2013.

"Ethical Issues in Treating LGBT Patients." In: *Oxford Handbook of Psychiatric Ethics,* John Sadler, C.W. van Staden & K.W.M. Fulford, Editors, Oxford University Press, forthcoming.

"Gender Dysphoria." In: *Psychiatry, 4th Edition,* Alan Tasman, Jeffrey A. Lieberman, Jerald Kay, Michael B. First & Michelle Riba, Editors, Wiley, forthcoming.

# JACK DRESCHER, M.D.

## CO-AUTHORED BOOK CHAPTERS

"The Origins of Sexual Orientation:  No Genetic Link to Social Change,"
By William Byne, Udo Schuklenk, Mitchell Lasco & Jack Drescher
In:  *The Double-Edged Helix:  Social Implications of Genetics in a Diverse Society*, Joseph S. Alper,
Catherine Ard, Adrienne Asch, Jon Beckwith, Peter Conrad and Lisa N. Geller, Editors, Johns
Hopkins University Press, pp. 197-214, 2002.

"What is a Mother?  Perspectives from Gay and Lesbian Parenting,"
By Jack Drescher, Deborah F. Glazer, Lee Crespi & David Schwartz
In:  *What do Mothers Want?  Contemporary Perspectives in Psychoanalysis and Related Disciplines*, Sheila F.
Brown, Editor, The Analytic Press, pp. 87-103, 2005.

"Homosexuality, Gay and Lesbian Identities, and Homosexual Behavior,"
By Jack Drescher, Terry S. Stein & William Byne
In:  *Kaplan and Sadock's Comprehensive Textbook of Psychiatry, Eighth Edition*, Benjamin J. Sadock &
Virginia A. Sadock, Editors, Lippincott Williams & Wilkins, pp. 1936-65, 2005.

"Treatment of Lesbian, Gay, Bisexual, and Transgender Patients."
By Jack Drescher, Benjamin H. McCommon & Billy E. Jones
In:  *APPI Textbook of Psychiatry, Fifth Edition*, Robert E. Hales, Stuart C. Yudofsky & Glen Gabbard,
Editors, APPI Press, pp. 1471-1487, 2008.

"Homosexuality, Gay and Lesbian Identities, and Homosexual Behavior,"
By Jack Drescher & William Byne
In:  *Kaplan and Sadock's Comprehensive Textbook of Psychiatry, Ninth Edition*, Benjamin J. Sadock,
Virginia A. Sadock, & Pedro Ruiz, Editors, Lippincott Williams & Wilkins, 2009, pp. 2060-2090.

"Introduction to the Treatment of Gender Dysphoric/Gender Variant (GD/GV) Children and
Adolescents,"
By Jack Drescher & William Byne
In:  *Treating Transgender Children and Adolescents: An Interdisciplinary Discussion,* Jack Drescher &
William Byne, Editors, Routledge, 2013, pp. 1-6.

"Gender Dysphoric/Gender Variant (GD/GV) Children and Adolescents: Summarizing What We
Know and What We Have Yet to Learn,"
By Jack Drescher & William Byne
In:  *Treating Transgender Children and Adolescents: An Interdisciplinary Discussion,* Jack Drescher &
William Byne, Editors, Routledge, 2013, pp. 207-216.

JACK DRESCHER, M.D.

## PUBLICATIONS IN PEER-REVIEWED JOURNALS

"The Elicitation of a Movement Disorder by Trazodone:  Case Report," by George W. Demuth, Richard E. Breslow and Jack Drescher, *The Journal of Clinical Psychiatry*, 46(12):535-536, 1985.

"Psychosocial Aspects of AIDS," *Journal of Optometry and Vision Science*, 72(5)320-326, 1995.

"Medication, Psychotherapy and Belief," *Issues in Psychoanalytic Psychology*, 17(1)7-28, 1995.

"Atteggiamenti Psicoanalitici Verso L'Omosessualità (Psychoanalytic Attitudes Toward Homosexuality)," Translation by M. Luisa Mantovani, *Psicoterapia e Scienze Umane*, 30(2):5-24, 1996.

"A Discussion Across Sexual Orientation and Gender Boundaries:  Reflections of a Gay Male Analyst to a Heterosexual Female Analyst," *Gender and Psychoanalysis*, 1(2):223-237, 1996.

"Across the Great Divide:  Gender Panic in the Psychoanalytic Dyad," *Psychoanalysis and Psychotherapy*, 13(2):174-186, 1996.

"From Preoedipal to Postmodern:  Changing Psychoanalytic Attitudes Toward Homosexuality," *Gender and Psychoanalysis*, 2(2):203-216, 1997.

"I'm Your Handyman:  A History of Reparative Therapies," *The Journal of Homosexuality*, 36(1):19-42, 1998.

"Contemporary psychoanalytic psychotherapy with gay men:  With a commentary on reparative therapy of homosexuality," *Journal of Gay and Lesbian Psychotherapy*, 2(4):51-74, 1998.

"Dream a Little Dream of Me:  A Case Discussion," *Journal of Gay and Lesbian Psychotherapy*, 3(1):67-80, 1999.

"The Therapist's Authority and the Patient's Sexuality," *Journal of Gay and Lesbian Psychotherapy*, 3(2):61-80, 1999.

"Cornucopia," *Gender and Psychoanalysis*, 5(3):291-319, 2000.

"Il trattamento della compulsività sessuale in un paziente gay (The treatment of a sexually compulsive gay man)," Translation by F. Bassi, *Psicoterapia e Scienze Umane*, 35(3):81-93, 2003.

"Ethical Concerns Raised When Patients Seek To Change Same-Sex Attractions," *Journal of Gay and Lesbian Psychotherapy*, 5(3/4):181-210, 2001.

"In Memory of Stephen A. Mitchell, Ph.D.," *Studies in Gender and Sexuality*, 3(1):95-109, 2002.

"Invisible Gay Adolescents:  Developmental Narratives of Gay Men," *Adolescent Psychiatry:  Annals of the American Society for Adolescent Psychiatry*, 26:73-94, 2002.

"Don't Ask, Don't Tell:  A Gay Man's Perspective on the Psychoanalytic Training Experience Between 1973 and 1991," *Journal of Gay and Lesbian Psychotherapy*, 6(1):45-56, 2002.

"Causes and Becauses:  On Etiological Theories of Homosexuality," *The Annual of Psychoanalysis*, 30:57-68, 2002.

"Ethical Issues in Treating Gay and Lesbian Patients," *Psychiatric Clinics of North America*, 25(3):605-621, 2002.

"Signficati terapeutici dell'antiomosessualità (Therapeutic Meanings of Antihomosexuality)," Translation by F. Bassi, *Psicoterapia e Scienze Umane*, 37(1):5-45, 2003.

"The Spitzer Study and the Culture Wars," *Archives of Sexual Behavior*, 32(5):431-432, 2003.

JACK DRESCHER, M.D.

## PUBLICATIONS IN PEER-REVIEWED JOURNALS  (continued)

"From Bisexuality and Homosexuality to Intersexuality:  Rethinking Gender Categories," *Contemporary Psychoanalysis,* 43(2):204-228, 2007.  Translated into Italian:  "Dalla Bisessualità e dall'omosessualità all'intersessualità:  Ripensando alle Categorie del Genere," Translation by P. Migone, *Psicoterapia e Scienze Umane,* 42(3):301-318, 2008.

"A History of Homosexuality and Organized Psychoanalysis," *Journal of the American Academy of Psychoanalysis and Dynamic Psychiatry,* 36(3):443-460, 2008. Translated and reprinted as "Storia del rapporto tra omosessualità e istituzione psicoanalitica," Translation by A. Cinato, *Psicoterapia e Scienze Umane,* 44(2):151-168, 2010.

"Handle with Care:  The Psychoanalysis of a Touchy Case," *Journal of Gay and Lesbian Mental Health,* 13(1):4–20, 2009.

"When Politics Distorts Science:  What Mental Health Professionals Can Do," *Journal of Gay and Lesbian Mental Health,* 13(3):213-226, 2009.

"There is No There There: A Discussion of "Narcissism and Self-Esteem among Homosexual and Heterosexual Male Students," *Journal of Sex & Marital Therapy,* 36(1):38-47, 2010.

"Queer Diagnoses:  Parallels and Contrasts in the History of Homosexuality, Gender Variance, and the *Diagnostic and Statistical Manual* (DSM)," *Archives of Sexual Behavior,* 39:427–460, 2010.

"Transsexualism, Gender Identity Disorder and the DSM," *Journal of Gay and Lesbian Mental Health, Journal of Gay and Lesbian Mental Health,* 14(2):109-122, 2010..

"Opinions about the DSM gender identity disorder diagnosis: Results from an international survey administered to organizations concerned with the welfare of transgender people," by Stanley R. Vance, Jr., Peggy T. Cohen-Kettenis, Jack Drescher, Heino F. L. Meyer-Bahlburg, Friedemann Pfäfflin & Kenneth J. Zucker, *International Journal of Transgenderism,* 12:1-14, 2010.

"The GAP [Group for the Advancement of Psychiatry] Online LGBT Mental Health Curriculum," by Mary Barber, Jack Drescher and Vernon Rosario. *Journal of Gay and Lesbian Mental Health,* 16(1):41-48, 2012.

"The Removal of Homosexuality from the DSM: Its Impact on Today's Marriage Equality Debate," *Journal of Gay and Lesbian Mental Health,* 16(2):124-135, 2012).

"Introduction to the Treatment of Gender Dysphoric/Gender Variant (GD/GV) Children and Adolescents," by Jack Drescher and William Byne. *Journal of Homosexuality,* 59(3):295-300, 2012.

"Gender Dysphoric/Gender Variant (GD/GV) Children and Adolescents: Summarizing What We Know and What We Have Yet to Learn," by Jack Drescher and William Byne. *Journal of Homosexuality,* 59(3):501-510, 2012.

"Minding the Body: Situating Gender Diagnoses in the ICD-11," *International Review of Psychiatry,* 24(6): 568–577, 2012.

"Ghosts in the Consulting Room: A Discussion of Anson's 'Ghosts in the Dressing Room,'" *Journal of Gay and Lesbian Mental Health,* 17(1):112-120, 2013.

"Memo outlining evidence for change for gender identity disorder in the DSM-5,'" by Kenneth J. Zucker, Peggy T. Cohen-Kettenis, Jack Drescher, Heino F.L. Meyer-Bahlburg, Friedemann Pfäfflin & Willaim M. Womack. *Archives of Sexual Behavior,* 42:901–914.

"Controversies in Gender Diagnoses,'" *Journal of LGBT Health,* 1(1):9-15, 2013.

## JACK DRESCHER, M.D.

### BOOK REVIEWS IN PROFESSIONAL JOURNALS

Coleman, E., "Psychotherapy with Homosexual Men and Women:  Integrated Identity Approaches for Clinical Practice"
*Hospital and Community Psychiatry*, 40(1), January 1989.

Magee M, and Miller, D.C., "Lesbian Lives:  Psychoanalytic Narratives Old and New"
*Journal of Homosexuality*, 37(2):101-106, 1999.

Chauncey, G., "Gay New York:  Gender, Urban Culture, and the Making of the Gay Male World, 1890-1940"
*Archives of Sexual Behavior*, 28(5):404-407, October 1999.

The Circle of Liberation (Book Review Essay)
Green, J. "The Velveteen Father"
*Journal of Gay and Lesbian Psychotherapy*, 4(3/4):119-131, 2001.

Kramer, P. "Should You Leave?  A Psychiatrist Explores Intimacy and Autonomy—and the Nature of Advice"
*Contemporary Psychoanalysis*, 37(3)489-494, 2001.

Lesser, R.C. & Schoenberg, E. "That Obscure Subject of Desire:  Freud's Female Homosexual Revisited"
*Journal of the American Psychoanalytic Association*, 49(4):1447-1451, 2001.

McLaren, A. "The Trials of Masculinity:  Policing Sexual Boundaries, 1870-1930"
*Bulletin of the Menninger Clinic*, 66(1), Winter, 2002.

Greenan, D.E. & Tunnell, G. "Couple Therapy with Gay Men"
*Psychiatric Services*, 54(11):1552-1553, 2003.

Besen, W. "Anything But Straight:  The Scandals and Lies Behind the Ex-Gay Myth"
*Psychiatric Services*, 55(9):1072-1073, 2004.

Hunter, S. & Hickerson, J.C. "Affirmative Practice:  Understanding and Working with Lesbians, Gay, Bisexual and Transgender Persons"
*Psychiatric Services*, 56(5):619-619, 2005.

Erzen, T. "Straight to Jesus:  Sexual and Christian Conversions in the Ex-Gay Movement"
*Culture, Health and Sexuality*, 10(3):309-311, 2008.

Rowland, D.L. & Incrocci, L "Handbook of Sexual and Gender Identity Disorders"
*Psychiatric Services*, 60(3):407, 2009.

Stepansky, P.E. "Psychoanalysis at the Margins"
*Journal of the American Academy of Psychoanalysis and Dynamic Psychiatry*, 38(4):740-744, 2010.

Hornstein, G.A. "Agnes's Jacket: A Psychologist's Search for the Meanings of Madness"
*Contemporary Psychoanalysis*, 47(2):268-272, 2011.

Gabbard, G.O, Litowitz, B.E & Williams, P. "Textbook of Psychoanalysis"
*Journal of Nervous and Mental Diseases*, 200(10):916, 2012.

Wake, N. "Private Practices: Harry Stack Sullivan, the Science of Homosexuality, and American Liberalism"
*Journal of Gay and Lesbian Mental Health*, 17(2):247-251, 2013.

### LETTERS IN PROFESSIONAL JOURNALS

"Suicide Among Homosexual Youth," by Steven Prenzlauer, Jack Drescher and Ron Winchel; *The American Journal of Psychiatry*, 149(10), October 1992.

"A Response to Richard C. Friedman's Review of *Psychoanalytic Therapy and the Gay Man*."
*Journal of Nervous and Mental Diseases*, February 2000.

"A Response to Richard C. Friedman's Review of *Psychoanalytic Therapy and the Gay Man*."
*The American Journal of Psychoanalysis*, 60(2):191-196, June 2000.

## JACK DRESCHER, M.D.

### PROFILES/INTERVIEWS/EULOGIES

Interview with Stephen A. Mitchell, PhD
*White Society Voice,* 6(1), Spring 1994

Interview with Jay Greenberg, PhD
*White Society Voice,* 7(2) Summer, 1995.

Interview with Adrienne Harris, PhD
*White Society Voice,* 8(2) September 1996.

An Interview with American Psychiatric Association President Allan Tasman, MD
[American] *Academy [of Psychoanalysis] Forum,* Spring/Summer 2000, pp. 4-6.

An Interview with Edward Hanin, MD
*Journal of Gay and Lesbian Psychotherapy,* 2002, 6(2):87-97.
Reprinted in: *American Psychiatry and Homosexuality: An Oral History,* eds. J. Drescher & J.P. Merlino.
New York: Harrington Park Press, 2007, pp. 247-258..

An Interview with Robert L. Spitzer, MD
*Journal of Gay and Lesbian Psychotherapy,* 2003, 7(3):97-111.
Reprinted in: *American Psychiatry and Homosexuality: An Oral History,* eds. J. Drescher & J.P. Merlino.
New York: Harrington Park Press, 2007, pp. 95-111.

An Interview with Lawrence Hartmann, MD
*Journal of Gay and Lesbian Psychotherapy,* 2006, 10(1):123-137.
Reprinted in: *American Psychiatry and Homosexuality: An Oral History,* eds. J. Drescher & J.P. Merlino.
New York: Harrington Park Press, 2007, pp. 45-61.

Judd Marmor, Psychiatry and Homosexuality
*Journal of Gay and Lesbian Psychotherapy,* 2006, 10(2):117-125.

In Memoriam: Richard O. Hire, MD
*Journal of Gay and Lesbian Psychotherapy,* 2006, 10(2):127-128.

Honoring Barbara Gittings
*Journal of Gay and Lesbian Mental Health,* 2008, 12(3):297-298.

In Memoriam: Bertram H. Schaffner, MD
*Journal of Gay and Lesbian Mental Health,* 2010, 14(3):251-256.

Still Waters Run Deep: Remarks in Memory of Bertram H. Schaffner, MD
*Academy News* (Newsletter of the American Academy of Psychoanalysis and Dynamic Psychiatry),
Fall/Winter 2010, p. 7.

Jay Greenberg and Steve Mitchell: Interviews from the White Society Voice (1993-1994)
*Contemporary Psychoanalysis,* 2013, 49(1):35-50.

# JACK DRESCHER, M.D.

## PUBLICATIONS IN PROFESSIONAL NEWSLETTERS

"Hospitalizing the Mentally Ill." *The Brooklyn Psychiatrist*, 19(2), March 1987.

"Homophobia and AIDS." *Newsletter of the New York County District Branch of the American Psychiatric Association*, 10(4), Fall 1987.

"AIDS and Psychiatric Organizations." *The Bulletin* [Newsletter of the New York State Psychiatric Association], 30(4), January 1988.

"The Devilish Problem of Gays in the Military." *Academy Forum*, 37(4), Winter 1993.

"Psychologists in Psychoanalysis' Future." *Academy News* (Newsletter of the American Academy of Psychoanalysis), Spring/Summer 1994.

"Like a (Talk Show) Virgin." *GLMA Reporter* (Newsletter of the Gay and Lesbian Medical Association), Spring 1995.

"We Opened in Padua..." *Newsletter of the Association of Gay and Lesbian Psychiatrists*, Volume 21, No. 3, August 1995.

"HIV and Psychoanalysis:  Grappling With New Realities." *The Bulletin*, 38(6), May-June, 1996.

"HIV and Psychoanalysis:  An All Day Conference in New York City." *Journal of the International Association of Physicians in AIDS Care*, 2(6), June 1996.

"A Case of Combined Therapy." *Academy Forum*, 40(3), Winter, 1996.

"What Needs Changing?:  Some Questions Raised by Reparative Therapy Practices." *The Bulletin*, 40(1), Fall, 1997, pp. 8-10.

"A Brief History of the Psychoanalytic Theory of Homosexuality." *Academy Forum*, 41(3), Winter, 1997, pp. 4-6.

"Reparative or Destructive."  Guest Editorial, *Clinical Psychiatry News*, 26(3), March 1998, p. 12.

"Journal of Gay and Lesbian Psychotherapy Update." *Newsletter of the Association of Gay and Lesbian Psychiatrists*, Volume 24, No. 3, August 1998, pp. 4-5.

"The Marketing of Heterosexuality." *Newsletter of the Association of Gay and Lesbian Psychiatrists*, Volume 25, No. 2, April 1999, pp. 10,17.

"APA's Historic Role in the Same-Sex Marriage Debate," *The Newsletter [of the New York County District Branch of the APA]*, Spring 2004, p. 4.

"The Closet:  Psychological Issues of Being In and Coming Out." *Psychiatric Times*, October 2004, Special Edition (*Sex and Sexuality*), pp. 11-15.

"American Psychiatry's Historic Role in the Same-Sex Marriage Debate." *Lesbian & Gay Psychology Review*, July 2006, Volume 7, No. 2, pp. 189-191.

"The Psychology of the Closeted Individual and Coming Out." *Paradigm* (Illinois Institute for Addiction Recovery), Volume 12, No. 4, Fall 2007, pp. 16-17.

"When Politics Distorts Science." *GLMA Report* (Newsletter of the Gay and Lesbian Medical Association), Volume 13, No. 2, Fall 2007, pp. 1, 4-5.

"Psychoanalysis and Homosexuality:  A Tale of Oppression and Freedom." *NAAP News* (Newsletter of the National Association for the Advancement of Psychoanalysis), Volume 30, No. 4, Fall 2007, pp. 9-10.

"Conversion Therapy Spin Doctors." *Newsletter of the Association of Gay and Lesbian Psychiatrists*, Volume 34, No. 2, April 2008, pp. 10-11.

"Gender Identity Disorder or Gender Variance: A DSM-5 Controversy." *Lifersline* (Newsletter of the American Psychiatric Association's Life Members), Volume 8, No. 2, November 2010, p. 4.

"Reparative or Destructive." Guest Editorial, *Clinical Psychiatry News*, 26(3), March 1998, p. 12.

"What Has the Lesbian Family Study Taught Us about Child Rearing by Gay Adults: Findings Challenge Old Assumptions." Point/Counterpoint, *Clinical Psychiatry News*, 39(3), March 2011, p. 7.

"APA's Historic Role in the Same Sex Marriage Debate." *Newsletter of the Association of Gay and Lesbian Psychiatrists*, Volume 37, No. 1, January 2011, pp. 3,15.

## JACK DRESCHER, M.D.

## LETTERS TO THE EDITORS OF PROFESSIONAL NEWSLETTERS

"APA and Abortion," *Psychiatric News,* April 2, 1993.

"Homosexuality," *Psychiatric News*, January 7, 1994.

"Cure Heterosexuality?," *Clinical Psychiatry News,* April 1995.

"Dr. Socarides' Views," *Psychiatric News,* June 16, 1995.

"Opposed to NARTH," *The American Psychoanalyst*, 30(3),  September 1996.

"Spare the Knife, Study the Child," *Clinical Psychiatry News,* September 1997.

"Homosexuality," *Psychiatric News,* April 17, 1998, pp. 30-31.

"Response to Joseph Nicolosi," *Clinical Psychiatry News,* 26 (6) June 1998, pp. 11-12.

"Reparative Therapy," *Psychiatric News,* July 2, 1999, p. 21.

"Unwitting Exclusivity," *The American Psychoanalyst,* Spring 2004, pp. 2,5.

"Freud's Homophilia," *Division 44 (of the American Psychological Association) Newsletter*, Summer 2004, pp. 2-3.


## ON-LINE PUBLICATIONS

"The Psychology of the Closet: Governor McGreevey's New Clothes," Ascribe Newswire, August 27, 2004
http://www.ascribe.org/cgi-bin/spew4th.pl?ascribeid=20040827.094013&time=10%2018%20PDT&year=2004&public=1

"Same Sex Marriage," Psy Broadcasting Corporation, June 20, 2005
http://www.psybc.com/forums/showflat.php?Cat=0&Number=7442&an=0&page=0#Post7442

"The Case of Karl and Dr. Breck," Virtual Mentor:  Ethics Journal of the American Medical Association, 8:303-308, May 1. 2006
http://virtualmentor.ama-assn.org/2006/05/ccas2-0605.html.

"Freud on Homosexuality—Setting the Record Straight," PsyBroadcasting Corporation, September 2006
http://www.psybc.com/fora.php.

"From Freud to Gay-Friendly," Psych-e-News (Newsletter of the Division of Psychoanalysis, New York State Psychological Association), Issue #1, January 2008
http://www.nyspa.org/docs/divisions/psychoanalysis/eNewsJan08.htm#LETTER.BLOCK8.

"LGBT Mental Health Syllabus"
Work Product of the LGBT Committee of the Group for the Advancement of Psychiatry, 2007
http://www.aglp.org/gap

"The Doctor is Out (of Touch)"
Response to FoxNews Keith Ablow's commentary about Chaz Bono
http://www.hrcbackstory.org/2011/09/the-doctor-is-out-of-touch/#.Tm9pWKhe2Vp
Posted September 13, 2011

"Coming Out and Fitting In--The Post-"Don't Ask, Don't Tell" Era Begins"
Commentary on the first day of DADT repeal going into effect
http://www.foxnews.com/opinion/2011/09/20/coming-out-and-fitting-in-post-dont-ask-dont-tell-era-begins/
Posted September 20, 2011

## JACK DRESCHER, M.D.

**HUFFINGTON POST BLOGS**

"A Glimpse into the 'Don't Ask, Don't Tell' Closet"
http://www.huffingtonpost.com/jack-drescher/a-glimpse-into-the-dont-a_b_791583.html
Posted December 3, 2010


**PSYCHOLOGYTODAY.COM (PSYCHOANALYSIS 3.0) BLOGS**

"Boys Will Be Girls: How "Peanuts Envy Shows Us Who We're Becoming"
http://www.psychologytoday.com/blog/psychoanalysis-30/201101/boys-will-be-girls-how-peanuts-envy-shows-us-who-we-re-becoming
Posted January 20, 2011

"When Love Fights with Faith: A Community of Jews Learns to Live with Contradiction"
http://www.psychologytoday.com/blog/psychoanalysis-30/201102/when-love-fights-faith
Posted February 13, 2011

"Psychiatric Diagnoses Can Change History"
http://www.psychologytoday.com/blog/psychoanalysis-30/201102/psychiatric-diagnoses-can-change-history
Posted February 27, 2011

"The Computer Screen Replaces the Blank Screen—and Patients Benefit"
http://www.psychologytoday.com/blog/psychoanalysis-30/201106/the-computer-screen-shatters-the-blank-screen-and-patients-benefit
Posted June 24, 2011

"Ex-Gay Therapy: NPR Forgets Infomercials Are Not Science"
http://www.psychologytoday.com/blog/psychoanalysis-30/201108/ex-gay-therapy-npr-forgets-infomercials-are-not-science
Posted August 13, 2011

# JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS

**"INTERNALIZED HOMOPHOBIA IN THE PSYCHOTHERAPY OF A GAY MAN"**
Member, Panel Presentation, American Academy of Psychoanalysis, San Francisco, CA, May, 1989.

**"THE DISTRICT BRANCH NEWSLETTER:  EDUCATING THE MEMBERSHIP ABOUT AIDS"**
Panel Member, Component Workshop Presentation, Annual Meeting of American Psychiatric Association (APA), New York, NY, May, 1990 and San Francisco, CA, May, 1989.

**"THERAPIST BIAS IN THE CLINICAL SETTING"**
Panel Member, Component Workshop Presentation, Annual Meeting of APA, New York, NY, May 1990.

**"CLINICAL WORK WITH LESBIAN AND GAY PATIENTS"**
Chair, Component Workshop Presentation, Annual Meeting of APA, New Orleans, LA, May 1991.

**"RESIDENT SURVIVAL STRATEGIES FOR THE 1990'S"**
Chair, Component Workshop Presentation, Annual Meeting of APA, Washington, DC, May 1992.

**"WORKSHOP FOR LESBIAN, GAY AND BISEXUAL MEDICAL STUDENTS,"**
Chair, Workshop Presentation, co-sponsored by NY County DB of the APA and the Lesbian, Gay and Bisexual People in Medicine Task Force of the American Medical Student Association, New York, NY, November 1, 1992.

**"PSYCHOANALYSIS, HATRED AND HOMOSEXUALITY"**
Panel Member, Presentation of "On Hating and Being Hated," Scientific Meeting of the William Alanson White Psychoanalytic Society, New York, NY, November 1992.

**"HIV ISSUES IN PSYCHOTHERAPY:  A CLINICAL DISCUSSION"**
Case Presenter, Clinical Services, William Alanson White Institute, New York, NY, March 1993.

**"OUR PATIENTS, OURSELVES,"**
Chair, Component Workshop Presentation, Annual Meeting of APA, San Francisco, CA, May 1993.

**"COMING OUT"**
Panel Member, Presentation of the Bisexual, Lesbian and Gay Psychiatry Fellowship, NYU-Bellevue, New York, NY, June 1993.

**"PSYCHOANALYTIC ATTITUDES TOWARD HOMOSEXUALITY"**
- Original Paper Presentation, Panel on "Anti-Homosexual Bias in Psychiatry," American Academy of Psychoanalysis, New York, NY, December 1993.
- Panel Member, Presentation on "Sexual Orientation Issues in Psychotherapy," Diversity Task Force, Clinical and Counseling Psychology Departments, Teachers College, Columbia University, New York, NY, April 1994.
- Clinic Conference Presentation, William Alanson White Institute, September 27, 1994.

**"ADDRESSING GAY, LESBIAN AND BISEXUAL ISSUES AT THE DISTRICT BRANCH LEVEL"**
Panel Member, Component Workshop Presentation of the Southern California Psychiatric Society's Committee on Gay, Lesbian and Bisexual Issues
Annual Meeting of APA, Philadelphia, PA, May 1994.

**"PSYCHOSOCIAL ASPECTS OF AIDS"** (*Presented in Italian)
- Panel Member, Presentation on "Optometric Concerns with the Diagnosis and Treatment of the AIDS Patient," American Academy of Optometry, Boston, MA, December 1993.
- Featured Speaker, Conference entitled "La Dimensione Psicologica e Relazionale nell'infezione da HIV:  Esperienze a confronto," Ospedale Civile Maggiore, Verona, Italy, April 18, 1994.*
- Ambulatorio della Clinica Psichiatrica, Ospedale Civile, Padua, Italy, April 20, 1994.*
- Associazione per Recreazione e Cultura Italiana (ARCI), Bologna, Italy, April 21, 1994*.
- Associazione per Recreazione e Cultura Italiana (ARCI), Padua, Italy, April 22, 1994.*

# JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"WHAT'S SO SCARY ABOUT HOMOSEXUALITY?"**
- Chair, Component Workshop Presentation, Annual Meeting of APA, Philadelphia, PA, May 1994.
- Chair, Panel Presentation, Twelfth Annual Symposium, American Association of Physicians for Human Rights, New York, NY, September 3, 1994.

**"CONTEMPORARY PSYCHOANALYTIC PSYCHOTHERAPY WITH GAY MEN"**
- Panel Member, Scientific Symposium entitled "Gay and Lesbian Patients: New Psychoanalytic Perspectives," joint session of the American Academy of Psychoanalysis and the APA, Annual Meeting of APA, Philadelphia, PA, May 1994.
- Workshop Presentation, Ninth Annual Conference of the Institute for Human Identity on "Psychotherapy for the Lesbian and Gay Community," New York, NY, February 25, 1995.
- Featured Speaker, Scientific Presentation, Mid-Hudson Branch, APA Association, March 17, 1995.

**"DISSOCIATION IN THE PSYCHOTHERAPY OF GAY MEN"**
Panel Member, "Clinical Approaches to Dissociation,"
Division 39, American Psychological Association, Santa Monica, CA, April 30, 1995.

**"MEDICATION, PSYCHOTHERAPY AND BELIEF,"**
- Original Paper Presentation, Washington Square Institute, New York, NY, November 1993.
- Clinic Conference Presentation, William Alanson White Institute, March 21, 1995.
- Panel Member, Presentation on "Psychopharmacology and Psychotherapy: Toward Integration," Division of Psychoanalysis (39) of the American Psychological Association, Santa Monica, CA, April 29, 1995.

**"PERSPECTIVES ON RELATIONS BETWEEN LESBIANS AND GAY MEN"**
Co-Chair, Component Workshop Presentation,
Annual Meeting of APA, Miami Fl, May 23, 1995.

**"PSYCHOANALYTIC SUBJECTIVITY AND MALE HOMOSEXUALITY"**
Panel Member, "Psychoanalysis and Homosexuality: A Contemporary View."
American Academy of Psychoanalysis, Boston, Ma, December 10, 1995.

**"HIV AND PSYCHOANALYSIS: GRAPPLING WITH NEW REALITIES"**
Conference on "HIV and Psychoanalysis: Grappling With New Realities,"
William Alanson White Institute, NY, NY, March 23, 1996.

**"PSYCHOANALYSIS AND PSYCHOPHARMACOLOGY AND OTHER FICTITIOUS OXYMORONS"**
Panel Member, Open House Meeting,
William Alanson White Institute, New York, NY, June 1, 1996.

**"INSERVICE TRAINING ON TRANSSEXUALISM AND GENDER ISSUES"**
University Hospital of Brooklyn, Nursing Station 52, SUNY-Downstate Medical Center, Brooklyn, NY, March 25, 1997.

**"PSYCHOANALYSIS AND THE LESBIAN AND GAY COMMUNITY"**
Panel Member, "Psychoanalysis and Public Opinion."
William Alanson White Psychoanalytic Society Retreat, Southbury, CT, April 12, 1997.

**"INTRODUCTION TO INTERPERSONAL PSYCHOANALYSIS"**
Panel Member
- Moscow Psychoanalytic Society, Moscow, Russia, June 14-15, 1997.
- Early Intervention Institute, St. Petersburg, Russia, June 23-24, 1997.

**"THE ANALYST'S AUTHORITY AND THE PATIENT'S SEXUALITY,"**
- Clinical Services Conference, William Alanson White Institute, New York, NY, November 18, 1997.
- Panel Member, "Homosexuality: Study of Gay and Lesbian Lives--Implications for Psychoanalysis," American Academy of Psychoanalysis, New York, NY, January 9, 1998.

# JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"WHAT NEEDS CHANGING:  SOME QUESTIONS RAISED BY REPARATIVE THERAPY PRACTICES"**
Panel Member, "Psychoanalysis, Sexuality and Politics"
American Academy of Psychoanalysis, New York, NY, January 11, 1998.

**"WHAT CAUSES HOMOSEXUALITY AND WHY DO WE WANT TO KNOW"**
Keynote Speaker, Twelfth Annual Conference
Institute for Human Identity, New York, NY, March 8, 1998.

**"HOLDING OR FIXING:  COMPARING THE MODELS OF PSYCHOANALYTIC RESPECT AND REPARATIVE THERAPY OF HOMOSEXUALITY,"**
- Paper Presentation, "Homosexuality:  Issues in Treatment and Training."  Joint Meeting of the Houston-Galveston Psychoanalytic Society and the Houston Psychological Association, Houston, TX, January 25, 1997.
- Grand Rounds Presentation, Bronx Lebanon Medical Center, Bronx, NY, February 25, 1997.
- Paper Presentation, Institute of Contemporary Psychotherapy, New York, NY, March 19, 1997.
- Grand Rounds Presentation, Montefiore Medical Center, Bronx, NY, September 17, 1997.
- Grand Rounds Presentation, Beth Israel Medical Center, New York, NY, February 12, 1998.
- Grand Rounds Presentation, New York University Medical Center, New York, NY, March 12,, 1998.

**"GAY PATIENT--GAY THERAPIST"**
Grand Rounds Case Discussant
Psychiatric Institute, Columbia Physicians and Surgeons, New York, NY, April 3, 1998.

**"DISCUSSION OF ANDREW LOTTERMAN'S 'PSYCHOTHERAPEUTIC TECHNIQUES WITH SCHIZOPHRENIC PATIENTS'"**
William Alanson White Society Scientific Colloquium, New York, NY, October 21, 1998.

**"DISCUSSION OF BIDDY MARTIN'S 'QUEER THEORY AND TREATING PATIENTS: WHAT'S THE CONNECTION?"**
Annual Meeting of the Association of Gay and Lesbian Psychiatrists, Washington, DC, May 15, 1999.

**"DISCUSSION OF 'NEGATIVE AFFECTS IN BORDERLINE PATIENTS'"**
USA and Italy:  Reciprocal Influences in Psychoanalysis:  In the Footsteps of Silvano Arieti
Joint Meeting of the American Academy of Psychoanalysis and Organizzazione di Psicoanalisti Italiani--Federazione e Registro (OPIFER), Venice, Italy, November 3, 1999.

**"THE CONSULTING ROOM AS PLAYSPACE:  PSYCHOTHERAPY WITH A BIPOLAR PATIENT"**
- Panel Member, White Society Presentation on "The Severely Disturbed Patient," Tenth International Forum of Psychoanalysis, Madrid, Spain, May 6, 1998.
- Panel Member, "How to Make Dynamic Psychotherapy Work," APA 52nd Institute on Psychiatric Services, Philadelphia, PA, Chicago, IL, October 28, 2000..

**"DISCUSSION OF ELIZABETH YOUNG-BRUEHL'S 'ARE HUMAN BEINGS <BY NATURE> BISEXUAL?'"**
William Alanson White Society Scientific Colloquium, New York, NY, December 1, 2000.

**"DON'T ASK, DON'T TELL:  THE PSYCHOANALYTIC TRAINING EXPERIENCE BETWEEN 1973 AND 1991"**
- Panel Member, "Being Gay and Becoming a Psychoanalyst:  1967-1999" Scientific Program Meeting of The Association for Psychoanalytic Medicine (Columbia Psychoanalytic), New York, NY, December 7, 1999.
- Panel Member, "The Value of Homosexuality in Psychoanalysis" Eleventh International Forum of Psychoanalysis, Brooklyn, NY, May 6, 2000.
- Panel Member, "Being Gay and Becoming a Psychoanalyst:  Across Three Generations" 90th Annual Meeting of The American Psychoanalytic Association, New Orleans, LA, May 5, 2001.

# JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"PSYCHIATRIC VIEWS ON TALKING ABOUT HOMOSEXUALITY TO KIDS"**
Chair, Component Workshop
Annual Meeting of APA, New Orleans, LA, May 7, 2001.

**"PSYCHOANALYTIC THERAPY & THE GAY MAN"** (*Presented in Italian)
- Scientific Meeting, Brooklyn Psychiatric Society, Brooklyn, NY, December 9, 1998.
- Invited Speaker, Joint meeting of the Georgia Society of Psychiatric Physicians and the Atlanta Psychoanalytic Society, Atlanta, GA, February 6, 1999.
- Colloquium Speaker, Derner Institute Doctoral Program in Clinical Psychology, Adelphi University, Garden City, NY, March 10, 1999.
- Grand Rounds Speaker, Department of Psychiatry, Gouverneur Hospital, New York, NY, June 10, 1999.
- Heights-Hill Mental Health Service, South Beach Psychiatric Center, Brooklyn, NY, November 30, 1999.
- Grand Rounds Speaker, Department of Psychiatry, SUNY-Downstate Medical Center, Brooklyn, NY, December 1, 1999.
- Meet the Author, American Academy of Psychoanalysis, New York, NY, January 7, 2000.
- Psychoanalytic Psychotherapy Study Center, New York, NY, January 21, 2000.
- Grand Rounds Speaker, Department of Psychiatry, New York University Medical Center, New York, NY, January 27, 2000.
- Panel Member, "Psychoanalysis and the Gay, Lesbian Bisexual Client: Perspectives on Development and Treatment," Object Relations Institute, New York, NY, March 25, 2000.
- Featured Speaker, American Society for Adolescent Psychiatry, New York, NY, April 25, 2000.
- Invited Speaker, Joint Meeting of the American Academy of Psychoanalysis and Organizzazione di Psicoanalisti Italiani--Federazione e Registro (OPIFER), Sestri Levante, Italy, June 24, 2000.
- Grand Rounds Speaker, Department of Psychiatry, Montefiore Medical Center, Bronx, NY, September 14, 2000.
- Grand Rounds Speaker, Department of Psychiatry, Northwestern University Medical Center, Chicago, IL, October 17, 2000.
- Invited Lecturer, APA 52nd Institute on Psychiatric Services, Philadelphia, PA, October 28, 2000.
- Featured Speaker, Psicoterapia e Scienze Umane, Bologna, Italy, May 19, 2001.*
- Featured Speaker, Centro Ricerche Scienze Umane, Genoa, Italy, October 6, 2001.*
- Grand Rounds Speaker, Department of Psychiatry, St. Joseph's Medical Center, Yonkers, NY,December 13, 2001.

**"ATTENDING TO SEXUAL COMPULSIVITY IN A GAY MAN"** (*Presented in Italian)
- Panel Member, "Desires and Addictions: Compelling Forces"
  Hungers and Compulsions: Contemporary Perspectives in the Psychoanalytic Treatment of Eating Disorders and Addictions
  Conference Sponsored by William Alanson White Institute, New York, NY, October 30, 1999.
- Panel Member, "Sex, Drugs and Homosexuality"
  Congres International du Jubile, Fedération Française de Psychiatrie, Paris, France, June 28, 2000
- Featured Speaker, Psicoterapia e Scienze Umane, Bologna, Italy, May 19, 2001.*
- Featured Speaker, Centro Ricerche Scienze Umane, Genoa, Italy, October 6, 2001.*

**"ACROSS THE GREAT DIVIDE: GENDER PANIC IN THE PSYCHOANALYTIC DYAD,"**
- Panel Member, "Gay and Lesbian Issues." American Academy of Psychoanalysis, New York, NY,          May 5, 1996.
- Workshop Presentation, "Psychotherapy for the Lesbian and Gay Community."
  Institute for Human Identity, Eleventh Annual Clinical Conference, NY, NY, February 22, 1997.
- Panel Member, "Implicit Entanglements in Psychoanalytic Relationships." William Alanson White Psychoanalytic Society Retreat, Walker Valley, NY, April 27, 2002.

**"THE TERRORIST CRISIS OF 2001: USE AND IMPACT OF ELECTRONIC COMMUNICATION"**
Panel Member, Component Workshop
Annual Meeting of APA, Philadelphia, PA, May 21, 2002.

# JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"IT'S NOT GAY ENOUGH:  INTERPRETING ANTIGAY BIAS IN THE 21ST CENTURY"**
Chair, Component Workshop
Annual Meeting of APA, Philadelphia, PA, May 23, 2002.

**"MENTAL HEALTH ISSUES IN THE LESBIAN/GAY/BISEXUAL/TRANSGENDER COMMUNITY"**
Panel Member, APA *Review Of Psychiatry* Presentation
Annual Meeting of APA, Philadelphia, PA, May 23, 2002.

**"WHO IS A MOTHER?  GAY AND LESBIAN PERSPECTIVES ON PARENTING"**
Chair, Workshop
"What do Mothers Want?  Contemporary Perspectives in Psychoanalysis and Related Disciplines"
William Alanson White Psychoanalytic Society's Second Gloria Friedman Memorial Conference, New York, NY, October 27, 2002.

**"PSYCHOTHERAPY OF A DISSOCIATING GAY PATIENT"**
Grand Rounds Case Discussant
St. Luke's—Roosevelt Medical Center, New York, NY, November 13, 2002.

**"DISCUSSION OF TWO CLINICAL PRESENTATIONS"**
Conference on "Sexuality:  Yours, Mine and Ours."
International Association of Relational Psychoanalysts and Psychotherapists, New York, NY, November 22, 2002.

**"GAY AND LESBIAN ADOLESCENTS"**
Invited Speaker, American Society for Adolescent Psychiatry, New York, NY, March 28, 2003.

**"BEYOND COMING OUT:  LGBT MENTAL HEALTH ACROSS THE LIFESPAN"**
Conference Discussant
Association of Gay and Lesbian Psychiatrists Annual Meeting, San Francisco, CA, May 17, 2003.

**"SEXUAL AND GENDER IDENTITY DISORDERS:  QUESTIONS FOR DSM-V"**
Co-Chair, Scientific Symposium
Annual Meeting of APA, San Francisco, CA, May 19, 2003.

**"RECENT DEVELOPMENTS IN GAY AND LESBIAN MENTAL HEALTH:  A GLOBAL PERSPECTIVE"**
Co-Chair, Scientific Symposium
Annual Meeting of APA, San Francisco, CA, May 20, 2003.

**"COUNSELING COMMITTED COUPLES:  RETHINKING THERAPEUTIC NEUTRALITY"**
Panel Member, Issues Workshop
Annual Meeting of APA, San Francisco, CA, May 21, 2003.

**"INTERSEX CONDITIONS:  CONTROVERSIES AND NEW APPROACHES TO TREATMENT"**
Panel Member, Component Workshop
Annual Meeting of APA, San Francisco, CA, May 21, 2003.

**"DADDY AND PAPA:  A PSYCHOSOCIAL PROFILE OF GAY PARENTING"**
Chair, Component Workshop
Annual Meeting of APA, San Francisco, CA, May 22, 2003.

 **"DEVELOPMENTAL NARRATIVES OF GAY MEN"**
Panel Member, "Gay and Lesbian Psychosocial Development"
Trembling Before G-d:  Orthodox Mental Health Conference on Homosexuality, New York, NY, November 10, 2003,

## JACK DRESCHER, M.D.

### PROFESSIONAL PRESENTATIONS (continued)

**"ETHICAL CONCERNS RAISED WHEN PATIENTS SEEK TO CHANGE SAME-SEX ATTRACTIONS"**
- 305th Scientific Meeting of the New York County District Branch of the APA, New York, NY, November 16, 2000.
- Pre-circulated paper, Fall Meeting 2000, American Psychoanalytic Association, New York, NY, December 17, 2000.
- Panel Member, Symposium on "Clinical Issues and Ethical Concerns Regarding Attempts to Change Sexual Orientation:  An Update."
  Annual Meeting of APA, New Orleans, LA, May 9, 2001.
- Panel Member, "Research and Clinical Report on Reparative Therapy"
  Trembling Before G-d:  Orthodox Mental Health Conference on Homosexuality, New York, NY, November 10, 2003,

**"THERAPEUTIC MEANINGS OF ANTIHOMOSEXUALITY"**
Rose Memorial Grand Rounds Speaker
University of Maryland, Baltimore, MD, March 25, 2004.

**"PSYCHOANALYSIS AND HOMOSEXUALITY"**
Weekend Seminar
Institutt for Psykoterapi, Oslo, Norway, April 16-17, 2004.

**"TEACHING EVIDENCE-BASED PSYCHOTHERAPIES"**
Panel Member
American Academy of Psychoanalysis and Dynamic Psychiatry, New York, NY, April 30, 2004.

**"HOMOSEXUALITY AND PSYCHOANALYSIS:  NEW DIRECTIONS"**
Conference Summary
Conference jointly sponsored by Association of Gay and Lesbian Psychiatrists, St. Luke's—Roosevelt Medical Center, The Haworth Press, William Alanson White Institute
New York, NY, May 1, 2004.

**"JUDD MARMOR, PSYCHIATRY AND HOMOSEXUALITY"**
Panel Member, "The Academy Honors the Life and Work of Judd Marmor, MD"
American Academy of Psychoanalysis and Dynamic Psychiatry, New York, NY, May 2, 2004.

**"GAY AND LESBIAN ORTHODOX JEWS:  A PRIMER FOR CLINICIANS"**
Chair, Scientific Symposium
Annual Meeting of APA, New York, NY, May 5, 2004.

**"DISCUSSION OF RALPH ROUGHTON'S  'DECONSTRUCTING NOAH'S ARK:  EXPANDING THE NORMS OF SEXUALITY'"**
William Alanson White Society Scientific Colloquium, New York, NY, December 10, 2004.

**"QUEERING PSYCHOANALYSIS:  THE RELATIONAL TURN"**
Moderator, Panel Discussion
Center for Lesbian and Gay Studies (CLAGS, CUNY), New York, NY, March 24, 2005.

**"'FIXING FRANK':  THE GOOD, THE BAD, AND THE UGLY OF PSYCHOTHERAPY WITH GAY MEN"**
Panel Member, Media Workshop
Annual Meeting of APA, Atlanta, GA, May 23, 2005..

**"I DO, BUT I CAN'T:  MENTAL HEALTH ISSUES AROUND GAY MARRIAGE"**
Panel Member, Component Workshop
Annual Meeting of APA, Atlanta, GA, May 23, 2005..

**"CHALLENGES WHEN PSYCHIATRISTS SEEK TREATMENT FOR THEMSELVES"**
Panel Member, Issues Workshop
Annual Meeting of APA, Atlanta, GA, May 26, 2005..

# JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"SEX & DEATH IN THE AGE OF AIDS:  A PSYCHOANALYTIC EXPLORATION"**
Panel Member, Film Discussion of "The Gift"
National Association for the Advancement of Psychoanalysis, New York, NY, September 25, 2005.

**"GAY AND LESBIAN FAMILIES:  WHAT KINDS OF TRAUMA DO THEY EXPERIENCE BECAUSE THEY CANNOT MARRY"**
Panel Member, Workshop of the Committee on Gay and Lesbian Issues
American Psychoanalytic Association, New York, NY, January 19, 2006.

**"SOCIAL SCIENCE AND PSYCHOANALYSIS:  A PEDAGOGY WORKSHOP"**
Panel Member, Workshop on teaching psychoanalytic theories and texts to social science students
Co-sponsors:  New York University Center for the Study of Gender & Sexuality & City University of New York Center for Lesbian and Gay Studies (CLAGS) , New York, NY, February 28, 2006.

**"HISTORY OF SEXUAL CONVERSION THERAPIES"**
AGLP Expert Training Program on Critiquing Sexual Conversion Therapies
Association of Gay and Lesbian Psychiatrists, Toronto, ON, CA, May 21, 2006.

**"THE PSYCHOLOGY OF THE CLOSET"**
Discussion Group Leader
Annual Meeting of APA, Toronto, ON, CA, May 22, 2006.

**"CAN WE TALK? A MODEL FOR CONSTRUCTIVE CONVERSATION BETWEEN OPPONENTS AND ADVOCATES OF SAME SEX RELATIONSHIPS"**
Panel Member, Component Workshop
Annual Meeting of APA, Toronto, ON, CA, May 23, 2006.

**"A RESEARCH AGENDA FOR *DSM-V*:  MENTAL HEALTH IN THE GAY, LESBIAN, AND BISEXUAL POPULATIONS"**
Co-Chair, Component Workshop
Annual Meeting of APA, Toronto, ON, CA, May 24, 2006.

**"CAN I CHANGE? A JOURNEY THROUGH EX-GAY MINISTRIES AND BEYOND"**
Panel Member, Issue Workshop
Annual Meeting of APA, Toronto, ON, CA, May 25, 2006.

**"ETIOLOGICAL THEORIES OF HOMOSEXUALITY AND THEIR CLINICAL RELEVANCE"**
- Scientific Colloquium, St. Louis Psychoanalytic Society, St. Louis, MO, January 26, 2007.
- Invited Speaker, Annual Meeting of the American Academy of Physicians Assistants, Philadelphia, PA, May 29, 2007.

**"ETHICAL ISSUES IN SEXUAL CONVERSION THERAPIES"** (*Presented in Italian)
- Panel Member, "Special Populations"
  APA Ethics Committee Training Program, Washington DC, November 10, 2005.
- Grand Rounds Speaker, St. Vincent's Medical Center, Department of Psychiatry, New York, January 26, 2006.
- Panel Member, "Meeting the Needs of our Gay, Lesbian, Bisexual and Transgender Patients and their Families," American Medical Association, Chicago, IL, June 12, 2006
- Grand Rounds Speaker, St. Luke's—Roosevelt Hospital Center, Department of Psychiatry, New     York, June 21, 2006.
- Plenary Speaker, 25th Annual Conference, Gay and Lesbian Medical Association, San Francisco, CA, October 13, 2006.
- Plenary Speaker, "Psychiatrists as Agents of Change:  Putting Our Values into Action," 2007 Annual Meeting, Washington State Psychiatric Association, Seattle, WA, March 24, 2007.
- Panel Member, "Ethics, Human Rights and Dynamic," jointly sponsored by American Psychiatric Association and American Academy of Psychoanalysis, San Diego, CA, May 21, 2007
- Invited Speaker, Annual Meeting of the American Academy of Physicians Assistants, Philadelphia, PA, May 29, 2007.
- Plenary Speaker, International Conference on Homosexuality and Psychotherapy, Co-sponsored by Facoltà di Psicologia, Sapienza Università di Roma, Rome Italy, November 7, 2009*.
  http://www.ordinepsicologilazio.it/video/pagina34.html

JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"HOMOSEXUAITY AND ITS VICISSITUDES:  THE 'HOMOSEXUAL OTHER' IN PSYCHOANALYTIC THEORY AND PRAXIS"**
- Featured Speaker, Seminar Series on "Embodied Psyches/Life Politics," Centre for the Study of Invention and Social Process, Goldsmiths University, London, UK, October 15, 2004.
- Panel Member, "Encountering the Mysterious Other:  Hidden Obstacles to Exploration of Difference," Institute of Contemporary Psychoanalysis, Los Angeles, CA, May 13, 2006.
- Featured Speaker, Gender Study Group, Doctoral Program in Clinical Psychology, Long Island University, Roslyn, NY, November 21, 2006.
- Featured Speaker, Open House, William Alanson White Institute, New York, NY, November 27, 2006.

**"FROM BISEXUALITY TO INTERSEXUALITY:  RETHINKING GENDER CATEGORIES"**
(*Presented in Italian)
- Panel Member, "Rethinking Psychoanalysis and Gender--A New Era?" 25th Annual Scientific Conference, Washington Square Institute, New York, NY, February 4, 2001.
- Panel Member, "Freudian Slips:  Exploring Freud's Legacy" Center for Gay and Lesbian Studies (CLAGS), City University of New York, New York, NY, September 21, 2001.
- Clinical Services Meeting, William Alanson White Institute, New York, NY, December 18, 2001.
- Grand Rounds Speaker, Department of Psychiatry, Montefiore Medical Center, Bronx, NY, January          9, 2003.
- Invited Speaker, Society for the Exploration of Psychotherapy Integration (SEPI), New York, NY, May 2, 2003.
- Grand Rounds Speaker, Department of Psychiatry, Beth Israel Medical Center, New York, NY, November 17, 2003.
- Featured Speaker, Conference entitled "Segreti e bugie:  Gli psicoanalisti e le sessualità" (Secrets and Lies:  Psychoanalysts and Sexuality), Istituto di Specializzazione in Psicologia Psicoanalitica del Sé e Psicoanalisi Relazionle (ISIPSÉ), Rome, Italy, February 27-29, 2004.*
- Grand Rounds Speaker, Department of Psychiatry, Cabrini Medical Center, New York, NY, October 8, 2004.
- Closing Speaker, Queer Analysis Conference for Psychotherapists Working with Sexual Minority Clients, Sponsored by Pink Therapy, London, UK, October 16, 2004.
- Panel Member, "Alternating Currents in Bisexuality," Conference on "Longing:  Psychoanalytic Musings on Desire," William Alanson White Institute, New York, NY, October 23, 2004.
- Keynote Speaker, "What Freud Couldn't Understand:  Thinking Outside the Two Gender Model," Fall Conference of the Suffolk Institute for Psychotherapy and Psychoanalysis, Melville, NY, November 6, 2004.
- Grand Rounds Speaker, Department of Psychiatry, St. Luke's—Roosevelt Medical Center, New     York, NY, February 23, 2005.
- Panel Member, "Queering Psychoanalysis," Colloquium Series, New York University Postdoctoral Program in Psychotherapy and Psychoanalysis, September 16, 2005.
- Grand Rounds Speaker, Department of Psychiatry, Brookdale Medical Center, Brooklyn, NY, January 10, 2006.
- Panel Member, "Queering Psychoanalysis," Colloquium Series, Manhattan Institute for Psychoanalysis, January 20, 2006.
- Grand Rounds Speaker, Harvard Longwood Psychiatry, Cambridge, MA, March 7, 2006.
- Chicago Psychoanalytic Society, Chicago, IL, April 25, 2006.
- Grand Rounds Speaker, Zucker Hillside Hospital, Glen Oaks, NY, October 18, 2006.
- Master Class on treating LGBT patients, Advanced Psychodynamic Psychotherapy Alumni Association, St. Louis, MO, January 27, 2007.
- Panel Member, "From Preoedipal to Postmodern:  Gender & Sexuality," International Association for Relational Psychoanalysis and Psychotherapy, Athens, Greece, July 6, 2007.
- Grand Rounds Speaker, New York Presbyterian Hospital (Cornell), New York, NY, February 20, 2008.
- Invited Lecturer, Kyoto Institute of Psychoanalysis and Psychotherapy, Kyoto, Japan, September 13, 2009.
- Istituto H.S. Sullivan, Florence, Italy, October 9, 2010.*

## JACK DRESCHER, M.D.

### PROFESSIONAL PRESENTATIONS (continued)

**"CULTURAL COMPETENCE IN LGB MENTAL HEALTH ISSUES"**
Invited Speaker, 3rd Biannual Cultural Competency Conference:  "Navigating the Complexity of
Multiple Identities:  Multicultural Skills for Life"
Georgia State University, Atlanta, GA, March 27, 2008.

**"DISCUSSION OF ANDREW SAMUELS' 'DOES THE WEST NEED THERAPY?'"**
Joint Scientific Colloquium of Interpersonal and Relational Tracks, New York University Postdoctoral
Program in Psychotherapy and Psychoanalysis, New York, NY, March 28, 2008.

**"PSYCHIATRY AND HOMOSEXUALITY"**
Grand Rounds Speaker
Harlem Hospital, New York, NY, April 23, 2008.

**"THE PSYCHOLOGY OF THE CLOSET:  SULLIVAN'S THEORY OF DISSOCIATION
REVISITED"**
Panel Member, Interpersonal Track Colloquium, "Sullivan's Legacy"
 New York University Postdoctoctoral Program in Psychotherapy and Psychoanalysis, New York,
NY, November 22, 2008.

**"BROTHER, CAN YOU SPARE A DIME?:  THERAPIST AND PATIENT ANXIETY IN
UNCERTAIN ECONOMIC TIMES"**
Panel Member, Clinical Services Meeting
 William Alanson White Institute, New York, NY, January 6, 2009.

**"TRANSFERENCE FOCUSED PSYCHOTHERAPY REVISITED"**
Panel Member, Meeting of Committee on Student Associates and Former Fellows
American Psychoanalytic Association Winter Meeting, New York, NY, January 15, 2009.

**"ISSUES OF MARRIAGE EQUALITY"**
Invited Speaker, American Society for Adolescent Psychiatry Annual Conference, New York, NY,
March 15, 2009.

**"TREATING THE GLBT PATIENT:  RENDERING THE INVISIBLE VISIBLE"**
Keynote Speaker, "Addressing GLBT ISSUES in the Medical School Curriculum"
Conference presented by the New York Medical College GLBT Task Force, May 5, 2009.

**"'IN OR OUT?':  A DISCUSSION ABOUT GENDER IDENTITY DIAGNOSES AND THE DSM"**
Co-Chair, Scientific Symposium
Annual Meeting of APA, San Francisco, CA, May 18, 2009.

**"THE STATUS OF SEXUAL CONVERSION THERAPIES IN THE US"**
Invited Speaker, Symposium on "Therapies that Claim to Change Sexual Orientation:
Historical and Current Perspectives"
Royal College of Psychiatrists Annual Meeting, Liverpool, UK, June 3, 2009.

**"HOMOSEXUALITY AND PSYCHOANALYSIS:  FROM THE PREOEDIPAL TO THE
POSTMODERN"**
• Presidential Lecture, 50th Annual Meeting, American Academy of Psychoanalysis and Dynamic
  Psychiatry, Toronto, ON, CA, May 19, 2006.
• First Catherine Stuart PhD Memorial Lecture, William Alanson White Institute, New York,
  NY, May 9, 2008.
• Invited Lecturer, Kyoto Institute of Psychoanalysis and Psychotherapy, Kyoto, Japan,
  September 13, 2009.
• Invited Lecturer, Department of Psychology, Kyoto Bunkyo University, Kyoto, Japan,
  September 16, 2009.
• Invited Lecturer, Featured Speaker, Psicoterapia e Scienze Umane, Bologna, Italy, October 16,
  2010.*.

JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"MANAGING SELF-DISCLOSURE IN PSYCHOTHERAPY"**
Invited Consultant, "Clinical Pearls"
Institute for Psychiatric Services, New York, NY, October 9, 2009

**"MARRIAGE EQUALITY AND MENTAL HEALTH"**
Panel Member, "America on the Couch"
William Alanson White Institute, New York, NY, October 17, 2009

**"'STRAIGHT' JACKETS:  A PSYCHIATRIST DECONSTRUCTS SEXUAL CONVERSION THERAPIES"**
Keynote Speaker, "Anti-Heterosexism Conference"
Soulforce, West Palm Beach, FL, November 21, 2009

**"WHEN POLITICS DISTORTS SCIENCE"**
- Plenary Speaker, Gay and Lesbian Medical Association, 25th Annual Conference, San Juan, PR, September 29,2007.
- Panel Member, "When Politics Distorts Science," Center for Lesbian and Gay Studies, CUNY, New York, NY, March 7, 2008.
- Panel Member, "'The Gay Agenda':  The Intersection of Mental Health and Public Policy," AGLP Annual Symposium, Washington DC, May 3, 2008.
- Distinguished Psychiatrist Lecture, Annual Meeting of APA, San Francisco, CA, May 19, 2009.
- Clinical Services Meeting, William Alanson White Institute, New York, NY, January 26,2010.
- Grand Rounds  Speaker, New York Presbyterian Hospital (Cornell), Westchester, NY, February 9, 2010.
- Grand Rounds Speaker, Department of Psychiatry, Montefiore Medical Center, Bronx, NY, February 11, 2010.
- Plenary Speaker, Group for the Advancement of Psychiatry, White Plains, NY, November 11, 2011.

**"TRANSGENDERISM AND PSYCHIATRIC DIAGNOSIS"**
Plenary Speaker, Conference on Gender and Sexuality
SEXPO, Helsinki, Finland, March 12, 2010

**"GENDER VARIANCE OR GENDER IDENTITY DISORDER: A DSM-5 CONTROVERSY"**
Life Members Meeting
Annual Meeting of APA, New Orleans, LA, May 25, 2010

**"THE GROUP FOR ADVANCEMENT OF PSYCHIATRY ON-LINE CURRICULUM ON LGBT MENTAL HEALTH""**
Panel Speaker, Symposium on "Psychiatrists in the World: Advocating for LGBT Mental Health"
Annual Meeting of APA, New Orleans, LA, May 25, 2010

**"TALKING TO THE MEDIA: TEACHING PSYCHIATRISTS TO EMBRACE THE SOUND BITE"**
Panel Speaker, Symposium on "Psychiatrists in the World: Advocating for LGBT Mental Health"
Annual Meeting of APA, New Orleans, LA, May 25, 2010

**"LEGAL AND POLICY IMPLICATIONS OF SCIENTIFIC DISTORTIONS: DEVELOPING RESPONSE STRATEGIES"**
Plenary Speaker
Equal JUS–European Network for the Legal Support of LGBT Rights, Florence, Italy, October 10, 2010

**"ANTIHOMOSEXUAL ATTITUDES: A PSYCHOANALYTIC PERSPECTIVE"**
Plenary Speaker
International Conference on "Omofobia: Atteggiamenti, pregiudizi e strategie di intervento"
(Homophobia: Attitudes, Prejudices and Intervention Strategies," Naples, Italy, October 18, 2010

**"ANTIHOMOSEXUAL ATTITUDES AND GAY IDENTITY FORMATION"**
Invited Speaker, Sexual Abuse Service
William Alanson White Institute, New York, NY, November 19, 2010

**"A TRIBUTE TO BERTRAM H. SCHAFFNER, MD"**
Member, Panel Presentation
William Alanson White Institute, New York, NY, January 18, 2011

## JACK DRESCHER, M.D.

### PROFESSIONAL PRESENTATIONS (continued)

**"SHOULD WE EXTEND OR RESTRICT THE CONCEPT OF ADDICTION?"**
Invited Discussant, Conference on **"**Les catégories psychiatriques et leurs effets: Enjeux de la révision du DSM-5 et de la CIM-11 (Psychiatric diagnoses and their effects: Issues around the Revision of DSM-5 and ICD-11)"
Université de Bordeaux, Bordeaux, France, March 18, 2011

**"HOW APA'S 1973 DECISION TO REMOVE HOMOSEXUALITY FROM THE DSM CONTRIBUTED TO TODAY'S CULTURE WARS ABOUT MARRIAGE EQUALITY"**
Panel Speaker, Symposium on "Mental Health and Legal Perspectives of Same-sex Civil Marriage in the United States"
Annual Meeting of APA, Honolulu, HI, May 18, 2011

**"DOES FORM FOLLOW FUNCTION? A BISEXUAL MAN'S SEARCH FOR IDENTITY"**
Case Presentation
Fall Clinical Meeting, Society for Sex Therapy and Research, New York, NY, September 16, 2011

**"GID IN THE DSM-5: AN UPDATE"**
Stanley Biber Memorial Lecture
Annual Meeting of the Gay and Lesbian Medical Association, Atlanta, GA, September 24, 2011

**"HOMOSEXUALITY: A CLINICAL PRIMER"**
Grand Rounds discussion of a graduating resident's case
Mount Sinai Medical Center, New York, NY, October 4, 2011

**"DON'T ASK, DON'T TELL: PERSPECTIVES ON ANTIHOMOSEXUAL ATTITUDES"**
Brooklyn VA Medical Center, Brooklyn, NY, December 2, 2011

**"THE PRACTICE OF PSYCHOANALYTIC PSYCHOTHERAPY WITH GAY PATIENTS"**
- Keynote Speaker, Queer Analysis Conference. Sponsored by Pink Therapy, London, UK, October 16, 2004.
- Institute of Psychoanalysis, Chicago, IL, April 26, 2006.
- Master Class on treating LGBT patients, Advanced Psychodynamic Psychotherapy Alumni Association, St. Louis, MO, January 27, 2007.
- Grand Rounds  Speaker, New York Presbyterian Hospital (Cornell), Westchester, NY, February 19, 2008.
- Invited Speaker, Adelphi University, Derner Institute of Advanced Psychological Studies, Garden City, NY, March 19, 2008.
- Grand Rounds  Speaker, Maimonides Medical Center, Brooklyn, NY, March 16, 2009.
- Grand Rounds  Speaker, Westchester Medical Center, Valhalla, NY, March 31, 2009.
- Invited Lecturer, jointly sponsored by Kyoto Institute of Psychoanalysis and Psychotherapy and Association of Gay Professionals in Counseling and Medical Allied Fields, Osaka, Japan, September 19, 2009.
- Workshop leader, SEXPO Conference on Gender and Sexuality, Helsinki, Finland, March 12, 2010.
- Invited Speaker, Connecticut Society for Psychoanalytic Psychology, New Haven, CT, May 7, 2011.
- Grand Rounds  Speaker, Elmhurst Medical Center, Elmhurst, NY, December 7, 2011.

**"CAN SEXUAL ORIENTATION BE CHANGED?**
**HOW A CLINICAL QUESTION BECAME A CULTURE WARS ISSUE"**
LGBT Committee of the Department of Psychiatry and Medicine
Weill Cornell Medical College, New York, NY, December 9, 2011

**"WORKING CLINICALLY WITH LGBT PERSONS"**
Member, Panel Workshop, Postdoc 50th Anniversary Conference: Imagining the Future
NYU Postdoctoral Program in Psychotherapy and Psychoanalysis, New York, NY, January 21, 2012

# JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"SHAMED BODIES, UNSETTLED GENDERS"**
Discussant, Panel Session, 10th Anniversary Conference: The Legacy of Stephen Mitchell
International Association of Relational Psychotherapy and Psychoanalysis, New York, NY, March 3, 2012

**"QUEER DIAGNOSES: HOMOSEXUALITY, GENDER VARIANCE, AND THE *DIAGNOSTIC AND STATISTICAL MANUAL* (DSM)"**
- Plenary Speaker, Conference: "In Translation: Clinical Dialogues Spanning the Transgender Spectrum," Institute for Contemporary Psychotherapy, New York, NY, February 21, 2010.
- Stanley Biber Memorial Lecture, Annual Meeting of the Gay and Lesbian Medical Association, San Diego, CA, September 25, 2010.
- Panel Member, Symposium: "Gender Identity Disorder and the DSM-5: An Update," Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY, October 30, 2010.
- Grand Rounds Speaker, Westchester Medical Center, Valhalla, NY, December 14, 2010.
- Grand Rounds Speaker, New York Presbyterian Hospital (Cornell), Westchester, NY, January 11, 2011.
- LGBT Study Group, William Alanson White Institute, New York, NY, February 2, 2011.
- Grand Rounds Speaker, New York Presbyterian Hospital (Cornell), New York, NY, March 9, 2011.
- Invited Speaker, Association des Médecins Gays (Gay Medical Association), Paris, France, March 13, 2011.
- Invited Speaker, Conference on "Les catégories psychiatriques et leurs effets: Enjeux de la révision du DSM-5 et de la CIM-11 (Psychiatric Diagnoses and their Effects: Issues around the Revision of DSM-5 and ICD-11)," Université de Bordeaux, Bordeaux, France, March 18, 2011.
- Invited Speaker, Derner Colloquium, Psychology Club, Adelphi University, Garden City, NY, October 5, 2011.
- Invited Speaker (via Skype), Arizona Psychoanalytic Society, October 29, 2011.
- Grand Rounds Speaker, Downstate Medical Center, Brooklyn, NY, February 1, 2012.
- Grand Rounds Speaker, Institute of Living, Hartford, CT, March 8, 2012.

**"BEGINNERS:
CONUNDRUMS OF HUMAN BONDING, YOUND AND OLD, LGBT, AND OTHERWISE"**
Co-Chair and Discussant, Media Workshop of film, "Beginners"
Annual Meeting of APA, Philadelphia, PA, May 7, 2012

**"THE POLITICS OF SEXUAL SCIENCE: A GAY PSYCHIATRIST'S REPORT FROM THE TRENCHES OF THE CULTURE WARS"**
Panel Member, Symposium on "Psychiatrists as Activists: On Being Part of the Solution"
Annual Meeting of APA, Philadelphia, PA, May 7, 2012

**"GAY MAINSTREAM AND ALTERNATIVE STYLES: VARIATIONS ON THERAPEUTIC APPROACHES IN PATIENTS WHO WISH TO EXAMINE THEIR ORIENTATION"**
Panel Member, Discussion of sexual conversion therapies
Bob Shapell School of Social Work, Tel Aviv University, Tel Aviv, Israel, October 16, 2012

**"WHO'S ON FIRST? WHAT'S ON SECOND?: CATEGORIES, HIERARCHIES AND SEXUAL THEORISTS"**
Discussant of Ray O'Neill's "'Wilde Psychoanalysis: Homosexuali-tease': Freud and Wilde"
Fordham University, New York, NY, January 18, 2013

**"ARE THE KIDS ALL RIGHT? AVUNCULAR REFLECTIONS ON THE GAYBY BOOM"**
Keynote Speaker, "The Kids are All Right: Working with LGBTQ Parents & Their Children"
Conference sponsored by William Alanson White Institute, New York, NY, March 2, 2013

**"TREATMENT OF TRANSGENDER CHILDREN AND ADOLESCENTS"**
- LGBT Students in Science and Medicine, Transgender Health Series
  Weill-Cornell Medical Center, New York, NY, March 15, 2013

JACK DRESCHER, M.D.

## PROFESSIONAL PRESENTATIONS (continued)

**"THEORIZING HOMOSEXUALITY: WHAT DOES IT ALL MEAN?"**
Panel Member, Scientific Symposium on "Sexual Diversity, Genes and Environment"
Annual Meeting of the Netherlands Psychiatric Association, Maastricht, April 12, 2013

**"PSYCHOTHERAPY WITH LGBT PATIENTS"**
Workshop Presenter
Annual Meeting of the Netherlands Psychiatric Association, Maastricht, April 12, 2013

**"QUEER DIAGNOSES: AN UPDATE ON THE GENDER IDENTITY DIAGNOSES OF THE ICD-11 AND THE DSM-5"**
- Keynote Speaker, "Therapolitics": Mutual Influence of the Therapeutic Process and Social Processes within the LGBT Community; Bob Shapell School of Social Work, Tel Aviv University, Tel Aviv, Israel, October 16, 2012.
- Keynote Speaker, 2012 Trans Conference, "Outside the Lines: Strengthening Transgender Health and Resiliency; California State Polytechnic University, Pomona (Cal Poly Pomona), Pomona, CA, November 9, 2012.
- Grand Rounds Speaker, Department of Psychiatry, VA Hudson Valley Health Care System, Montrose, NY, January 9, 2013.
- Invited Speaker, Working Group on Gender, New York State Psychiatric Institute, New York, NY, January 18, 2013.
- Grand Rounds Speaker, Wright State Health Care System, Dayton, OH, March 19, 2013
- Invited Speaker, Gender Dysphoria Clinic, VU University Medical Center, Amsterdam, The Netherlands, April 9, 2013.
- Grand Rounds Speaker, Department of Psychiatry, Tufts-Boston Medical Center, Boston MA, April 26, 2013.

**"CAN THE PSYCHOANALYSIS OF THE FUTURE BRING ANYTHING TO SEX AND GENDER STUDIES?"**
Speaker, Steering Committee Invited Panel on "Psychoanalysis: A Look into the Future"
Annual Meeting of Division 39 (Division of Psychoanalysis) of the American Psychological Association, April 28, 2013

**"THE LGBTQ COMMUNITY: AN UPDATE ON ITS HEALTH AND MENTAL HEALTH"**
Keynote Speaker, Conference on "Understanding and Reducing Suicide Risk in LGBTQ Populations," Amerian Foundation for Suicide Prevention, New York City Chapter, New York, NY, May 4, 2013

**"THE TREATMENT OF TRANSGENDER CHILDREN AND ADOLESCENTS"**
Harry Stack Sullivan Lecturer Award, Sheppard-Pratt Healthcare Systems, Baltimore, MD, July 24, 2013

**"DSM-5 UPDATE: GENDER DYSPHORIA"**
Grand Rounds Speaker, Beth Israel Medical Center, New York, NY, July 25, 2013

## JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—PRINT MEDIA

**"Love Triangles:  When Three-ways Become Three-way Marriages"**
Commentary on unusual long-term relationships among some gay men
*GENRE Magazine,* June 1995.

**"In Sickness and in Health:  A Gay Medical Journal Comes Out"**
Commentary on difficulty addressing health needs of lesbians and gay men in mainstream medical and psychiatric journals.
*The Village Voice,* July 8, 1997.

**"Psychoanalysts Back Same-Sex Marriage"**
Discussion of American Psychoanalytic Association's endorsement of same-sex marriage.
*Clinical Psychiatry News,* March 1998, pp. 1, 5.

**"'Cures' for Gays Often are just Illusions"**
Commentary on untoward side effects of sexual conversion therapies.
*New York Newsday,* August 26, 1998, pp. A43-44.

**"How to Find a Shrink"**
Advice on how to find a therapist sensitive to gay and lesbian treatment issues.
*OUT Magazine,* January 1999, p. 104.

**"My Lover's Blue Period"**
Discussion of how to cope with a depressed partner.
*OUT Magazine,* July 1999 p. 90.

**"Are Gay people Out in Left Field?"**
Commentary on meta-analytic study of left-handedness in gay people.
*The Washington Blade,* July 21, 2000, http://www.washingtonblade.com/national/000721c.htm.

**"Invisible or Abandoned:  Gay and Lesbian Armenians Search for Acceptance"**
Commentary on attitudes toward homosexuality in the Armenian Diaspora.
*Armenian International Magazine (AIM),*Volume 11, No. 7, July 2000, pp. 48-57.

**"Boy Scouts' Funds in Peril"**
Commentary on culturally unfounded belief that homosexuality is associated with pedophilia.
*The Journal News,* Westchester, NY, September 8, 2000, pp. A1-2.

**"But I'm, a Queer Leader"**
Commentary on ex-gay movement.
*Metro* (Silicon Valley's Weekly Newspaper), November 23, 2000.

**"The Straight and Narrow"**
Commentary on ex-gay movement.
*The Buffalo News,* January 7, 20001.

**"Taking a Stand"**
Commentary on APA's Position on Same-Sex Unions.
*Fairfield County Weekly,* January 18, 20001.

**"New Families, New Questions"**
Commentary on gay and lesbian parenting.
*The Washington Post,* April 12, 20001.

**"Study of Gays 'Flawed'?"**
Commentary on telephone study claiming success of sexual conversation therapies.
*New York Newsday,* May 10, 2001, p. A30.

**"Furor Erupts Over Study On Sexual Orientation"**
Commentary on controversial Spitzer study.
*Psychiatric News,* Volume 36, No 13, December 21, 2001, p. 20.

**"Fierce Mothers"**
Commentary on mothers of gay men who become gay activists themselves.
*The Advocate,* August 28, 2001, pp. 36-41.

## JACK DRESCHER, M.D.

### EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Finland's Parliament Assesses U.S. Reparative-Therapy Study"**
Commentary on controversial Spitzer study and its effects on gay civil rights.
*Psychiatric News*, Volume 36, No 24, December 21, 2001, p. 11.

**"Bosom Buddies"**
Chair of APA Committee on GLB Issues commenting on treatment guidelines for transsexualism.
*Chicago Reader*, January 11, 2002.
http://www.chicagoreader.com/chicago/bosom-buddies/Content?oid=907418

**"Vatican Blames Gays for Priest Sex Abuse/Drawing the Lines Between Pedophilia and Adult** Sexuality"
Commentary on distinctions between pedophilia and homosexuality.
*New York Blade/Washington Blade*, March 8, 2002, pp. 7-8.

**"Les Thérapies réparatrices de la NARTH"**
Commentary on sexual conversion therapies.
*Têtu*, France, March, 2002, p. 68.

**"Dr. H. Anonymous:  Instant Cure Recalled"**
Commentary on history of removing homosexuality from the diagnostic manual.
*Philadelphia Gay News*, May 17-23, 2002, Vol. 26(20), pp. 1,16-17.

**"Trauma Database Links Agencies, Psychiatrists"**
Commentary on mental health community's response to those traumatized by 9/11.
*Psychiatric News*, Volume 37, No 17, September 6, 2002, p. 12.

**"Sick Again"**
Commentary on sexual conversion therapies.
*The Advocate*, December 10, 2002, pp. 24-25.

**"30 Years Ago:  APA Says Gay is Okay"**
Commentary on APA decision to remove homosexuality from DSM.
*Bay Windows*, Boston, MA, April 3, 2003.

**"Voices—Identity Crisis"**
Commentary on diagnostic status of Gender Identity Disorder (GID) in DSM.
*Out Magazine*, April , 2003.
http://www.antijen.org/Out.html

**"Divine diagnosis: Springs minister takes heat for calling homosexuality a 'disorder'"**
Commentary on Episcopalian Church's decision to ordain a gay bishop.
*Colorado Springs Independent*, August 14, 2003.

**"Living *la Vida* Straight"**
Commentary on sexual conversion therapies.
*New Times Broward-Palm Beach*, August 28, 2003.

**"Miller 'Most Humiliated' Showering with Men:  Ga. Senator Compares Iraqi Prison Abuse to his Draft Physical, Showers"**
Commentary on Georgia Senator's assessment of American-tortured Iraqis.
*Southern Voice*, May 28, 2004.

**"Ex-gay Man Says Change Possible"**
Commentary on conversion therapy.
*Deseret News* (Salt Lake City, UT), May 28, 2004.

**"The Psychology of the Closet: McGreevey's New Clothes"**
Commentary on NJ Governor James McGreevey's. coming out as a gay man.
*Outlook Weekly*, Ohio, Volume 9, Number 13, September 9, 2004.

**"The Kinsey Effect"**
Commentary on the impact of Alfred Kinsey's work following the film release of *Kinsey*.
*Los Angeles Times*, November 15, 2004, pp. F1, F4-F5.

# JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Controversial Therapist Loses Advisory Position"**
APA spokesperson on APA policy on sexual conversion therapy following removal of "reparative therapist" from Magellan's Advisory Board.
*Philadelphia Inquirer,* March 19, 2005.

**"Texas Might Ban Gay Foster Parenting"**
Commentary on proposed Texas legislative ban of gay foster parenting.
*Los Angeles Times,* April 22, 2005, p. A30 .

**"eHarmony:  Heart and Soul"**
Commentary on "heterosexual-only" on-line dating service.
*USA Today,* May 18, 2005, pp. D1-2.

**"Same-sex Marriage Gets Boost"**
APA spokesperson on APA Assembly vote supporting same-sex marriage
*Atlanta Journal-Constitution,* May 23, 2005, pp. A1,7.

**"Into Class and Out of the Closet"**
APA spokesperson on gay adolescents coming out in high school
*Daily Southtown,* Chicago, IL, June 5, 2005, pp. A1,15.

**"Psychiatry Group Votes to Support Gay Marriage"**
APA spokesperson on APA Assembly vote supporting same-sex marriage
*American Medical News,* June 13, 2005, p. 16.

**"Tennessee. opens new probe of 'ex-gay' facility"**
Commentary on involuntary treatment of gay and lesbian adolescents to change their sexual orientation
*Washington Blade,* July 1, 2005.

**"Gay Teenager Stirs a Storm"**
APA spokesperson on involuntary treatment of gay and lesbian adolescents to change their sexual orientation
*New York Times,* July 17, 2005, Sunday Styles (Section 9), pp. 1,6.

**"Psychiatric Board Backs Same-Sex Marriage in 14-1 Vote"**
APA spokesperson on decision to support same-sex civil marriage.
*Southern Voice,* August 4, 2005.

**"Can Christian Counseling Change Sexual Preference"**
APA spokesperson on harmful effects of sexual conversion therapies.
*Atlanta Journal-Constitution,* "Woman to Woman," August 13, 2005.

**"Vowing to Set the World Straight"**
APA spokesperson on harmful effects of sexual conversion therapies.
*Washington Post,* August 16, 2005, pp. F1,F4.

**"The Battle over Gay Teens"**
APA spokesperson on harmful effects of sexual conversion therapies.
*Time Magazine,* October 10, 2005, pp. 42-51.

**"'Ex-Gay' Ministry Reaches out to Hub"**
APA spokesperson on harmful effects of sexual conversion therapies.
*Boston Globe,* October 28, 2005.

**"'Gays Help Expose On-Line Predators"**
Commentary on internet stings of sexual predators.
*Washington Blade,* November 25, 2005.

**"Pray Away the Gay"**
APA spokesperson on harmful effects of sexual conversion therapies.
*Riverfront Times,* St. Louis, MO, December 14, 2005.

**"Ex-Gay Event Sparks Counter-Conference"**
APA spokesperson on harmful effects of sexual conversion therapies.
*Express Gay News,* Ft. Lauderdale, FL, May 6, 2006.

# JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Coming Out as a Teen Becoming More Common"**
Commentary on teenagers coming out.
*Albuquerque Journal*, Albuquerque, NM, May 30, 2006,
http://www.abqjournal.com/news/yes/464166yes05-30-06.htm.

**"Doc Says Prison Bigs Fret Clinic's Sex Change Calls"**
Commentry on history of treatment of Gender Identity Disorder.
*Boston Herald*, Boston, MA, June 2, 2006,
http://news.bostonherald.com/localRegional/view.bg?articleid=141846.

**"Study Finds Link Between Having Older Brothers, Sexual Orientation"**
Commentary on published study of relationship between fraternal birth order and homosexuality.
*Los Angeles Times*, Los Angeles, CA, June 27, 2006.
http://www.latimes.com/news/science/la-sci-brothers27jun27,0,407199.story?coll=la-home-headlines.

**"Straight Talk on Homosexuality"**
Commentary on distinctions between pedophilia and homosexuality.
*Prince George Sentinel*, Prince George County, MD, July 6, 2006, p. E-2.
http://www.thesentinel.com/314856334068980.php.

**"Answer Fella:  Your Offensive Questions Answered"**
Commentary on whether gay men are more promiscuous than straight men.
*Esquire Magazine*, August, 2006, p. 128.
http://www.esquire.com/features/articles/2006/060706_mfe_August_06_Fella.html.

**"Rights Panel Studies 'Gender Identity'"**
Commentary on gender dysphoria as Broward County contemplates antidiscrimination protections for transgender individuals.
*Miami Herald*, August, 27, 2006.
http://www.miami.com/mld/miamiherald/news/local/states/florida/counties/broward_county/15364377.htm.

**"What One Fewer Planet Means to Our Worldview"**
Commentary on the psychological need to create categories.
*Washington Post*, August, 28, 2006, p. A02.
http://www.washingtonpost.com/wp-dyn/content/article/2006/08/27/AR2006082700644.html

**"Conference in Indian Wells to Challenge Views on Homosexuality"**
Commentary on harmful effects of sexual conversion therapies.
*Press-Enterprise* (Inland Southern California), September 22, 2006
http://www.pe.com/localnews/inland/stories/PE_News_Local_R_lovewon23.99fa78.html

**"Homosexuality Research Sparks Debate"**
Commentary on genetic research and homosexuality.
*North West Indiana Times*, September 28, 2006
http://nwitimes.com/articles/2006/09/28/news/illiana/e9d6d48d841c98e1862571f70006b713.txt

**"Foley Incident Stirs up a Stereotype about Gay Men"**
Commentary refuting alleged relationship between pedophilia and homosexuality.
*San Francisco Chronicle*, October 7, 2006, p. A11.
http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2006/10/07/STEREOTYPE.TMP

**"Being True to Themselves"**
Commentary on transgenderism.
*Louisville Courier-Journal*, October 15, 2006.
http://www.courier-journal.com/apps/pbcs.dll/article?AID=/20061015/FEATURES/610150325

**"GLMA Tackles Reparative Therapy"**
Commentary on harm done by sexual conversion therapy.
*Bay Area Reporter* (San Francisco), October 19, 2006.
http://www.ebar.com/news/article.php?sec=news&article=1262

JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Pastor's Case Stirs Debate"**
Commentary on harm done by sexual conversion therapy.
*Denver Post,* November 11, 2006.
http://www.denverpost.com/news/ci_4644918

**"Haggard Case Revives Gay Therapy Debate"**
Commentary on harm done by sexual conversion therapy.
*Associated Press (Washington Post),* November 15, 2006.
http://www.washingtonpost.com/wp-dyn/content/article/2006/11/15/AR2006111501043.html

**"At Dunbar, Josh Faced Frequent Harassment"**
Commentary on effects of bullying on gay kids.
*Lexington (KY) Herald-Leader,* November 19, 2006.
http://www.kentucky.com/mld/kentucky/news/local/16050083.htm?template=contentModules/printstory.jsp

**"Transgender people are Born One Gender but Identify with Other"**
Commentary on transgenderism.
*Lansing State Journal,* January 21, 2007.
http://www.lsj.com/apps/pbcs.dll/article?AID=/20070121/LIFE02/701210593/1079/life

**"Ousted Pastor 'Completely Heterosexual'"**
Commentary on evangelical preacher's announcement  of having "become heterosexual."
*New York Times,* February 7, 2007, p. A11.
http://www.nytimes.com/2007/02/07/us/07haggard.html?ref=us

**"My Big Bad Mouth"**
Commentary on the psychological treatment of prejudice.
*New York Times,* February 8, 2007, p. G1-2.
http://www.nytimes.com/2007/02/08/fashion/08rehab.html?_r=1&ref=fashion&oref=slogin

**"Some Tormented by Homosexuality Look to a Controversial Therapy"**
Commentary on the APA position on sexual conversion therapy.
*New York Times,* February 8, 2007, pp. B1, B6.
http://www.nytimes.com/2007/02/12/nyregion/12group.html?_r=1&partner=rssnyt&emc=rss&oref=slogin

**"Can Therapy Turn Gays Straight?"**
Commentary on the APA position on sexual conversion therapy.
*People Magazine,* February 26, 2007, pp. 79-80.

**"Pioneer Barbara Gittings Dies"**
Obituary of gay rights activist Barbara Gittings and her historic participation in removing
homosexuality from the APA's Diagnostic Manual.
*Philadelphia Gay News,* February 23, 2007.
http://www.epgn.com

**"A Case of Gender Blues:  Florida Official May Be Fired over Sex Change"**
Commentary on mental health approaches toward gender identity disorder.
*Newsweek,* March 12, 2007, pp. [].
http://www.msnbc.msn.com/id/17439091/site/newsweek/

**"Furor Over Baptist's Gay-Baby Article"**
Commentary on Southern Baptist Seminary leader affirming biological origins of homosexuality.
*Associated Press (New York Times),* March 14, 2007.
http://www.nytimes.com/aponline/us/AP-Baptist-Gay-Babies.html

**"Ignore Them and They'll Go Away?"**
Commentary on suggested behavioral responses when antigay preachers show up at gay events.
*Southern Voice,* April 13, 2007.

## JACK DRESCHER, M.D.

### EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Wrongful Psychoanalysis"**
Comments criticizing forensic psychiatrist speculating about Seung-Hui Cho's alleged homosexuality.
*The Advocate,* May 22, 2007, p. 19.

**"Therapy Aims to Make Ex-Gays"**
Critical comments about conversion therapies.
*Chicago Tribune,* June 11, 2007.
http://www.chicagotribune.com/news/nationworld/chi-ex-gay_hamilljun11,1,1902137.story?coll=chi-newsnationworld-hed

**"New Ground in Debate on Curing Gays"**
Critical comments about conversion therapies.
*Los Angeles Times,* June 18, 2007.
http://www.latimes.com/news/nationworld/nation/la-na-exgay18jun18,0,4259057.story?coll=la-home-center

**"Psychologists to Review Stance on Gays"**
Comments regarding my appointment to American Psychological Association task force on patients conflicted about sexual orientation.
*Associated Press (New York Times),* July 10, 2007.
http://www.nytimes.com/aponline/us/AP-Gays-Psychologists.html?_r=1&oref=slogin

**"Queer by Choice"**
Commentary on biological theories of homosexuality.
*Southern Voice,* August 24, 2007.
http://www.sovo.com/2007/8-24/news/national/7358.cfm

**"Depression Lesson:  Feeling Depressed?  You May Be Bipolar"**
Commentary on underdiagnosis of bipolar disorder.
*The Advocate,* August 28, 2007, p. 17.

**"Some Suffer in Silence"**
Commentary on underutilization of mental health services in NYC.
*New York Resident,* October 16, 2007.
http://70.47.124.114/node/948

**"What's Up with Barebacking?"**
Commentary on barebacking in populations at risk for HIV.
*New York Blade,* October 19, 2007.
http://www.nyblade.com/2007/10-19/news/localnews/bareback.cfm

**"What's Up Doc?: Would removing transgender from the list of mental disorders do more harm than good?"**
Commentary on controversies surrounding removal of GID from DSM.
*The Advocate,* November 20, 2007.
http://www.advocate.com/issue_story_ektid50125.asp

**"Westchester Conference to Stop Gay-Bashing Expands Its Scope"**
Commentary on appropriateness of talking about antigay bullying to middle school students.
*The Journal News,* Westchester, NY, December 2, 2007,
http://www.lohud.com/apps/pbcs.dll/article?AID=/20071202/NEWS02/712020338.

**"Killing Stuns NYC Therapists, Who Say Risk from Patients Is Low"**
Commentary on risks of violence to clinicians after murder of a therapist in her office.
*Associated Press (New York Newsday),* February 14, 2008.
newsday.com/news/local/wire/newyork/ny-bc-ny--therapistattack-s0214feb13,0,5111947.story

**"Gov's Lusty Lechery No Surprise to (S)Experts"**
Commentary on how individuals in positions of power may make errors in judgment.
*New York Post,* March 11, 2008.

## JACK DRESCHER, M.D.

### EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Junk Science on Stage"**
Commentary on withdrawal of controversial APA panel on homosexuality and conversion therapy.
*Gay City News,* April 25, 2008, pp. 1, 6.
http://gaycitynews.com/site/news.cfm?newsid=19514615&BRD=2729&PAG=461&dept_id=568864
&rfi=6

**"Robinson Backs Out of Symposium on 'Ex-Gays'"**
Commentary on withdrawal of controversial APA panel on homosexuality and conversion therapy.
*Washington Blade,* April 30, 2008.
http://www.washingtonblade.com/thelatest/thelatest.cfm?blog_id=18015

**"Ex-Gay Junk Science Panel Canceled by American Psychiatric Association"**
APA spokesperson on withdrawal of APA panel on homosexuality and conversion therapy.
*Gay City News,* May 1, 2008.
http://www.gaycitynews.com/site/news.cfm?newsid=19653649&BRD=2729&PAG=461&dept_id=5
68864&rfi=6

**"Anti-Gay Panel Canceled at Psychiatrists' Confab"**
APA spokesperson on withdrawal of APA panel on homosexuality and conversion therapy.
*Bay Area Reporter,* May 8, 2008.
http://www.ebar.com/news/article.php?sec=news&article=2961

**"Proud 'Mama's Boys'"**
Commentary on discredited, historic psychoanalytic theories that attributed homosexuality to
parenting styles.
*Southern Voice,* May 9, 2008.
http://www.southernvoice.com/2008/5-9/arts/feature/8514.cfm

**"Flap Flares over Gender Diagnosis"**
APA spokesperson clarifying internet rumors that homosexuality will be put back into the DSM.
*Gay City News,* May 15, 2008, p.2.
http://www.gaycitynews.com/site/news.cfm?newsid=19693908&BRD=2729&PAG=461&dept_id=5
68864&rfi=6

**"Parents:  The New Trans Focus"**
DSM-5 Workgroup member clarifying DSM-5 process.
*Sydney Star Observer,* May 28, 2008.
http://www.ssonet.com.au/display.asp?ArticleID=8400

**"Activists Alarmed over APA's Gender Diagnosis Review"**
DSM-5 Workgroup member clarifying DSM-5 process.
*Washington Blade,* May 30, 2008.
http://www.washingtonblade.com/2008/5-30/news/national/12682.cfm

**"Psychiatrists Revising the Book of Human Troubles"**
Commentary on GID controversies and DSM-5 process.
*New York Times,* December 18, 2008, pp. A1, A20.
http://www.nytimes.com/2008/12/18/health/18psych.html?ref=health&pagewanted=all

**"Eat, Drink and be Healthy and Gay"**
Commentary on self care.
*Southern Voice,* January 2, 2009.
http://www.southernvoice.com/2009/1-2/news/localnews/9623.cfm

**"Attention, Shopaholics:  Your Weakness May Be a Proper Disease"**
Commentary on whether compulsive shopping is or should be a DSM diagnosis.
*New York Times,* January 28, 2009, p. A24.
http://www.nytimes.com/2009/01/28/health/28shopping.html

# JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"More Investors are Shunning Stocks"**
Commentary on managing anxiety related to economic downturn.
*Business Week*, February 24, 2009.
http://www.businessweek.com/bwdaily/dnflash/content/feb2009/db20090224_998795.htm

**"Manual Manipulation"**
Commentary on GID and DSM controversies.
*Psychology Today*, June 2009.

**"Psychologists: Don't Try to Reorient Gays"**
Commentary on American Psychological Association Task Force on efforts to change sexual orientation.
*Desert Sun* (Palm Springs), August 6, 2009.
http://www.mydesert.com/article/20090806/NEWS01/908060315'

**"A New Therapy on Faith and Sexual Identity"**
Commentary on American Psychological Association Task Force on efforts to change sexual orientation.
*Wall Street Journal*, August 6, 2009, p. A09.
http://online.wsj.com/article/SB124950491516608883.html

**"Controversy Continues over APA and Gender Variance"**
Commentary on GID controversies and DSM-5 process.
*Dallas Voice*, March 12, 2010.
http://www.dallasvoice.com/artman/publish/article_12594.php

**"Some Question Sex Addictions"**
Commentary on controversies surrounding "sexual addiction" diagnosis.
*Las Vegas Review-Journal*, April 18, 2010.
http://www.lvrj.com/news/some-question-sexual-addictions-91350124.html

**"Let's Talk About Sex"**
Commentary on sexuality concerns among the HIV-positive.
*HIVPLUSMagazine*, May/June, 2010.
http://www.hivplusmag.com/Story.asp?id=2088&categoryid=1&issue_emi=current&jt=0

**"Deliverance: The True Story of a Gay Exorcism"**
Commentary on potential harm to children subjected to religious "exorcisms" of homosexuality.
*Details Magazine*, June, 2010, pp. 126-131.
http://www.details.com/culture-trends/critical-eye/201006/gay-exorcism#ixzz0psXXzqM2

**"Gay-to-Straight Camp Run by Local Man Praised, Panned"**
Commentary on potential harms of sexual conversions therapy.
*Daily Progress* (SC), July 11, 2010.
http://www2.dailyprogress.com/cdp/news/local/article/local_mans_gay-to-straight_camp_praised_panned/58068/

**"Meet Josie, 9: No Secret She's Transgender"**
Commentary on controversies surrounding treatment of gender variant children.
*Arizona Daily Star*, July 25, 2010.
http://azstarnet.com/news/science/health-med-fit/article_62e8719b-5b8d-5f99-80f3-71f00a41c334.html

**"Debate Over Homosexuality Now Roiling Orthodox Jews"**
Commentary on potential harms of sexual conversions therapy.
*Jewish Daily Forward*, July 28, 2010.
http://forward.com/articles/129696/

**"Trailblazing Psychiatrist Leaves Legacy of Social Caring"**
Comments about the social contributions of the late Alfred Freedman, MD, who played a role as APA President in removing homosexuality from the DSM.
*Psychiatric News*, Volume 48, No. 11, June 3, 2011, pp. 3, 24.
http://pn.psychiatryonline.org/content/46/11/3.2.full

# JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Chaz Bono on Dancing with the Stars: Should Kids be Banned from Watching?"**
Commentary on gender dysphoria and transsexualism in the public sphere.
*Boston Globe,* September 20, 2011.
http://www.boston.com/Boston/dailydose/2011/09/chaz-bono-dancing-with-the-stars-should-kids-banned-from-watching/EPkM8y89Nb6nK2opxlO9JK/index.html#

**"Facebook Can Be Useful–If You Use Common Sense"**
Commentary on personal experience of using social media.
*Psychiatric News,* Volume 45, No 22, November 18, 2011, p. 5A.
http://www.boston.com/Boston/dailydose/2011/09/chaz-bono-dancing-with-the-stars-should-kids-banned-from-watching/EPkM8y89Nb6nK2opxlO9JK/index.html#

**"Lawyers Say Bradley Manning Struggled with Gender Identity Disorder"**
Commentary on diagnostic issues of GID in DSM and ICD.
*Washington Blade,* December 19, 2011.
http://www.washingtonblade.com/2011/12/19/lawyers-say-bradley-manning-struggled-with-gender-identity-disorder/

**"Army Private Portrayed as Deeply Troubled"**
Commentary on use of GID diagnosis as defense in Wikileaks hearing.
*Bay Area Reporter,* December 22, 2011.
http://www.ebar.com/news/article.php?sec=news&article=67262/

**"Mixed-up Five-Year-Olds and the Alarming Growth of the Gender Identity Industry"**
Commentary on treatment of gender dysphoric children and adolescents.
*Daily Mail* (UK), February 24, 2012.
http://www.dailymail.co.uk/news/article-2106215/Mixed-year-olds-alarming-growth-gender-identity-industry.html

**"Psychiatry Giant Sorry for Backing 'Gay Cure'"**
Commentary on impact of Robert Spitzer's "ex-gay" study.
*New York Times,* May 19, 2012, pp. A1, A3.
http://www.nytimes.com/2012/05/19/health/dr-robert-l-spitzer-noted-psychiatrist-apologizes-for-study-on-gay-cure.html?_r=1

**"Transgender at Five"**
Commentary on treatment of gender dsyphoric children and adolescents.
*Washington Post,* May 20, 2012.
http://www.washingtonpost.com/local/transgender-at-five/2012/05/19/gIQABfFkbU_story.html

**"Drug Treatments for Transgender Kids Pose Difficult Choices for Parents, Doctors"**
Commentary on treatment of gender dsyphoric children and adolescents.
*Washington Post,* May 20, 2012.
http://www.washingtonpost.com/local/drug-treatments-for-transgender-kids-pose-difficult-choices-for-parents-doctors/2012/05/19/gIQAxgakbU_story.html

**"Spitzer Issues Apology for Study Supporting Reparative Therapy"**
Commentary on impact of Robert Spitzer's "ex-gay" study.
*Psychiatric News,* June 15, 2012, pp. 1, 23.
http://psychnews.psychiatryonline.org/newsArticle.aspx?articleid=1182476

**"Dr. Richard Isay, Who Fought Illness Tag for Gays, Dies at 77"**
Psychoanalyst commenting in obituary on the contributions of Dr. Isay to psychoanalysis.
*New York Times,* June 30, 2012, p. B8.
http://www.nytimes.com/2012/06/30/health/richard-isay-fought-illness-tag-for-gays-dies-at-77.html

**"Dr. Richard Isay, Lover and Fighter, Dies at 77"**
Psychoanalyst commenting in obituary on the contributions of Dr. Isay to psychoanalysis.
*Gay City News,* July 4, 2012.
http://gaycitynews.com/dr-richard-isay-lover-and-fighter-dies-at-77/

## JACK DRESCHER, M.D.

### EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Transgender Advocates Seek New Diagnostic Terms"**
Commentary about DSM-5 gender diagnoses.
*Associated Press*, July 21, 2012.
http://abcnews.go.com/US/wireStory/transgender-advocates-seek-diagnostic-terms-16828259?singlePage=true#.UAw8k3AWX_5

**"No Basis in Church's Claim Gays Die Young"**
Commentary responding Scotland's Catholic church citing pseudo-scientific mortality studies.
*The Scotsman*, July 28, 2012.
http://www.scotsman.com/news/health/no-basis-in-church-s-claim-gays-die-young-1-2437547

**"New California Law Bans 'Gay' to 'Straight' Therapy for Minors"**
Commentary on recent California legislation banning "reparative therapy" for minors.
*The Washington Blade*, October 2, 2012.
http://www.washingtonblade.com/2012/10/02/gay-conversion-therapy-banned-in-california/

**"No NY Action on Banning Anti-Gay 'Cure' for Kids "**
Commentary on recent California legislation banning "reparative therapy" for minors.
*Gay City News*, October 10, 2012.
http://gaycitynews.com/no-ny-action-on-banning-anti-gay-cure-for-kids/

**"Conversion Therapy in Israel "**
Commentary on conversion therapies in Israel and the US.
*Ha'aretz Weekend Magazine*, November 30, 2012.
Hebrew Version: http://www.haaretz.co.il/magazine/the-edge/1.1874836
English Translation: http://awiderbridge.org/conversion-therapy-in-israel/

**"Legal Showdown over Gay Conversion Therapy Waged in 2 States"**
Commentary on California legislation banning "reparative therapy" and New Jersey lawsuit against conversion therapists.
*American Medical News*, January 21, 2013.
http://www.ama-assn.org/amednews/2013/01/21/gvsb0121.htm

**"Colorado Transgender Girl, Not Allowed To Use School Bathroom"**
Commentary on DSM-5 diagnosis of "Gender Dysphoria".
*Associated Press*, February 27, 2013.
http://www.huffingtonpost.com/2013/02/27/coy-mathis-colorado-trans_n_2776472.html

**"Gay Conversion Therapy Sparks Culture War in NJ"**
Commentary on New Jersey legislative bill banning conversion therapy for minors".
*Asbury Park Press*, March 31, 2013.
http://www.usatoday.com/story/news/nation/2013/03/31/gay-conversion-therapy-culture-war/2038981/

**"New Gender Dysphoria Criteria Replace GID"**
Commentary on new DSM-5 criteria for Gender Dysphoria".
*Psychiatric News*, April 5, 2013, pp. 9, 14.
http://psychnews.psychiatryonline.org/newsArticle.aspx?articleid=1676226

**"U.N. Puts So-Called Conversion Therapies In Spotlight as Human Rights Issue"**
Commentary on participation in UN conference critical of conversion therapies".
*Psychiatric News*, April 5, 2013, pp. 1, 32.
http://psychnews.psychiatryonline.org/newsArticle.aspx?articleid=1676223

**"Glick, Hoylman File Bill to Ban 'Conversion Therapy' "**
Commentary on NY State Assembly bill introduced to ban "reparative therapy" for minors.
*Gay City News*, May 8, 2013.
http://gaycitynews.com/glick-hoylman-file-bill-to-ban-conversion-therapy/

**"Parsippany Teen on Gay Conversion Therapy: 'Government Has an Obligation to Support and Protect Children'"**
Testimony given to NJ State Assembly on bill to ban "reparative therapy" for minors.
*New Jersey Record*, June 13, 2013.
http://www.dailyrecord.com/article/20130613/NJNEWS/306130036/Parsippany-teen-gay-conversion-therapy-Government-has-an-obligation-support-protect-children-

## JACK DRESCHER, M.D.

### EXPERT COMMENTATOR—PRINT MEDIA (continued)

**"Bradley Manning Sex Change Plea Spotlights Prisoner Mental Health Services"**
Commentary on medical necessity of gender reassignment surgery.
*Boston Globe*, August 22, 2013.
http://www.boston.com/lifestyle/health/blogs/daily-dose/2013/08/22/should-prisoners-like-bradley-manning-get-covered-for-gender-change/agYSp9If9ObzkIkFJFD3SK/blog.html

**"What 'Transgender' Means, and How Society Views It"**
Commentary on diagnostic changes in DSM-5 and ICD-11.
*USA Today*, August 22, 2013.
http://www.usatoday.com/story/news/nation/2013/08/22/transgender-primer-manning/2687869/

JACK DRESCHER, M.D.

## LETTERS TO THE EDITOR IN NON-PROFESSIONAL PUBLICATIONS

"Psychiatrist Speaks on Reparative Therapy"
*The Advocate* (Newspaper of Fordham University School of Law), Vol. 28(5), March 19, 1997.

"New Flexible Spending Accounts Needed"
*The New York Times*, December 30, 1998, p. A16.

"Gay Rights Activists Speak Up"
*The Nation*, September 19, 1999.

"Gay Debate"
*The Chicago Tribune*, May 27, 2000.

"The Debate Rages On"
*Psychology Today*, January, 2001.

"Hidden Conflicts: The Lives We Live"
*The New York Times*, February 27, 2001, p. A22.

"The Fate of Mullah Omar"
*The New York Times*, December 28, 2001, p. A18.

"Rx's From Psychologists"
*The New York Times*, April 2, 2002, *Science Times*, p. F4.

"A Pause to Bind Up the Wound in our Heart"
*The New York Times*, September 11, 2002, p. A32.

"Scenes from Iraq"
*The New York Times*, March 31, 2003, p. A12.

"John Paul, His Life and Message"
*The New York Times*, October 14, 2003, p. A24.

"9/11 Hearings: The Next Round"
*The New York Times*, March 30, 2004, p. A20.

"Bush and Chirac"
*The New York Times*, July 4, 2004, *Week in Review*, p. 8.

"Making Speeches, Making a Difference"
*The New York Times*, January 25, 2005, p. A18.

"Is Law on the Side of Guantánamo?"
*The New York Times*, June 27, 2006, p. A16.

"The Fallacy of Autonomy"
*The New York Times*, July 20, 2007, p. A12.

"Outing Dumbledore"
*The New York Times*, October 31, 2007, p. A22.

"Positive Government: A Republican About-Face?"
*The New York Times*, February 19, 2008, p. A20.

"Clarifying APA's Views"
*Gay City News*, May 1, 2008, p. A20.

"The President, Right or Wrong?"
*The New York Times*, June 26, 2008, p. A22.

"A Setback for Same Sex Marriage"
*The New York Times*, November 7, 2008, p. A34.

"Getting to Know Judge Sotomayor"
*The New York Times*, June 7, 2009, *Week in Review*, p. 7.

## JACK DRESCHER, M.D.

### LETTERS TO THE EDITOR IN NON-PROFESSIONAL PUBLICATIONS (continued)

"A Family, No Matter How It's Created"
*The New York Times,* June 7, 2010, p. A22.

"The Agenda Is Not So Hidden: It's Tolerance"
*The New York Times,* November 11, 2010, p. A34.

"Married Gay Immigrants"
*The New York Times,* April 5, 2011, p. A22.

"Homosexuality"
*Hakirah: The Flatbush Journal of Jewish Law and Thought,* Volume 13, Spring 2012, pp. 12-16.

"A Focus on AIDS, Past and Present"
*The New York Times,* August 3, 2012, p. A20.

"A Strange Formulation"
*The New York Times, Sunday Book Review,* August 19, 2012, p. BR5.

"Morsi's Hate Speech Against Jews"
*The New York Times,* January 17, 2013, p. A26.

"Doctor's Words on Homosexuality Out of Context"
*The Westerly (CT) Sun,* April 12, 2013.
http://www.thewesterlysun.com/news/letter-doctor-s-words-on-homosexuality-out-of-context/article_54f9d99e-a37a-11e2-8b1e-0019bb2963f4.html

"A Cabby to Remember"
*The New York Times,* April 20, 2013.
http://www.nytimes.com/2013/04/20/opinion/a-cabby-to-remember.html?_r=0

"Psychiatry on the Scientific Spectrum"
*The New York Times,* May 30, 2013.
http://www.nytimes.com/2013/05/30/opinion/psychiatry-on-the-scientific-spectrum.html

"Sunday Dialogue: Our Notions of Gender"
*The New York Times,* June 30, 2013, page SR2.
http://www.nytimes.com/2013/06/30/opinion/sunday/sunday-dialogue-our-notions-of-gender.html?pagewanted=all

### PRINT OP-ED COLUMNS

**"Gays Can't Change"**
*New York Daily News,* May 13, 2001, p. 40.

**"What Does Science Say About Homosexuality?"**
*Daily Press,* Newport News, VA, May 7, 2006.

**"Conversion Attempts Mostly Lead to Harm."**
*Nashville Tennessean,* Nashville, TN, August 16, 2007.
http://www.tennessean.com/apps/pbcs.dll/article?AID=/20070816/OPINION01/708160395/1008

**"Gay Therapy is Not Just Sticks and Stones."**
*New Jersey Star-Ledger,* April 16, 2013.
http://blog.nj.com/njv_guest_blog/2013/04/gay_therapy_is_not_just_sticks.html

JACK DRESCHER, M.D.

---

## INTERNET GUEST BLOGGER

**"No Sex Please, We're Gay"**
*Box Turtle Bulletin*, January 23, 2009.
http://www.boxturtlebulletin.com/2009/01/23/8284

**"What Would King Solomon Do?"**
*The Bilerico Project*, February 23, 2009.
http://www.bilerico.com/2009/02/what_would_king_solomon_do.php

**"Another One Bites the Dust."**
*Ex-Gay Watch*, April 28, 2009.
http://www.exgaywatch.com/wp/2009/04/guest-post-another-one-bites-the-dust/

**"Anti-gay Laws Lead to Depression."**
*The Advocate*, December 9, 2009.
http://www.advocate.com/News/Daily_News/2009/12/09/Depressing_News_From_New_York/

## PRINT ARTICLES FOR NON-MENTAL HEALTH AUDIENCES

**"Il Caso Omosessualità (The Case of Homosexuality)"**
*KOS:  Rivista de medicina, cultura e scienze umane*, Number 174, pp. 60-65, March 2000.

**"Love the Sinner:  The Marketing of Heterosexuality"**
gfn.com, *The Gay Financial Network*, June 5, 2000.
http://www.gfn.com/news/news.cfm?story_id=6244&topic_name=gfn_com_exclusives

**"The NYSPA Report:   "Gay, Lesbian and Bisexual Mental Health"**
*The Mental Health Newsletter*, Volume 6, No. 1, Winter, 2004, p. 21.

**"Queering Psychoanalysis:  The Relational Turn"**
*CLAGS News*, Volume XV, No. 2, Fall, 2005, p. 12.

## JACK DRESCHER, M.D.

### EXPERT COMMENTATOR—TELEVISION

**"I'm Thinking of Going Straight"**
Commentary on sexual orientation changes
The Rikki Lake Show, September 15, 1994.

**"Can Reparative Therapy Work?"**
Commentary on sexual orientation changes
Fox on Family, Fox Network News, March 3, 1997.

**"The Homosexuals"**
Commentary on re-airing of 1967 television documentary about homosexuality in America
CBS Classics, CBS Eye on America, October, 1998.

**"Changing Homosexuality"**
American Psychiatric Association spokesperson on APA position regarding sexual orientation changes
FoxNews, May 23, 2000.

**"Can Homosexuality be Changed?"**
Commentary on Robert Spitzer's study claiming success of sexual conversation therapies.
AM Canada, CTV, May 10, 20001.

**"Should Gays and Lesbians Adopt?"**
Commentary on gay and lesbian adoption studies.
The O'Reilly Report, Fox Network News, March 4, 2002.

**"Homosexuality, Pedophilia and the Catholic Church Scandal"**
Commentary rebutting unfounded linkages between homosexuality and pedophilia.
In The Life, Public Broadcasting Service, July 11, 2002.

**"Sexual Conversion Therapy"**
Commentary on harmful effects of sexual conversion therapy.
Naked New York, MetroTV, July 29, 2003.

**"Political Science"**
Commentary on history of homosexuality, psychoanalysis and psychiatry.
In The Life: Social Engineering, PBS, June 21, 2004.

**"A Gay Man's Guide to Prostate Cancer"**
Commentary on mental health issues of gay men with prostate cancer.
Gay USA, MNN, March 3, 2005.

**"Conversion Camp"**
Commentary on involuntary treatment of gay and lesbian adolescents to change their sexual orientation
Paula Zahn Now, CNN, July 27, 2005.

**"Straight Talk"**
Commentary on involuntary treatment of gay and lesbian adolescents to change their sexual orientation
Paula Zahn Now, CNN, July 28, 2005.

**"Conversion Therapy"**
Commentary on involuntary treatment of gay and lesbian adolescents to change their sexual orientation
Good Morning America, ABC, July 28, 2005.

**Gay Choice?"**
Commentary on harmful effects of sexual conversion therapy.
ScienCentral News, April 14, 2006
(http://www.sciencentral.com/articles/view.php3?article_id=218392773&cat=1_4).

**"Can Homosexuality be Cured?"**
Commentary on harmful effects of sexual conversion therapy.
CNN Paula Zahn Now, May 23, 2006
(http://transcripts.cnn.com/TRANSCRIPTS/0605/23/pzn.01.html).

# JACK DRESCHER, M.D.

## EXPERT COMMENTATOR –TELEVISION (continued)

**"Born Gay"**
Commentary on published findings of fraternal birth order study.
MSNBC "The Most," June 28, 2006

**"Haggard's Rehabilitation"**
Commentary on evangelical preacher's announcing his  "complete heterosexuality."
CNN News, February 6, 2007.

**"Ted Haggard Stirs Homosexuality Debate"**
Commentary on harm of sexual conversion therapies.
Anderson Cooper 360 Degrees, CNN, February 6, 2007.

**"John Couey Trial, Penalty Phase"**
Commentary on pedophilia, sexual offenders, and mental retardation.
Bloom and Politan:  Open Court, Court TV, March 13, 2007.

**"Evangelical 'Cure'"**
Commentary on claims of "ex-gay" spokespersons.
Wolf Blitzer, The Situation Room, CNN, June 18, 2007.

**"Homosexuality 'Cure'"**
Commentary on harmful effects of sexual conversion therapy.
CNN Paula Zahn Now, June 27, 2007.

**"The Toughest Call:  Conversion Therapy"**
Commentary on harmful effects of sexual conversion therapy.
ABC 20/20, September 21, 2007.

**"Bisexuality in Women"**
Commentary on published longitudinal study of bisexuality in women.
Healthy Life, ABC News Now, January 28, 2008.

**"Ray Allen Andrade Trial"**
Commentary on transgenderism in trial of murderer of a transgender woman.
Lisa Bloom:  Open Court, TruTV, April 21, 2009.

**"The Stories Behind Sex Addiction"**
Critical commentary on diagnostic category of "sex addiction."
CBS Sunday Morning News, November 16, 2008, Rebroadcast January 25, 2010.

**"Going from Straight to Gay"**
Commentary on harmful aspects of efforts to change sexual orientation.
ABC Nightline, November 9, 2010.

**"Bachmann Silent on Allegations Her Clinic Offers Gay Conversion Therapy"**
Commentary on harmful aspects of efforts to change sexual orientation.
ABC World News Tonight, July 12, 2011.
http://abcnews.go.com/Blotter/michele-bachmann-silent-allegations-clinic-offers-gay-conversion/story?id=14057215

**"Becoming Me"**
Commentary on clinical approaches of treating transgender adolescents.
PBS In The Life, April 3, 2012.
http://www.itlmedia.org/clips/entry/becoming-me-full-episode

**"Restricting Gay 'Therapy'"**
Commentary on California bill targeting harmful sexual conversion therapies.
Anderson Cooper 360, CNN, May 11, 2012.

**"Ex-Gay Undercover"**
Commentary on identity issues of "ex-gays."
In The Life, PBS, September, 2012.  "
http://www.itlmedia.org/clips/entry/ex-gay-undercover

JACK DRESCHER, M.D.

**EXPERT COMMENTATOR –TELEVISION (continued)**

**"Gay Conversion Therapy Ban"**
Commentary on New Jersey's passage banning sexual orientation conversion efforts for minors
Chasing New Jersey, August 20, 2013.  "
http://www.my9nj.com/story/23181795/gay-conversion-therapy-ban

## JACK DRESCHER, M.D.

**EXPERT COMMENTATOR –THEATRICAL FILM DOCUMENTARIES**

**"Abomination:  Homosexuality and the Ex-Gay Movement"**
Commentary on harmful effects of sexual conversion therapy.
2006 Release Date

**"Chasing the Devil:  Inside the Ex-Gay Movement"**
Commentary on harmful effects of sexual conversion therapy.
2008 Release Date

**"Born Equal"**
Commentary on theoretical "causes" of homosexuality.
2011 Release Date


**EXPERT COMMENTATOR—RADIO**

**"Converting a Person's Sexual Preference"**
Commentary on involuntary treatment of gay and lesbian adolescents to change their sexual
orientation
The Mitch Albom Show, July 28, 2005.

**"Making Gays Straight"**
Commentary on involuntary treatment of gay and lesbian adolescents to change their sexual
orientation.
On Point, NPR, July 29, 2005.

**"100 Percent Heterosexual"**
Commentary on possible harm of sexual conversion therapies.
Here and Now, WBUR (Boston NPR affiliate), February 7. 2007.

**"Homosexuality:  Nurture or Nature?"**
Commentary on possible harm of sexual conversion therapies.
To The Point, KCRW (Los Angeles, CA, NPR affiliate), March 1. 2007.

**"American Psychiatry and Homosexuality:  An Oral History"**
Discussion of new book about APA's 1973 decision to remove homosexuality from the DSM.
Michael Signorile Show, Sirius Radio, May 30, 2007.

**Commentary on nomination of James Holsinger, MD for Surgeon General.**
The Mike and Chuck Show, KCUB (Tucson, AZ, ABC affiliate), June 11, 2007.

**Commentary on American Psychological Association Task Force on Therapeutic Responses to
Sexual Orientation.**
The Anthony Mazzarelli Show, WPHT (Philadelphia, PA, CBS affiliate), July 11, 2007.

**Commentary on Psychological Issues Related to Bathroom Sex (Following Senator Larry Craig
story).**
The Agenda with Joe Solmonese, XM Radio, September 17, 2007.

**Commentary on controversial APA symposium on homosexuality.**
Michael Signorile Show, Sirius Radio, April 29, 2008.

**"Homosexuality Debate Squelched by Gay Activists"**
Commentary on controversial APA symposium on homosexuality.
Bryant Park Project, Local NPR Broadcast, May 12, 2008.

**"Mental Health Effects of Current Economic Crisis"**
Commentary on psychological responses to economic downturn and what individuals can do to help
themselves.
FoxNews Radio Affiliates (WINK, Ft Myers, FL; WTVN, Columbus, OH; WJNO, West Palm Beach,
FL; WRVA, Richmond, VA; KTRH, Houston, TX; WERC, Memphis, TN; KLIN, Lincoln, Nebraska;
WGST, Atlanta, GA; KCOL, Loveland, CO), June 10, 2008.

# JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—RADIO (continued)

**"Born Gay?"**
Commentary on "causes" of homosexuality following passage of California's Proposition 8 which banned gay marriage.
Ron Reagan Show, Air America, December 10, 2008.

**"GID and the DSM"**
Commentary on controversies surrounding GID diagnoses and the DSM.
Michael Signorile Show, Sirius Radio, January 6, 2009.

**"The Trials of Ted Haggard"**
Commentary on sexual conversion therapies.
Curtis Silwa Show, WABC New York, January 29, 2009.

**"LGBT Adolescents"**
Commentary on how LGBT adolescents come out to their families, science of sexual orientation.
About Our Kids, Sirius Doctor Radio, February 13, 2009.

**"Stopping 'Conversion Therapy'"**
Discussion, as Task Force Member, of American Psychological Association 2009 Report on Appropriate Therapeutic Responses to Sexual Orientation.
Michael Signorile Show, Sirius Radio, August 19, 2009.

**"LGBT Adolescents"**
Commentary on how LGBT adolescents come out to their families, how parents should respond to their LGBT children.
Everyday Health, Sirius Doctor Radio, January 27, 2010.

**"Sexual Addiction"**
Commentary on whether or not "sexual addiction" is or should be a psychiatric diagnosis.
The Mel Robbins Show, WTKK Radio, Boston, February 25, 2010.

**"Gender Variant Children"**
Commentary on how families can and do deal with gender variant children.
About Our Kids, Sirius Doctor Radio, May 14, 2010.

**"California Bans 'Gay-To-Straight' Therapy For Minors"**
Commentary on recent California legislation banning "reparative therapy" for minors.
All Things Considered, NPR, October 1, 2012.
http://www.npr.org/2012/10/01/162110685/california-bans-gay-to-straight-therapy-for-minors

**"California Reparative Therapy Law"**
Commentary on recent California legislation banning "reparative therapy" for minors.
The Michael Signorile Show, Sirius Radio, October 3, 2012.
http://www.npr.org/2012/10/01/162110685/california-bans-gay-to-straight-therapy-for-minors

**"Gay Conversion Therapy"**
Commentary on New Jersey lawsuit against conversion therapy clinic (JONAH).
RadioWest, KUER (NPR affiliate, Salt Lake City), November 28, 2012.
http://radiowest.kuer.org/post/gay-conversion-therapy

**"Conversion Therapy"**
Commentary on proposed Washington State bill banning conversion therapies for minor.
The Conversation with Ross Reynolds, KUOW (NPR affiliate, Seattle), February 21, 2013.
http://www.kuow.org/post/house-bill-would-regulate-conversion-therapy

JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—INTERNET MEDIA OUTLETS

**"Quando ser gay vira caso médico"**
Critical commentary of reparative therapy.
*PlanetaVida,* Brazilian Website, www.planetavida.com.br, February 2000.

**"Sexual Orientation Not Debatable:  Psychiatrists Reject Forum on Homosexuality as Illness"**
Commentary on American Psychiatric Association's cancellation of debate on reparative therapy.
*WebMD,* http://webmd-practice.medcast.com/Z/Channels/2779, May 19, 2000.

**"American Psychiatric Association Supports Same-Sex Unions"**
Commentary on American Psychiatric Association's official position in support of same-sex unions.
*Daze Reader,* http://www.dazereader.com/archive012201.htm, January 22, 2001.

**"US Psychoanalysts Endorse Gay Adoption."**
Commentary on decision by American Psychoanalytic Association to support second parent adoptions in same-sex couples.
*PlanetOut.com,* http://www.planetout.com/news/article.html?2002/05/29/3, May 29, 2002.

**"A Reply to Professor Warren Throckmorton Concerning Reorientation Therapy"**
Commentary on "ex-gay" video, "I Do Exist."
*Covenant Network of Presbyterians,* http://covenantnetwork.org/resources&statements/reparative-reply.htm, 2004.

**"Youth's Blog Stirs Uproar over 'Ex-gay' Camp."**
Commentary on deleterious effects of sexual conversion therapies.
*PlanetOut.com,* http://www.planetout.com/news/article.html?2005/06/16/1, June 16, 2005.

**"Turning Off Gays."**
Commentary on deleterious effects of sexual conversion therapies.
salon.com, http://www.salon.com/news/feature/2005/07/18/ungay, July 18, 2005.

**"True Confessions."**
Commentary on deleterious effects of sexual conversion therapies.
*salon.com,* http://www.salon.com/news/feature/2005/07/21/ex_gays, July 21, 2005.

**"'Get it Out"**
APA spokesperson on harmful effects of sexual conversion therapies.
*Arizona State University Web Devil,* October 27, 2005,
http://statepress.com/issues/2005/10/27/arts/694596.

**"Getting Physical: Spring-Fall Relationships."**
Commentary on intergenerational gay relationships.
*PlanetOut.com,* February 24, 2006,
http://www.planetout.com/news/feature.html?sernum=1321&navpath=/topics/health/mental.

**Getting Physical: Combating HIV Stigma."**
Commentary on the stigma associated with HIV.
*PlanetOut.com,* July 15,
2006http://www.gay.com/health/hiv/?coll=health_fitness&sernum=3766&page=1.

**"Gay Conversion Groups Encouraging 'Child Abuse'".**
Commentary on the wisdom of therapists advising the shaming of gender nonconformity in children.
*PinkNews,* August 31, 2006, http://www.pinknews.co.uk/news/articles/2005-2370.html.

**"Two Daddies or None?".**
Commentary on the effect of gay parenting on children related to a story about the custody battle between former New Jersey Governor McGreevey and his ex-wife.
*ABCNews.com,* April 20, 2007, http://abcnews.go.com/US/story?id=3062200&page=1.

JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—INTERNET MEDIA OUTLETS  (continued)

**"My Ex-Gay Life Part 1:  Choosing Heterosexuality".**
Commentary on sexual conversion therapies.
*EDGE Boston*, July 11, 2007
http://www.edgeboston.com/index.php?ci=108&ch=news&sc=glbt&sc2=features&sc3=&id=4945.

**"My Ex-Gay Life Part 3:  Dissecting Reparative Therapy".**
Commentary on on sexual conversion therapies.
*EDGE Boston*, July 25, 2007
http://www.edgeboston.com/index.php?ci=108&ch=news&sc=glbt&sc2=features&sc3=&id=5033

**"My Ex-Gay Life Part 4:  Reclaiming Homosexuality".**
Commentary on sexual conversion therapies.
*EDGE Boston*, August 1, 2007
http://www.edgeboston.com/index.php?ci=108&ch=news&sc=glbt&sc2=features&sc3=&id=5088&
pg=1

**"The Toughest Call:  Conversion Therapy"**
Commentary on harmful effects of sexual conversion therapy.
*ABCNews.com*, September 24, 2007, http://www.abcnews.go.com/2020/Story?id=3634484&page=1

**"Boston Herald Reporter's Inflammatory Comment Sparks Debate"**
Commentary on popular confusion between homosexuality and pedophilia.
*Edge Boston*, November 16, 2007
http://www.edgeboston.com/index.php?ch=news&sc=local&sc2=features&sc3=&id=52453

**"Two Families Grapple with Sons' Gender Preferences"**
Commentary on history of aversion therapy as "treatment" for homosexuality.
*NPR, All Things Considered*, May 7, 2008
http://www.npr.org/templates/story/story.php?storyId=90247842

**"Long Term Psychotherapy Helps Complex Cases"**
Commentary on JAMA meta-analysis of psychodynamic psychotherapy efficacy, September 30, 2008
*Reuters*, http://uk.reuters.com/article/healthNewsMolt/idUKTRE48T80K20080930

**"Some Therapists in U.K. Still 'Treat' Homosexuality"**
Commentary on published British study showing some clinicians still trying to change
homosexuality, March 26, 2009
*Medpage Today*, http://www.medpagetoday.com/Psychiatry/GeneralPsychiatry/13448

**"Psychotherapists Trying to 'Treat' Patients for Homosexuality"**
Commentary on published British study showing some clinicians still trying to change
homosexuality, March 26, 2009
*Scientific American Online*, http://www.sciam.com/blog/60-second-
science/post.cfm?id=psychotherapists-trying-to-treat-pa-2009-03-26

**"Married and Coming out"**
Commentary on people coming out as gay from heterosexual marriages.
*divorce360.com*, July 2 2009.
http://www.divorce360.com/divorce-articles/causes-of-divorce/sexual/married-and-coming-
out.aspx?artid=925

**"Is It Possible to Systematically Turn Gay People Straight?"**
Commentary on sexual orientation change efforts (SOCE)
*Discover Magazine Online*, September 9 2009.
http://discovermagazine.com/2009/sep/09-is-it-possible-to-systematically-turn-gay-people-
straight-straight/article_view?b_start:int=0&-C=

JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—INTERNET MEDIA OUTLETS  (continued)

**"MSU: 'Ex-gay Website Will Remain Hosted on School Servers"**
Commentary on on positions of APA regarding possible harm of conversion therapies in response to Michigan State University's website hosting a site that advertises such changes
*The Michigan Messenger,* September 18, 2009.
http://michiganmessenger.com/26440/msu-ex-gay-website-will-remain-hosted-on-school-servers

**"APA Calls for Removal of the Military's "Don't Ask, Don't Tell" Policy"**
Commentary on position of APA opposing the ban on gay people serving in the US military
*The Michigan Messenger*, September 18, 2009.
http://www.medscape.com/viewarticle/716342

**"The Stories Behind Sex Addiction"**
Commentary on diagnostic status of "sex addiction"
*CBS News.com,* January 10, 2010.
http://www.cbsnews.com/stories/2010/01/24/sunday/main6136039.shtml

**"Are We Facing a Genderless Future?"**
Commentary on gender diagnoses in the DSM
*Newsweek.com*, August 16, 2010.
http://www.newsweek.com/2010/08/16/life-without-gender.html

**"Bullying in America: Time to Confront National Crisis Experts Say"**
Commentary on increased media reports of teenage bullying and suicide
*Medscape*, October 27, 2010.
http://www.medscape.com/viewarticle/731328

**"Bullying in America: Time to Confront National Crisis Experts Say"**
Commentary on lack of scientific evidence supporting sexual conversion therapies
*Edge*, February 1, 2011.
http://www.edgenewyork.com/news/////115717/&rsquo;ex-gay&rsquo;_organizations_have_spread_worldwide_

**"More Young People Waiting to Have Sex"**
Commentary on CDC sex survey
*Medpage Today*, March 3, 2011.
http://www.medpagetoday.com/OBGYN/GeneralOBGYN/25184

**"New Government Website Aims to Stop Bullying in America"**
Commentary on teenage bullying and suicide
*Medscape*, March 11, 2011.
http://www.medscape.com/viewarticle/738806

**"J. Crew Ad With Boy's Pink Toenails Creates Stir"**
Commentary on theories of transgenderism
*ABCNews*, April 13, 2011.
http://abcnews.go.com/Health/crew-ad-boy-painting-toenails-pink-stirs-transgender/story?id=13358903&page=2

**"Social Activist, Former APA President Alfred Freedman Dead at 94"**
Commentary on role of Dr. Freedman and APA in the 1973 removal of homosexuality from the DSM
*Medscape*, April 25, 2011.
http://www.medscape.com/viewarticle/741456

**"Gay Marriage Quandary: Am I the Bride or Groom?"**
Commentary on changing social attitudes toward gender and same sex marriage
*ABCNews*, July 7, 2011.
http://abcnews.go.com/Health/sex-weddings-bride-groom-relationship/story?id=14014446

# JACK DRESCHER, M.D.

## EXPERT COMMENTATOR—INTERNET MEDIA OUTLETS  (continued)

**"Tim Pawlenty Says There's No Scientific Conclusion That Being Gay is Genetic"**
Commentary on contemporary scientific theories of homosexuality
*Politicfact.com,* July 13, 2011.
http://www.politifact.com/truth-o-meter/statements/2011/jul/13/tim-pawlenty/tim-pawlenty-says-theres-no-scientific-conclusion-/

**"Tim Pawlenty Says Scientists are "in Dispute" over Whether Being Gay is a Choice"**
Commentary on contemporary scientific theories of homosexuality
*Politicfact.com,* July 13, 2011.
http://www.politifact.com/truth-o-meter/statements/2011/jul/13/tim-pawlenty/tim-pawlenty-says-scientists-are-dispute-over-whet/

**"The Truth Behind Marcus Bachmann's Controversial Christian Therapy"**
Commentary on harmful aspects of efforts to change sexual orientation.
*Time.com,* July 15, 2011.
http://swampland.time.com/2011/07/15/the-truth-behind-marcus-bachmanns-controversial-christian-therapy-clinic/

**"Suicide of 'Housewives' Husband, Outed & Broke: Has Reality TV Gone Too Far?"**
Commentary on possible harmful effects of outing.
*Edge,* August 31, 2011.
http://www.edgeprovidence.com/?124044

**"Study Supporting Gay Conversion Challenged"**
Commentary on study claiming religion-focused therapies can change sexual orientation.
*CNN.com/Health,* October 4, 2011.
http://thechart.blogs.cnn.com/2011/10/04/study-supporting-gay-conversion-challenged

**"Oscar De La Hoya: What May Be Behind Cross-Dressing Rumors"**
Commentary on clinical presentations of transvestitism.
*Daily Beast,* November 11, 2011.
http://www.thedailybeast.com/articles/2011/11/11/oscar-de-la-hoya-what-may-be-behind-cross-dressing-rumors.print.html

**"J. Edgar Hoover: Gay or Just a Man Who Has Sex With Men?"**
Commentary on sexual identity issues following release of film J. Edgar.
*ABCNews.com,* November 16, 2011.
http://abcnews.go.com/Health/edgar-hoover-sex-men-homosexual/story?id=14948447

**"Aging & Suicide: The Dark Side of After-40"**
Commentary on issue of aging among gay men.
*Edge New York,* April 29, 2012.
http://www.edgenewyork.com/entertainment/culture/features//132463/aging_&_suicide_::_the_dark_side_of_after-40

**"APA Stands Up for Transgender, Gender-Variant Individuals"**
Commentary on APA position statements on access to care for and opposing discrimination against transgender individuals.
*Medscape,* August 17, 2012.
http://www.medscape.com/viewarticle/769310

**"Gay 'Cure' Fight Moves To New Jersey"**
Commentary on new legislation intended to ban sexual conversion therapies.
*Huffington Post,* October 5, 2012.
http://www.huffingtonpost.com/2012/10/05/gay-cure-fight-new-jersey_n_1941197.html

**"Cross in the Closet: Straight Christian Lives a Year as Gay Man"**
Commentary on changing attitudes of young evangelical Christians toward homosexuality.
*ABCnews.com,* October 11, 2012.
http://abcnews.go.com/Health/cross-closet-straight-christian-lives-year-gay-man/story?id=17443219#.UHboCERc_YI

## JACK DRESCHER, M.D.

### EXPERT COMMENTATOR—INTERNET MEDIA OUTLETS  (continued)

**"Man Petitions World Health Organization: 'We Are Trans, Not Sick'".**
Commentary on the impending revision of the ICD-11 and its impact on health care services for trans individuals.
*ABCnews.com,* October 22, 2012, http://abcnews.go.com/Health/transgender-man-petitions-world-health-organization-sick/story?id=17521353&singlePage=true#.UIcWc0QWVtQ.

**"Trans Health Advocates Think Outside the Lines"**
Review of Trans health conference in Pomona, CA.
*Edge On The Net,* November 18, 2012.
http://www.edgeonthenet.com/index.php?ch=news&sc=local&sc2=features&sc3=&id=139027

**"Being Transgender No Longer a Mental 'Disorder'"**
Commentary on classification changes in DSM-5.
*CNN In America Blogs,* December 27, 2012,.
http://inamerica.blogs.cnn.com/2012/12/27/being-transgender-no-longer-a-mental-disorder-in-diagnostic-manual/

**"UN Tackles Gay 'Conversion Therapy' For First Time"**
Commentary on new legislation intended to ban sexual conversion therapies.
*Huffington Post,* February 1, 2013.
http://www.huffingtonpost.com/2013/02/01/un-conversion-therapy_n_2600742.html

**"La Polémica Detrás de Las Terapias de Conversión Gay"**
Commentary on new legislation intended to ban sexual conversion therapies.
*BBC Mundo,* March 8, 2013.
http://www.bbc.co.uk/mundo/noticias/2013/03/130307_terapias_conversion_gay_eeuu_vp.shtml

**"Bill Aiming To Ban Gay Conversion Therapy For Minors To Be Introduced In New York"**
Commentary on new legislation intended to ban sexual conversion therapies.
*Huffington Post,* April 26, 2013.
http://www.huffingtonpost.com/2013/04/26/gay-conversion-therapy-new-york_n_3157999.html?utm_hp_ref=tw

**"Born This Way?"**
Commentary on meanings of theories about homosexuality's "causes."
*Slate,* June 28, 2013.
http://www.slate.com/articles/health_and_science/science/2013/06/biological_basis_for_homosexuality_the_fraternal_birth_order_explanation.html

**"Is Baby Male or Female? Germans Offer Third Gender"**
Commentary on new German law permitting children with intersex conditions (disorders of sexual development) to delay a conventional gender assignment
*ABCnews.com,* August 22, 2013.
http://abcnews.go.com/Health/germany-offers-legal-gender-intersex-kids-undetermined/story?id=20029285

**"Why Do We Pathologize Gender Nonconformity?"**
Commentary on new DSM-5 revisions of gender diagnoses in context of Manning case
*Popular Science,* August 23, 2013.
http://www.popsci.com/science/article/2013-08/chelsea-manning-gender-dysphoria-and-dsm

JACK DRESCHER, M.D.

**EXPERT COMMENTATOR—INTERNET VIDEOS**

**"Dear Dr. Dobson:  An Open Letter to Focus on the Family"**
Commentary on the adverse psychological effects of "sexual conversion" therapies
Soulforce
http://video.google.com/videoplay?docid=-4353648393929664638&q=%22jack+drescher
%22&total=6&start=0&num=10&so=0&type=search&plindex=1, 2006

**"Truth Wins Out"**
Commentary on the adverse psychological effects of "sexual conversion" therapies
http://video.google.com/videoplay?docid=-
http://www.truthwinsout.org/category/videos/medical-professionals/, 2008

## JACK DRESCHER, M.D.

**PROFESSIONAL APPEARANCES BEFORE GENERAL AUDIENCES**

**"Everything You Ever Wanted to Know About Psychotherapy But Were Afraid to Ask"**
Chair, Panel Presentation sponsored by The Network of Business and Professional Organizations,
Gay and Lesbian Community Center, New York, NY, December 1992.

**"HIV and Your Mental Health"**
Panel Presentation co-sponsored by the Committee on AIDS of the NY County District Branch of the
American Psychiatric Association and The Network of Business and Professional Organizations, Gay
and Lesbian Community Center, New York, NY, June 1993.

**"Textbook of Homosexuality and Mental Health"**
Meet the Authors Panel
A Different Light Bookstore, NY, NY, May 5, 1996.

**"Will Prozac Make You Gay?"**
Chair, Panel Presentation co-sponsored by the Committee on Gay and Lesbian Issues of the NY
County District Branch of the American Psychiatric Association and The Network of Business and
Professional Organizations, Gay and Lesbian Community Center, New York, NY, June 6, 1994.

**Book Reading from "Psychoanalytic Therapy and The Gay Man"**
• A Different Light Bookstore, San Francisco, CA, February 17, 1999.
• A Different Light Bookstore, New York, NY, March 29, 1999.
• New York Advertising and Communications Network (NYACN), Gay and Lesbian Community
Center, New York, NY, June 7, 1999.
• Other Bookstore, New York, NY, November 10, 1999.

**Freud and Homosexuality**
On the occasion of the Freud Exhibit at the Jewish Museum
Jewish Community Center of the Upper West Side, May 24, 1999.

**"Ethics and Efficacy of Reparative Therapy"**
Love Welcomes All:  When Someone You Love is Gay
Austin Alliance for Social and Spiritual Justice, Austin, TX, February 22, 2003.

**"Casualties in the Classroom:  The Impact of Harassment on LGBT Youth"**
ICP Gay and Lesbian Affirmative Psychotherapy Program and PFLAG-NYC
New York, March 27, 2004.

**"Will Prozac Make Me Gay?," Member, Panel Presentation sponsored by the East End Gay**
Organization (EEGO), Bridgehampton, NY, November 7, 2004.

**"Same-Sex Marriage:  Exploring the Psychological, Political and Legal Issues"**
92 Street Y Lecture Series on the West Side, New York City, April 12, 2005.  .

**"EX-Rated:  Addressing Conversion Therapy and the Ex-Gay Movement"**
Member, Panel Presentation, LGBT Community Center, New York City, April 13, 2005.  .

**"Reparative Therapy"**
Member, Panel Presentation, Parents and Friends of Lesbians and Gays (PFLAG) annual meeting,
Bethesda, MD, October 23, 2005.  .

**"At Ease, Uncle Sam:  The Queer Community and the New Military"**
Moderator, Panel Presentation, LGBT Community Center, New York City, January 18, 2006.  .

**"Social Science and Psychoanalysis"**
Panelist, Pedagogy Workshop
New York University Center for Study of Gender and Sexuality, New York City, February 28, 2006.

**"Ethics and Efficacy of Reparative Therapy"**
Invited Keynote Speaker, Love Welcomes All Conference
South Florida GLBT and Friends Interfaith Clergy Association & PFLAG, Ft. Lauderdale, FL, May 6,
2006.

## JACK DRESCHER, M.D.

### PROFESSIONAL APPEARANCES BEFORE GENERAL AUDIENCES  (continued)

**"In Memory of Barbara Gittings"**
Invited Speaker, Memorial for Gay Activist Barbara Gittings
Philadelphia, PA, April 28, 2007.

**"Sexual Conversion ('Reparative') Therapies"**
Panel Presentation on "Lesbian & Gay Lives:  Finding the False Science of Antigay Groups"
Co-Sponsored by the Rockway Institute and The New School
New York, NY, June 7, 2007.

**"Gender 101"**
Presentation of gender issues for charter middle school accepting their first transgender student
Opportunity Charter School
New York, NY, August 27, 2007.

**"Pray Away the Gay"**
Member, Panel Presentation on Conversion Therapy
National Convention, National Lesbian and Gay Journalists Association
Washington, DC, August 22, 2008.

**"Gay and Lesbian Parenting"**
Moderator, Panel Presentation
Co-Sponsored by the Jewish Center of the Hamptons and the East End Gay Organization (EEGO)
East Hampton, NY, June  21, 2009.

**"Still Waters Run Deep: In Memory of Bertram H. Schaffner"**
Memorial for Bertram H. Schaffner, MD
Brooklyn Museum, Brooklyn, NY, May 9, 2010.

**"A History of Homosexuality, Gender Variance & the Diagnostic & Statistical Manual (DSM)"**
 Center for Lesbian and Gay Studies (CLAGS), New York, NY, September 10, 2010

**"How Politics Distorts Science: From Galileo to Ex-Gays"**
First Annual Eshel Shabbaton, Falls Village, CT, January 23, 2011

**"Marriage Equality: From Mental Illness to Mental Health"**
Sermon, Unitarian Universalist Congregation of the South Fork, Bridgehampton, NY, June 24, 2012

**"Gay Conversion Therapy"**
Columbia Law School, New York, NY, November 27, 2012

**"Can Sexual Orientation be Changed?"**
Member, Panel Presentation on "Selling the Promise of Change: International Health and Policy
Consequences of Sexual Orientation Change Efforts (SOCE)"
Sponsored by The NGO Committee on Human Rights & The NGO Committee on HIV/AIDS
United Nations Church Center, New York, NY, January 31, 2013