## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON DIVISION

**TARA KING**, *et al.*,

               Plaintiffs,

v.

**CHRISTOPHER J. CHRISTIE**, *et al.*,

               Defendants.

Case No. 13-cv-5038

---

## DECLARATION OF GREGORY M. HEREK, PH.D., IN SUPPORT OF PROPOSED DEFENDANT-INTERVENOR GARDEN STATE EQUALITY'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Gregory M. Herek, hereby declare as follows:

1.     I have been retained by counsel for Proposed Defendant-Intervenor Garden State Equality as a consultant in connection with the above-referenced litigation. I have personal knowledge of the contents of this declaration, and if called upon to testify, I could and would testify competently to the contents of this declaration.

2.     My background, experience, and scholarly publications are summarized in my curriculum vitae, which is attached as Exhibit B to this report.

3.     I am a Professor of Psychology at the University of California at Davis. In 1983, I received my Ph.D. in Psychology, with an emphasis in Personality and Social Psychology, from the University of California at Davis. I was a Post-Doctoral Fellow in Social Psychology at Yale University from 1983 to 1985. I subsequently served as a Lecturer and Visiting Assistant Professor at Yale University, and then as an Assistant Professor in the graduate program in Social and Personality Psychology at the City

University of New York Graduate Center. I returned to the University of California at Davis in 1989 as an Associate Research Psychologist, and was appointed a tenured full Professor in 1999.

4. Two principal foci of my original empirical research program are societal stigma based on sexual orientation and the social psychology of heterosexuals' attitudes towards lesbians, gay men, and bisexuals. As reflected in my curriculum vitae (Exhibit B), I have published more than 100 papers and chapters in scholarly journals and books, most of them related to sexual orientation, HIV/AIDS, or attitudes and prejudice. I also have edited or coedited five books and two special issues of academic journals on these topics. I have made more than 90 presentations at professional conferences and meetings, and have given more than 75 invited lectures to professional, academic, and community groups. I have received numerous grants for my research from federal, state, and private entities with combined budgets totaling more than $5 million.

5. I am a member and Fellow of the American Psychological Association (APA), the Association for Psychological Science, and several other professional organizations. On two occasions, I have testified before the U.S. Congress about issues of sexual orientation on behalf of the APA and other professional societies. I have received several professional awards and honors, including the 1996 APA Award for Distinguished Contributions to Psychology in the Public Interest and the 2010 California Psychological Association's Distinguished Humanitarian Contribution Award.

6. I currently serve on the editorial boards of nine professional journals and I am routinely invited to serve as an ad hoc peer reviewer for others. Throughout my professional career, I have peer-reviewed manuscripts for a large number of scientific and professional journals spanning a variety of disciplines, including psychology, sociology, political science, sexuality studies, gender studies, and public health. I am the Executive Editor Emeritus of *Contemporary Perspectives on Lesbian, Gay, and Bisexual Psychology*, a book series published by the American Psychological Association

dedicated to scientific and professional works on sexual orientation and related topics. I was a member of a peer review panel for the National Institute of Mental Health from 1992 to 1995, and have served as an ad hoc reviewer of grant proposals for NIMH and other funding agencies on several occasions since completing my three-year term on that committee. From 1995 to 2007, I served as chairperson of the Scientific Review Committee of the Wayne F. Placek Award competition, sponsored by the American Psychological Foundation, which annually funded empirical research in the behavioral and social sciences related to sexual orientation. I was a member of the Committee on Lesbian, Gay, Bisexual and Transgender (LGBT) Health Issues and Research Gaps and Opportunities, an expert panel constituted by the Institute of Medicine of the National Academy of Sciences in 2010 to prepare a book-length report for the National Institutes of Health on lesbian, gay, bisexual, and transgender health issues and research gaps and opportunities. At the University of California, Davis, I regularly teach an upper-division undergraduate course on sexual orientation and also have taught graduate seminars on this and related topics. My successful service in these varied capacities has required me to possess a broad, multidisciplinary knowledge of theory and empirical research on a wide variety of topics related to sexual orientation. Thus, I have expertise on sexual orientation that crosses academic disciplinary boundaries and extends beyond the specific areas addressed in my own original empirical research program.

7.     In the past six years, I have provided expert testimony by deposition in three matters, (a) *Varnum v. Brien*, Iowa District Court for Polk County, Case No. CV 5965, (b) *Perry v. Schwarzenegger*, United States District Court for the Northern District of California, Case No. C 09-2292 VRW, and (c) *Carlson v. eHarmony, Inc.*, Superior Court of California, Los Angeles County, Case No. BC 371958. In addition, I submitted an expert affidavit in the related cases of *Gill v. Office of Personnel Management* and *Commonwealth of Massachusetts v. United States Department of Health and Human Services*, both in the United States District Court for the District of Massachusetts, Case

Nos. 09-10309-JLT and 1:09-11156-JLT, respectively.  I also submitted expert affidavits in *Jackson et al., v. Abercrombie et al.*, United States District Court for the District of Hawaii, Case No.11-00734 ACK-KSC, *Welch v. Brown,* United States District Court for the Eastern District of California, Case No. 2:12--CV-02484-WBS-KJN, and *Pickup, et al. v. Brown, et al.*, United States District Court for the Eastern District of California, Case No. 2:12-CV-02497-KJM-EFB.  I also testified at trial in the *Perry v. Schwarzenegger* case cited above.

### III.  Sexual Orientation

#### A.  Definition and Description of Sexual Orientation

8.      The term *sexual orientation* is commonly used by behavioral scientists and mental health professionals to refer to an enduring pattern of or disposition to experience sexual, affectional, or romantic desires for and attractions to men, women, or both sexes. The term is also used to refer to an individual's sense of identity based on those desires and attractions, behaviors expressing them, and membership in a community of others who share them.  Most social and behavioral research has assessed sexual orientation in terms of attraction, behavior, identity, or some combination of these constructs, depending on the specific goals of the study.[1]

9.      Although sexual orientation ranges along a continuum from exclusively heterosexual to exclusively homosexual, it is usually discussed in terms of three categories: *heterosexual* (having attraction primarily or exclusively to members of the other sex), *homosexual* (having attraction primarily or exclusively to members of one's own sex), and *bisexual* (having a significant degree of attraction to both men and

---

[1] For elaboration on the definition of sexual orientation, see the Institute of Medicine, 2011's (2011) report, The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding, as well as the entries on "Homosexuality" I authored for The Encyclopedia of Psychology (Herek, 2000) and The Corsini Encyclopedia of Psychology and Behavioral Science (Herek, 2001).

women). Most adults in the United States are able to report their own sexual orientation when asked to do so by researchers.[2]  Among the small percentage of individuals who do not report their sexual orientation in survey studies, some may be unsure about their orientation or may be uncomfortable labeling it, but many are probably motivated by concerns about their personal privacy or, for those who are not heterosexual, fear of stigma (a topic addressed below).

10.    In this declaration, I use the term *gay* to refer to men and women with a homosexual orientation.  I also use the term *lesbian* to refer to women with a homosexual orientation.  I use the term *sexual minority* to refer to individuals who self-identify as gay, lesbian, or bisexual, or who do not so identify but nevertheless manifest an ongoing pattern of homosexual attraction or sexual behaviors with people of the same sex.

## B.    Homosexuality Is a Normal Expression of Human Sexuality

11.    Many early psychological and psychiatric figures who studied sexuality, including Sigmund Freud and Havelock Ellis, did not consider homosexuality to be pathological.  However, the view that it is a mental illness achieved dominance in the United States in the mid-twentieth century, especially among psychoanalysts.  In 1952, in the first edition of what came to be called the *Diagnostic and Statistical Manual of Mental Disorders* (DSM), the American Psychiatric Association classified homosexuality as a mental disorder.[3]  This classification, however, reflected untested assumptions based on then-prevalent social norms as well as clinical impressions drawn from unrepresentative samples of patients seeking therapy and individuals whose conduct brought them into the criminal justice system.  Once researchers began using the scientific method with samples of non-patient, nonincarcerated individuals to empirically

---

[2] Some heterosexual survey respondents are unfamiliar with terms such as "heterosexual" and "homosexual" but provide responses (e.g., "normal," "straight") that indicate they identify as heterosexual (e.g., Laumann, et al., 1994).

[3] American Psychiatric Association, 1952.

test the belief that homosexuality is an illness, evidence accumulated that many homosexuals were psychologically healthy and that homosexuals as a group did not differ substantially from comparable heterosexuals in their levels of psychological functioning.[4]

12.   Confronted with empirical evidence that failed to support the illness model of homosexuality, as well as changing views of sexuality and gender in the larger culture, the mental health professions reached the conclusion that classifying homosexuality as a mental disorder had been incorrect.  In 1973, the American Psychiatric Association's Board of Directors voted to remove it from the DSM, stating that "homosexuality *per se* implies no impairment in judgment, stability, reliability, or general social or vocational capabilities." The American Psychological Association adopted the same position in 1975, and urged all mental health professionals to help dispel the stigma of mental illness that had long been associated with homosexual orientation.[5]

13.   Today, mainstream mental health professionals and researchers recognize that (a) homosexuality is a normal expression of human sexuality; (b) being gay or lesbian bears no inherent relation to a person's ability to perform, contribute to, or participate in society; (c) being gay or lesbian poses no inherent obstacle to leading a happy, healthy, and productive life; and (d) the vast majority of gay and lesbian people function well in society and in their interpersonal relationships.

---

[4] See, e.g., Gonsiorek, 1991.

[5] The text of the 1975 American Psychological Association resolution can be found at http://www.apa.org/about/policy/discrimination.aspx and in Conger (1975). The Psychological Association's other resolutions addressing issues related to sexual orientation are posted at http://www.apa.org/pi/lgbt/resources/policy/index.aspx. The Psychiatric Association's official positions on those issues are posted at http://www.healthyminds.org/More-Info-For/GayLesbianBisexuals.aspx.

### C.   The Origins and Enduring Nature of Sexual Orientation

14.   The factors that cause an individual to become heterosexual, homosexual, or bisexual are not currently well understood.  Widely differing accounts of the origins of adult sexual orientation have been proposed but no single theory enjoys unequivocal empirical support.  There may be multiple developmental pathways to adult sexual orientation rather than a single cause.  Given the current lack of definitive knowledge about why some individuals develop a heterosexual orientation, others become homosexual, and still others become bisexual, many social and behavioral scientists regard sexual orientation as being shaped by a complex interaction of biological, psychological, and social forces.  They often differ, however, on the relative importance they assign to each.

15.   Irrespective of the origins of sexual orientation, most gay men and lesbians in the United States report experiencing either no choice or very little choice in their sexual orientation.  In a 2005 survey that I conducted with a national probability sample[6] of more than 650 self-identified lesbian, gay, and bisexual adults, for example, 88% of the gay men reported that they experienced "no choice at all" about being gay, and another 7% reported experiencing only "a small amount of choice."  Only 5% said they experienced "a fair amount" or "a great deal" of choice.  Among lesbians, 68% reported that they experienced no choice, and another 15% reported experiencing only a small amount of choice; only 16% experienced a fair amount or a great deal of choice.[7]

---

[6] Researchers distinguish between probability and nonprobability samples. For purposes of this declaration, the most relevant difference is that results obtained from probability samples (which are sometimes referred to as *representative* samples) can be generalized to the larger population with a level of statistical confidence that can be calculated mathematically. By contrast, nonprobability samples (which are sometimes referred to as *convenience* samples) do not permit such generalization beyond the members of the sample.

[7] Herek, Norton, Allen, & Sims, 2010.

Similarly, in a survey I conducted during the 1990s with a nonprobability sample of more than 2,200 gay, lesbian, and bisexual adults in the greater Sacramento (CA) area, 87% of the gay men and 70% of the lesbians reported they experienced "no choice at all" or "very little choice" about their sexual orientation.[8] I am not aware of empirical studies in which heterosexual men and women were directly asked whether or not they chose to be heterosexual. If such a study were to be conducted, however, I believe it is likely that most heterosexuals would report that they do not experience their own heterosexuality as a choice.

## IV.  Stigma and Sexual Orientation

### A.    Definition of Stigma and Sexual Stigma

16.    *Stigma* refers generally to the negative regard and inferior status that society collectively accords to people who possess a particular characteristic or belong to a particular group or category.[9] It constitutes shared knowledge about which attributes and categories are valued by society, which ones are denigrated, and how these valuations can vary across situations. A classic work in this area characterized it as "an undesired differentness."[10] Social scientists have long recognized that stigma is not inherent in a particular trait or membership in a particular group; rather, society collectively designates some characteristics and groups as undesirable, thereby "constructing" stigma. Because stigma is socially constructed, it can change over time as social norms and mores change.

17.    *Sexual stigma* is shared knowledge about the negative regard, inferior status, and relative powerlessness that society collectively accords to nonheterosexual behaviors, attractions, identity, relationships, and communities.

---

[8] Herek, Gillis, & Cogan, 2009.
[9] See, e.g., Goffman, 1963; Herek, 2009; Link & Phelan, 2001.
[10] Goffman, 1963, p. 5.

**B.   Homosexuality Remains Stigmatized in the United States and Experiencing Stigma Has Negative Consequences for Sexual Minorities**

18.    Despite a trend in recent years toward less hostility and discrimination against sexual minorities, sexual stigma persists in the United States.  National opinion surveys reveal that substantial numbers of heterosexual Americans still harbor negative attitudes and feelings toward sexual minorities, and sexual minority individuals continue to experience rejection, harassment, discrimination, and violence.[11]  For example, in my national survey of lesbian, gay, and bisexual adults, 21% of the respondents reported having been the target of a physical assault or property crime because of their sexual orientation since age 18.  Gay men were the most likely to report they had been the targets of such crimes; 38% had experienced an assault or property crime because of their sexual orientation.[12]  In the same survey, 18% of gay men and 16% of lesbians reported they had experienced discrimination in housing or employment because of their sexual orientation.  Harassment and bullying of children and adolescents because of their perceived nonheterosexual orientation or gender nonconformity is also widespread.[13]

19.    Sexual stigma is a source of stress, and experiencing it in its various manifestations has negative consequences for sexual minorities.  These include heightened psychological distress among both gay and lesbian adults[14] and adolescents.[15] Being the target of extreme enactments of stigma, such as an antigay criminal assault, is accompanied by greater psychological distress than is experiencing a similar crime not based on one's sexual orientation.[16]

---

[11] E.g., Herek, 2009; Norton & Herek, 2012; Schafer & Shaw, 2009.
[12] Herek, 2009.
[13] United States Commission on Civil Rights, 2011
[14] E.g., Meyer, 2003; Mays & Cochran, 2001.
[15] O'Shaughnessy, Russell, Heck, Calhoun, & Laub, 2004.
[16] Herek, Gillis, & Cogan, 1999.

20.   Fear of stigma compels some sexual minority individuals to conceal their sexual orientation from others, which is often associated with heightened psychological distress and has negative implications for physical health.  Like heterosexuals, sexual minorities benefit psychologically from being able to share their lives with and receive support from their family, friends, and other people who are important to them.  Lesbians and gay men, for example, have been observed to manifest better mental health to the extent that they hold positive feelings about their own sexual orientation, have developed a positive sense of identity based on it, and have integrated it into their lives by disclosing it to others (such disclosure is commonly referred to as "coming out of the closet" or simply "coming out").[17] By contrast, lesbians and gay men who feel compelled to conceal their sexual orientation tend to report more frequent mental health concerns than their openly gay counterparts and are at greater risk for physical health problems.[18]

21.   To the extent that sexual stigma and other factors[19] subject gay men, lesbians, and bisexuals to additional stress beyond what is normally experienced by the heterosexual population, the sexual minority population may, as a group, include a somewhat greater proportion of individuals who manifest some forms of mental illness or psychological distress.[20] In this respect, the sexual minority population is comparable to

---

[17] Herek & Garnets, 2007; Pachankis, 2007.

[18] Cole, 2006; Herek, 1996; Meyer, 2003; Strachan, Bennett, Russo, & Roy-Byrne, 2007.

[19] In addition to stigma, lesbian, gay, and bisexual people face other stressors. For example, because the AIDS epidemic has had a disproportionate impact on the gay male community in the United States, many gay and bisexual men have experienced the loss of a life partner, and gay, lesbian, and bisexual people alike have experienced extensive losses in their personal and social networks resulting from the death of close friends and acquaintances; bereavement related to multiple losses is linked to higher levels of depressive symptoms.

[20] Consistent with this observation, several studies suggest that, compared to the heterosexual population, a somewhat larger proportion of the homosexual and bisexual population may manifest certain symptoms of psychological distress, such as symptoms of anxiety or depression (Herek & Garnets, 2007; Meyer, 2003).

other groups that face unique stressors due to prejudice and discrimination based on their minority status.[21] Given the unique social stressors to which they are subjected, the noteworthy fact is that the vast majority of gay men, lesbians, and bisexuals effectively cope with these challenges and lead happy, healthy and well-adjusted lives.

## C.   Self-Stigma

22.   Although most or all members of society are aware of which groups are stigmatized, any given individual may or may not personally agree with or endorse society's negative evaluation of any particular group.  To the extent that individuals accept society's negative judgment as a part of their own value system and self-concept, they can be said to have *internalized* that stigma.  To internalize stigma is to embrace society's denigration and discrediting of the stigmatized group.  Members of the nonstigmatized majority can internalize stigma, as can members of the stigmatized minority.  Among the former, internalized stigma is manifested as prejudice toward the minority group; among the latter, it is manifested as *self-stigma*.[22]

23.   For a sexual minority individual, self-stigma involves accepting society's negative evaluation of homosexuality and consequently harboring negative attitudes toward oneself and one's own homosexual desires.  Such attitudes may be manifested as a wish to renounce one's homosexuality and become heterosexual.[23]

24.   Because sexual minority individuals are raised in a society where sexual stigma is widespread, it is not uncommon for them to manifest some degree of self-stigma when they are first recognizing their sexual orientation and coming out. This often occurs during adolescence or early adulthood. Overcoming sexual self-stigma, developing positive feelings toward oneself, and integrating one's sexuality with other

---

[21] Meyer (2003).

[22] Herek (2009). Sexual self-stigma is also referred to as *internalized homophobia*, *internalized heterosexism*, and *internalized homonegativity*.

[23] Herek, et al., 2009.

aspects of the self are widely considered to be important achievements for a sexual minority individual's healthy development.

25.    Sexual self-stigma is generally considered maladaptive and often has important negative consequences for a sexual minority individual's well-being.[24] For example, in my previously cited study of Sacramento-area sexual minority adults, I measured self-stigma using a psychological scale on which respondents reported their level of agreement or disagreement with statements such as "I wish I weren't lesbian/bisexual" (for male respondents, the wording was "I wish I weren't gay/bisexual") and "I have tried to stop being attracted to women in general" (for male respondents: "I have tried to stop being attracted to men in general").  To the extent that study participants agreed with such statements, they manifested lower levels of self-esteem and more symptoms of depression and anxiety.[25]

## V.    Sexual Orientation Change Efforts (SOCE)

26.    The phrase *sexual orientation change efforts* (SOCE) encompasses a variety of methods, including techniques derived from psychoanalysis, behavioral therapy, and religious and spiritual counseling.  These techniques share the common goal of changing an individual's sexual orientation from homosexual to heterosexual.[26] Such methods have also been referred to by their practitioners with various other terms, including *conversion therapy* and *reparative therapy*.

### A.    Historical background

27.    When homosexuality was considered an illness, many mental health professionals sought to "cure" it using a variety of techniques, including psychotherapy, hormone treatments, aversive conditioning with nausea-inducing drugs, lobotomy, electroshock, and castration. However, empirical research failed to find that such

---

[24] E.g., Herek & Garnets, 2007; Meyer, 2003.
[25] Herek, et al., 2009.
[26] American Psychological Association, 2009a

interventions could reliably change homosexual individuals into heterosexuals, i.e., individuals who are no longer attracted to their same sex but instead are attracted to the other sex and function well in a heterosexual relationship. Rather, only a small proportion of individuals exhibited any change in their sexuality, and it generally fell far short of becoming heterosexual. The interventions sometimes produced suppression of homoerotic response (as indicated by self-report or laboratory observation) or they reduced or eliminated an individual's homosexual behavior. Some individuals developed the capacity to engage in heterosexual intercourse after treatment, and some labeled themselves heterosexual and even married a partner of the other sex. However, these changes were observed to occur in only a small percentage of the individuals who undertook treatment.

28.   Once homosexuality was no longer classified as an illness, the rationale for trying to "cure" it by changing an individual's sexual orientation ceased to exist. Over time, most practitioners stopped attempting to change sexual orientation and some took strong public stands against such efforts. With this shift, scientific research on the effectiveness of change interventions declined dramatically. Thus, most published studies of clinical interventions for changing sexual orientation appeared in professional journals while homosexuality was still considered an illness by most professionals.

**B.   Definitional and methodological considerations**

29.   For a psychological intervention to be considered effective,[27] it must be both *reliable* and *safe*. To be reliable, it must be shown to have consistent positive effects, that is, when correctly administered it must achieve its intended goals all or most of the

---

[27] A distinction is often made in the professional literature between a treatment's *efficacy* (its ability to achieve its intended outcomes under optimal conditions of delivery, as during carefully controlled clinical trials) and its *effectiveness* (the ability of an efficacious treatment to achieve its intended outcomes under "real world" conditions, which often are not optimal). For purposes of this declaration, these terms are used interchangeably.

time.  To be considered safe, the intervention must not cause serious harm to the people who receive it.

30.    In order to determine that an intervention causes a particular outcome to occur, an experimental design is necessary.  In general, the basic features of such an experiment are: (a) establishment of clear criteria for assessing participants' eligibility for the study before receiving the intervention (e.g., their sexual orientation); (b) random assignment of participants to an experimental group, e.g., assignment to either a group that receives an intervention (referred to as a treatment group) or a group that receives no intervention (referred to as a control group); (c) establishment of clear criteria for assessing the outcome (e.g., participants' sexual orientation after receiving the intervention); such assessments should be conducted in a manner that is free from potential bias on the part of the experimenter, e.g., they are conducted by researchers who are unaware of whether any given participant was assigned to the treatment group or the control group.

### C.    Evaluating research on SOCE

31.    Few published SOCE studies have used this design.  After reviewing the research literature, a 2009 APA Task Force[28] identified only six published studies that used reasonably rigorous experimental methods, and only one of those studies included a no-treatment control group.  (A copy of the APA Task Force's report is attached to this declaration as Exhibit C.)  Three additional studies used a reasonably good *quasi-experimental* design (i.e., they included comparison of different treatment conditions but participants were not randomly assigned to those conditions).  Most of these studies were published during the early or mid-1970s; all appeared prior to 1982.

---

[28] In response to public debates about SOCE, the American Psychological Association created a Task Force on Appropriate Therapeutic Responses to Sexual Orientation which reviewed the relevant research literature and issued a report. The Task Force conclusions are summarized below.

32.   In their review, the APA Task Force noted numerous methodological limitations of the research in this area.  These included problems related to the composition and recruitment of samples;[29] attrition over the course of the study;[30] inadequate assessment of participants' sexual orientation;[31] inadequate description of the intervention procedures;[32] unclear definitions of the criteria for judging "success" of the intervention;[33] and problems with the timing of measurement of sexual orientation after the intervention.[34]

––––––––––––––––––––––

[29] Many studies used very small, homogeneous samples, often consisting of well-educated, White adult males and, in more recent studies, highly religious individuals. In addition, some studies included participants who were required to undergo the intervention (e.g., because of an arrest or criminal conviction). Because such individuals' freedom may have depended on the outcome of the intervention, they would be strongly motivated to "fake" changes in their sexuality in order to be released from custody. Many studies have included both homosexuals and bisexuals in the sample, a practice that obscures whether sexual orientation change – if any is observed – actually occurred among homosexual individuals, or was limited to participants who already had some degree of heterosexual attractions or sexual experience before receiving the intervention.

[30] Many studies had high dropout rates that compromised their validity. Such attrition is especially problematic when the dropouts are disproportionately individuals for whom the intervention was not working.

[31] The Task Force noted that sexual orientation has not been assessed in a uniform way across studies. Some studies operationally defined it in terms of attraction (using self-reports or physiological measures), whereas others assessed self-reported sexual behavior, and others assessed self-labeling or identity. Some research reports did not include any explanation of how sexual orientation was measured.

[32] Many of the early published studies included clear descriptions of the procedures, e.g., researchers reported that participants received aversive conditioning over a set number of treatment sessions. More recent studies, however, have collected questionnaire data from samples whose members participated in differing types of intervention programs, with some having undergone multiple interventions. Details about the specific procedures that were followed in each participant's intervention(s) have not been available. Thus, even if some of the participants evidenced change, it is not possible to link it with a specific intervention program or technique.

[33] Judging whether a homosexual or bisexual person becomes heterosexual after undergoing an intervention depends on how sexual orientation is operationally defined. A variety of approaches have been used to assess the outcomes of SOCE, all of which have important limitations. For example, self-reports of behavior, attraction, and identity after

(continued…)

_____

(...continued)

the intervention may not be valid if participants are highly motivated to detect changes in their sexuality and to report "success." Intentionally or unintentionally, they may selectively perceive or remember feelings or behaviors that are consistent with sexual orientation change, while ignoring or forgetting feelings and behaviors that are inconsistent with change. Obtaining reliable reports from an objective, third-party observer is generally not feasible, simply because of the private nature of sexuality. Whereas physiological measures of sexual attraction might appear to be more reliable than self-reports, they also have problems. Some people can control their level of physiological arousal, while others are unable to achieve sexual arousal in a clinical setting. Other factors, such as anxiety, can also influence the results of physiological measures.

[34] Ideally, sexual orientation is assessed prior to the treatment intervention, soon after it concludes, and then again at later times with one or more follow-up assessments. However, long-term follow-up assessment has often been lacking. Many recently published questionnaire studies have not even collected pre-intervention data. Instead, the researchers collected data only after the intervention was completed, relying on the participants' recollections of their past sexual attractions, behaviors, and psychological states. In some cases, this required respondents to try to remember their subjective state more than 10 years earlier. Self-reports of current sexual desires and behaviors were then compared to these retrospective reports. An important problem with this approach is that memory of one's own past beliefs, attitudes, and behaviors is often unreliable. As the APA Task Force report noted, such recollections are affected by many factors, including: impression management (people are motivated to present themselves in a favorable light and thus report on the current self as "improved" compared to the former self); expectations about change (when people expect their behavior or state to have changed, they are likely to report – and believe – that it has, even if this perception is not accurate); a need to justify effort (perceiving results after expending time and effort in treatment can be a way of justifying to themselves the amount of time and effort they expended); and changes in beliefs or goals (people are especially likely to distort their recollections when their emotions, goals, or beliefs have changed since the time period they are trying to recall). Thus, people who try to remember their past behaviors and earlier mental states often make mistakes. This occurs even when they are unaware of the study's purpose. In addition, research participants may be motivated to intentionally misrepresent their experiences for various reasons, e.g., because they have an ideological stake in its outcome. In some questionnaire studies, for example, most participants were activists who were recruited through "ex-gay" ministries. Such participants were likely to feel that they had a strong stake in the findings of the study, a potential bias that raises questions about the validity of the data. Further discussion of the methodological limitations of past studies in this area are available in the Task Force report.

33.   In recent years, several studies have been published in professional journals that report questionnaire data obtained from people who participated in various forms of SOCE.  These studies are not controlled experiments, however, and the data were collected after the intervention began (in some cases, many years after the participant completed the intervention; see Note 34).  These studies can reveal the demographic characteristics of individuals who have participated in interventions, the extent to which those people say the intervention was successful, and the extent to which they say it was harmful.  However, they cannot demonstrate a causal relationship between participation in the intervention and a specific outcome.

34.   These and related methodological flaws were recently acknowledged by the author of what is arguably the most well-known questionnaire study purporting to demonstrate that SOCE can change the sexual orientation of some individuals.  In a 2012 letter to the *Archives of Sexual Behavior*, Dr. Robert Spitzer took the unusual step of expressing regret for having published such a study in that journal in 2003.  In the letter he stated:

> From the beginning, [the basic research question] was: Can some version of reparative therapy enable individuals to change their sexual orientation from homosexual to heterosexual? Realizing that the study design made it impossible to answer this question, I suggested that the study could be viewed as answering the question: How do individuals undergoing reparative therapy describe changes in sexual orientation? A not very interesting question.

35.   Spitzer then went on to discuss what he labeled "The Fatal Flaw in the Study: There Was No Way to Judge the Credibility of Subject Reports of Change in Sexual Orientation."

> I offered several (unconvincing) reasons why it was reasonable to assume that the participants' reports of change were credible and not self-deception or outright lying. But the simple fact is that there was no way to determine if the participants' accounts of change were valid.

I believe I owe the gay community an apology for my study making unproven claims of the efficacy of reparative therapy.  I also apologize to any gay person who wasted time and energy undergoing some form of reparative therapy because they believed that I had proven that reparative therapy works with some "highly motivated" individuals.[35]

36.    The APA Task Force on SOCE reported that it found "serious methodological problems in this area of research, such that only a few studies met the minimal standards for evaluating whether psychological treatments, such as efforts to change sexual orientation, are effective" (American Psychological Association, 2009a, p. 2).  Based on its review of the studies that met these standards, the Task Force concluded:

> "enduring change to an individual's sexual orientation is uncommon.  The participants in this body of research continued to experience same-sex attractions following SOCE and did not report significant change to other-sex attractions that could be empirically validated, though some showed lessened physiological arousal to all sexual stimuli.  Compelling evidence of decreased same-sex sexual behavior and of engagement in sexual behavior with the other sex was rare.  Few studies provided strong evidence that any changes produced in laboratory conditions translated to daily life.  Thus, the results of scientifically valid research indicate that it is unlikely that individuals will be able to reduce same-sex attractions or increase other-sex sexual attractions through SOCE" (pp. 2-3).

37.    The Task Force found that some individuals who underwent SOCE reported receiving benefits from it that were distinct from sexual orientation change, e.g., greater social support and increased opportunities to talk with others about their own struggles related to sexuality.  The Task Force concluded that these same benefits can be realized through non-SOCE therapies.

38.    In response to the Task Force report, the APA passed a resolution that stated, in part, "the American Psychological Association concludes that there is insufficient evidence to support the use of psychological interventions to change sexual orientation" and "the American Psychological Association concludes that the benefits reported by

_____

[35] Spitzer, 2012.

participants in sexual orientation change efforts can be gained through approaches that do not attempt to change sexual orientation" (American Psychological Association, 2009b).

**D.    Reports of harm related to SOCE**

39.    Although SOCE interventions have not been shown to reliably change sexual orientation from homosexual to heterosexual, evidence exists that they may cause harm. The APA Task Force found evidence indicating that some individuals experienced harm or believed they had been harmed by these interventions.[36] Early studies reported that some individuals undergoing SOCE lost their capacity for any sexual response.  For example, some individuals who were subjected to electric shocks or nausea-producing drugs while viewing pictures of same-sex nudes did not display an increase in attraction to the other sex but they subsequently experienced a significant reduction in their same-sex arousal.

40.    More recent data from questionnaire studies, as well as reports from therapists, indicate that patients who "fail" to change their sexual orientation may experience shame, a general sense of failure, guilt, depression, intimacy avoidance, sexual dysfunction, or even suicidality.[37]  Although these data derive from questionnaire studies, clinical case studies, and anecdotal reports rather than controlled experiments, they are important because they raise serious questions about whether SOCE may be harmful to many who undergo it. Individuals who have suffered these and other negative effects from SOCE are likely to be excluded from or severely underrepresented in studies relying on samples recruited through "ex-gay" organizations and SOCE practitioners (as is the case with most recent studies in this area).

---

[36] The Task Force report provides a detailed discussion of this topic and an extensive review of relevant research. It is available at:
http://www.apa.org/pi/lgbt/resources/therapeutic-response.pdf
[37] Haldeman, 2001; Schroeder & Shidlo, 2001; Shidlo & Schroeder, 2002.

41.    In light of the many reports of harm, the lack of rigorous studies demonstrating effectiveness, and the fact that homosexuality is not a psychological disorder that requires "cure," the major mental health professional associations in the United States have adopted policy statements warning the profession and the public about treatments that purport to change sexual orientation.

42.    For example, the American Psychiatric Association Board of Trustees referred to the dangers associated with SOCE in its 1998 position statement:

> "The potential risks of 'reparative therapy' are great, including depression, anxiety and self-destructive behavior, since therapist alignment with societal prejudices against homosexuality may reinforce self-hatred already experienced by the patient ...."

> "Therefore, the American Psychiatric Association opposes any psychiatric treatment, such as 'reparative' or 'conversion' therapy which is based upon the assumption that homosexuality per se is a mental disorder or based upon a prior assumption that the patient should change his/her homosexual orientation." (American Psychiatric Association, 2000)

43.    They supplemented this position with a background statement that said, in part:

> Psychotherapeutic modalities to convert or "repair" homosexuality are based on developmental theories whose scientific validity is questionable. Furthermore, anecdotal reports of "cures" are counterbalanced by anecdotal claims of psychological harm. In the last four decades, "reparative" therapists have not produced any rigorous scientific research to substantiate their claims of cure. Until there is such research available, APA recommends that ethical practitioners refrain from attempts to change individuals' sexual orientation, keeping in mind the medical dictum to First, do no harm.

44.    Concerns about harm resulting from SOCE have also informed the positions of the other major mental health professional associations in the United States, including the American Psychological Association, American Counseling Association, and National Association of Social Workers. Their policy statements cautioning the profession and the public about treatments that purport to change sexual orientation are

described in a publication titled *Just the Facts About Sexual Orientation and Youth: A Primer for Principals, Educators, and School Personnel*, which is endorsed as well by the American Academy of Pediatrics, American School Counselor Association, American School Health Association, National Association of School Psychologists, and School Social Work Association of America. As summarized in that publication, "the nation's leading professional medical, health, and mental health organizations do not support efforts to change young people's sexual orientation through therapy and have raised serious concerns about the potential harm from such efforts."[38]

## V.   Conclusion

45.   Although homosexuality is a normal expression of human sexuality, it remains widely stigmatized in the United States. In the course of their upbringing, sexual minority individuals often internalize this stigma and consequently hold negative attitudes toward themselves and their homosexuality. Although this self-stigma typically diminishes as individuals come out and develop positive feelings about their sexual orientation, while it persists it is often associated with psychological distress and manifested in an expressed desire to stop being attracted to members of the same sex and instead to be heterosexual. However, sexual orientation is highly resistant to change through psychotherapy or religious interventions. Interventions aimed at changing an individual's sexual orientation have not been empirically demonstrated to be effective or safe. Indeed, such interventions may be psychologically harmful in an unknown number of cases; clinical observations and self-reports indicate that many individuals who unsuccessfully attempted to change their sexual orientation have experienced considerable psychological distress. Moreover, because homosexuality is a normal

---

[38] p. 19. *Just the Facts About Sexual Orientation and Youth* is available on the American Psychological Association's Web site: http://www.apa.org/pi/lgbt/resources/just-the-facts.pdf

variant of human sexuality, the major mental health professional organizations do not encourage individuals to try to change their sexual orientation from homosexual to heterosexual.  Rather, individuals who experience self-stigma or who desire to change their sexual orientation because it conflicts with other beliefs and values can benefit from other therapeutic interventions that do not have the goal of making them heterosexual.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of September, 2013, at Berkeley, California.

_____
GREGORY M. HEREK

# EXHIBIT A

EXHIBIT A

References

American Psychiatric Association. (1952). *Mental disorders: Diagnostic and statistical manual* (1st ed.). Washington, DC: Author.

American Psychiatric Association. (2000). *Therapies focused on attempts to change sexual orientation (reparative or conversion therapies).* Washington, DC: American Psychiatric Association. Retrieved from http://www.psychiatry.org/File Library/Advocacy and Newsroom/Position Statements/ps2000_ReparativeTherapy.pdf

American Psychological Association. (2009a). *Report of the Task Force on Appropriate Therapeutic Responses to Sexual Orientation.* Washington, DC: Author. Retrieved from http://www.apa.org/pi/lgbt/resources/therapeutic-response.pdf

American Psychological Association. (2009b). *Resolution on appropriate affirmative responses to sexual orientation distress and change efforts.* Washington, DC: Author. Retrieved from http://www.apa.org/about/governance/council/policy/sexual-orientation.aspx

Cole, S. W. (2006). Social threat, personal identity, and physical health in closeted gay men. In A. M. Omoto & H. S. Kurtzman (Eds.), *Sexual orientation and mental health: Examinin identity and development in lesbian, gay, and bisexual people* (pp. 245-267). Washington, DC: American Psychological Association.

Conger, J. J. (1975). Proceedings of the American Psychological Association, Incorporated, for the year 1974: Minutes of the annual meeting of the Council of Representatives. *American Psychologist, 30,* 620-651.

Goffman, E. (1963). *Stigma: Notes on the management of spoiled identity.* Englewood Cliffs, NJ: Prentice-Hall.

Gonsiorek, J. C. (1991). The empirical basis for the demise of the illness model of homosexuality. In J. C. Gonsiorek & J. D. Weinrich (Eds.), *Homosexuality: Research implications for public policy* (pp. 115-136). Newbury Park, CA: Sage.

Haldeman, D. C. (2001). Therapeutic antidotes: Helping gay and bisexual men recover from conversion therapies. *Journal of Gay and Lesbian Psychotherapy, 5*(3-4), 117-130.

Herek, G. M. (1996). Why tell if you're not asked? Self-disclosure, intergroup contact, and heterosexuals' attitudes toward lesbians and gay men. In G. M. Herek, J. Jobe

& R. Carney (Eds.), *Out in force: Sexual orientation and the military* (pp. 197-225). Chicago: University of Chicago Press.

Herek, G. M. (2000). Homosexuality. In A. E. Kazdin (Ed.), *Encyclopedia of psychology* (Vol. 4, pp. 149-153). Washington, DC: American Psychological Association.

Herek, G. M. (2001). Homosexuality. In W. E. Craighead & C. B. Nemeroff (Eds.), *The Corsini encyclopedia of psychology and behavioral science* (3rd ed., Vol. 2, pp. 683-688). New York: John Wiley & Sons.

Herek, G. M. (2009). Hate crimes and stigma-related experiences among sexual minority adults in the United States: Prevalence estimates from a national probability sample. *Journal of Interpersonal Violence, 24,* 54-74. doi: doi:10.1177/0886260508316477

Herek, G. M., & Garnets, L. D. (2007). Sexual orientation and mental health. *Annual Review of Clinical Psychology, 3,* 353-375.

Herek, G. M., Gillis, J. R., & Cogan, J. C. (1999). Psychological sequelae of hate-crime victimization among lesbian, gay, and bisexual adults. *Journal of Consulting and Clinical Psychology, 67,* 945-951.

Herek, G. M., Gillis, J. R., & Cogan, J. C. (2009). Internalized stigma among sexual minority adults: Insights from a social psychological perspective. *Journal of Counseling Psychology, 56,* 32-43.

Herek, G. M., Norton, A. T., Allen, T. J., & Sims, C. L. (2010). Demographic, psychological, and social characteristics of self-identified lesbian, gay, and bisexual adults in a U.S. probability sample. *Sexuality Research and Social Policy, 7,* 176-200.

Institute of Medicine. (2011). *The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding.* Washington, DC: National Academy Press.

Laumann, E. O., Gagnon, J. H., Michael, R. T., & Michaels, S. (1994). *The social organization of sexuality: Sexual practices in the United States.* Chicago: University of Chicago Press.

Link, B. G., & Phelan, J. C. (2001). Conceptualizing stigma. *Annual Review of Sociology, 27,* 363-385.

Mays, V. M., & Cochran, S. D. (2001).  Mental health correlates of perceived discrimination among lesbian, gay, and bisexual adults in the United States. *American Journal of Public Health, 91*, 1869-1876.

Meyer, I. H. (2003).  Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*, 674-697.

Norton, A. T., & Herek, G. M. (2012).  Heterosexuals' attitudes toward transgender people: Findings from a national probability sample of U.S. adults. *Sex Roles*, in press. doi: 2012, DOI: 10.1007/s11199-011-0110-6

O'Shaughnessy, M., Russell, S. T., Heck, K., Calhoun, C., & Laub, C. (2004). *Safe place to learn: Consequences of harassment based on actual or perceived sexual orientation and gender non-conformity and steps for making schools safer.* San Francisco, CA: California Safe Schools Coalition. Retrieved from http://www.casafeschools.org/SafePlacetoLearnLow.pdf

Pachankis, J. E. (2007).  The psychological implications of concealing a stigma: A cognitive-affective-behavioral model. *Psychological Bulletin, 133*, 328-345.

Schafer, C. E., & Shaw, G. M. (2009).  Trends: Tolerance in the United States. *Public Opinion Quarterly, 73*, 404-431. doi: 10.1093/poq/nfp022

Schroeder, M., & Shidlo, A. (2001).  Ethical issues in sexual orientation conversion therapies: An empirical study of consumers. *Journal of Gay and Lesbian Psychotherapy, 5*(3-4), 131-166.

Shidlo, A., & Schroeder, M. (2002).  Changing sexual orientation: A consumers' report. *Professional Psychology: Research and Practice, 33*, 249-259.

Spitzer, R. L. (2012).  Spitzer reassesses his 2003 study of reparative therapy of homosexuality. *Archives of Sexual Behavior, 41*(4), 757-757. doi: 10.1007/s10508-012-9966-y

Strachan, E. D., Bennett, W. R. M., Russo, J., & Roy-Byrne, P. P. (2007). Disclosure of HIV status and sexual orientation independently predicts increased absolute CD4 cell counts over time for psychiatric patients. *Psychosomatic Medicine, 69*, 74-80.

United States Commission on Civil Rights. (2011).  *Peer-to-peer violence and bullying: Examining the federal response.* Washington, DC: Author. Retrieved from http://www.usccr.gov/pubs/2011statutory.pdf

# EXHIBIT B

Updated: July 31, 2013
Printed: August 5, 2013

# GREGORY M. HEREK, PH.D.

Department of Psychology
University of California
1 Shields Avenue, Davis, CA 95616-8686
(530) 752-8085
*E-mail:* gmherek@ucdavis.edu

## CURRENT POSITION

Professor of Psychology, University of California at Davis.

## EDUCATION

| | |
|---|---|
| B.A. | University of Nebraska at Omaha, 1977.  Majors in Psychology and Sociology  (magna cum laude). |
| M.A. | University of California at Davis, 1980. Personality and Social Psychology. |
| Ph.D. | University of California at Davis, 1983.  Personality and Social Psychology. |
| Post-Doctoral Fellowship | Yale University, 1983-1985.  Social Psychology. |

## ACADEMIC AND RESEARCH APPOINTMENTS

| | |
|---|---|
| 1999-present | Professor, University of California at Davis. |
| 2000 | Distinguished Visiting Scholar, Richard and Rhoda Goldman School of Public Policy, University of California, Berkeley. |
| 1994-1999 | Research Psychologist, University of California at Davis. |
| 1989-1994 | Associate Research Psychologist, University of California at Davis. |
| 1986-1989 | Assistant Professor, Graduate Program in Social and Personality Psychology, Graduate Center of the City University of New York. |
| 1986 | Visiting Assistant Professor, Yale University. |
| 1985-1986 | Lecturer, Yale University. |
| 1984 | Visiting Lecturer, Branford and Ezra Stiles Colleges, Yale University. |
| 1983-1985 | Postdoctoral Fellow in Personality and Social Psychology, Yale University. |
| 1978-1983 | Teaching Assistant, Research Assistant, and Teaching Associate in Psychology, University of California at Davis. |

## SCIENTIFIC AND PROFESSIONAL SERVICE

| | |
|---|---|
| 2013-present | Member, National Advisory Committee for the Graduate Program in Human Sexuality, California Institute of Integral Studies, San Francisco. |
| 2008-2013 | Member, Faculty Advisory Committee, The Williams Institute, University of California Los Angeles School of Law. |
| 2010-2011 | Member, Committee on Lesbian, Gay, Bisexual and Transgender (LGBT) Health Issues and Research Gaps and Opportunities. Institute of Medicine, National Academy of Sciences. |

*(continued)*

## SCIENTIFIC AND PROFESSIONAL SERVICE *(continued)*

| | |
|---|---|
| 2010 | Invited Participant, *Social and Behavioral HIV Prevention Research Think Tank*. National Institutes of Health and Office of AIDS Research. |
| 2009 | Ad Hoc Reviewer, National Science Foundation. |
| 2009 | Ad Hoc Reviewer, Anthony Marchionne Foundation Small Grants Program. |
| 2007-2008 | Chair, Fellows Committee, Society for the Psychological Study of Social Issues (APA Division 9) |
| 1995-2007 | Chair, Wayne Placek Award Scientific Review Committee, American Psychological Foundation. |
| 2003-2007 | Member, Task Force on Sexual Orientation and Military Service, American Psychological Association. |
| 2002-2005 | Member, Advisory Board for the National Sexuality Resource Center. Sponsored by the Ford Foundation and San Francisco State University. |
| 2001-2005 | Member, Diversity Committee, Society for Personality and Social Psychology. |
| 2004-2005 | Member, Policy Task Force, Society for the Psychological Study of Social Issues. |
| 2003-2004 | Ad Hoc Reviewer, National Institute of Mental Health. |
| 2001 | Member, Program Committee for "Sexual Orientation and Mental Health: Toward Global Perspectives on Practice and Policy," an international conference cosponsored by the American Psychological Association and professional societies from Europe, Australia, and South America. |
| 1996-2001 | Ad Hoc Reviewer, National Institute of Mental Health. |
| 2000 | Member, Public Interest Awards Committee, American Psychological Association. |
| 2000 | Member, International Review Committee, World Conference on AIDS. |
| 2000 | Ad Hoc Reviewer, National Science Foundation. |
| 1999-2000 | Member, Community Advisory Board, Program in Human Sexuality Studies, San Francisco State University. |
| 1998 | Member, International Review Committee, World Conference on AIDS. |
| 1997 | Ad Hoc Reviewer, National Science Foundation. |
| 1996 | Chair of research workshop, *AIDS, Stigma, and Mental Health: Research Issues and Directions*. Sponsored by the Office on AIDS, National Institute of Mental Health. |
| 1992-95 | Member, National Institute of Mental Health (NIMH) Mental Health, AIDS and Immunology Review Committee. |
| 1992-94 | Member, International Scientific Program Committee, International Conference on AIDS. |
| 1985-94 | Convention Program Committee, APA Division 44. (Member, 1985-87, 1989-94; Chair, 1987-88). |
| 1991-93 | Convention Program Committee, American Psychological Society. |
| 1986-92 | Ad Hoc Reviewer and Site Visitor, National Institute of Mental Health. |
| 1990-91 | Consultant, National Academy of Sciences Committee on AIDS Research, for study of the social impact of AIDS. |
| 1990 | Scientific consultant to Social Science Research Council for proposed National Survey of Health and Sexual Behavior. |

*(continued)*

## SCIENTIFIC AND PROFESSIONAL SERVICE *(continued)*

| | |
|---|---|
| 1989 | Chair of research workshop, *Mental Health Aspects of Violence Toward Lesbians and Gay Men: Research Issues and Directions.* Sponsored by the Antisocial and Violent Behavior Branch, National Institute of Mental Health. |
| 1987-89 | Member, Task Force on Psychology and AIDS, American Psychological Association (APA). |
| 1986-87 | Chairperson (1987) and Member (1986), APA Committee on Lesbian and Gay Concerns. |
| 1985-87 | President (1987) and Steering Committee Member (1985-86), Association of Lesbian and Gay Psychologists. |
| 1985-87 | Member, APA Task Force on Avoiding Heterosexist Bias in Psychological Research. |

## PUBLIC POLICY AND LEGAL SERVICE

| | |
|---|---|
| 2013 | Primary consultant for *amicus curiae* brief by the American Psychological Association, American Psychiatric Association, American Medical Association, American Academy of Pediatrics, American Psychoanalytic Association, California Medical Association, National Association Of Social Workers and its New York City and State chapters, and New York State Psychological Association in *United States v. Windsor,* summarizing social science research relevant to the Defense of Marriage Act (DOMA). (United States Supreme Court) |
| 2012 | Submitted expert declaration in *Pickup et al. v. Brown et al.,* summarizing social science research relevant to SB 1172, which prohibits state-licensed mental health providers in California from attempting to change the sexual orientation of minors from homosexual to heterosexual. (U.S. District Court for the Eastern District of California) |
| 2012 | Consultant for *amicus curiae* brief by the American Psychological Association, California Psychological Association, American Psychiatric Association, National Association of Social Workers and its California chapter, American Medical Association, American Academy of Pediatrics, and American Psychoanalytic Association in *Golinski v. Office of Personnel Management et al.,* summarizing social science research on sexual orientation, stigma, and other topics relevant to the federal Defense of Marriage Act (DOMA). (U.S. Court of Appeals, 9th District) |
| 2012 | Submitted expert declaration in *Jackson et al. v. Abercrombie et al.,* summarizing social science research relevant to marriage laws and same-sex couples. (U.S. District Court for the District of Hawaii) |
| 2011 | Consultant for *amicus curiae* brief by the American Psychological Association and Montana Psychological Association in *Donaldson et al. v. Montana,* summarizing social science research relevant to Montana law concerning civil unions and legal recognition of same-sex couples. (Montana Supreme Court) |
| 2011 | Invited panelist, U.S. Commission on Civil Rights. Provided oral and written testimony on *Federal Enforcement of Civil Rights Laws to Protect Students Against Bullying, Violence and Harassment.* Washington, DC |

*(continued)*

## PUBLIC POLICY AND LEGAL SERVICE *(continued)*

| | |
|---|---|
| 2009-2010 | Submitted expert declarations in *Gill et al. v. Office of Personnel Management et al.*, and *Commonwealth of Massachusetts v. United States Department of Health and Human Services et al.*, summarizing social science research on sexual orientation, stigma, and other topics relevant to the federal Defense of Marriage Act. (U.S. District Court for the District of Massachusetts) |
| 2009-2010 | Expert witness in *Perry et al. v. Schwarzenegger et al.*, summarizing social science research on sexual orientation, stigma, and other topics relevant to Proposition 8, California's voter-enacted constitutional amendment prohibiting same-sex couples from marrying. (U.S. District Court for the Northern District of California) |
| 2009 | Primary consultant for *amicus curiae* brief by the American Psychological Association in *Florida Department Of Children And Families vs. In the Matter of Adoption of X.X.G. and N.R.G,* summarizing social science research relevant to Florida law concerning adoption by gay men and lesbians. (Florida District Court of Appeal) |
| 2007 | Primary consultant for *amicus curiae* brief by the American Psychological Association, California Psychological Association, American Psychiatric Association, and National Association of Social Workers and its California chapter in *In re Marriage Cases,* summarizing social science research relevant to California law concerning marriage and same-sex couples. (California Supreme Court) |
| 2007 | Submitted expert affidavit and deposition in *Varnum et al. v. Brien*, summarizing social science research relevant to marriage laws and same-sex couples. (Iowa District Court) |
| 2007 | Primary consultant for *amicus curiae* brief by the American Psychological Association, American Psychiatric Association, National Association of Social Workers and its Connecticut Chapter, American Psychoanalytic Association, Hezekiah Beardsley Connecticut Chapter of the American Academy Of Pediatrics, and Connecticut Council of Child and Adolescent Psychiatry in *Kerrigan et al. v. Commissioner of Public Health et al.,* summarizing social science research relevant to a Connecticut law prohibiting the marriage of same-sex couples. (Connecticut Supreme Court) |
| 2006 | Primary consultant for *amicus curiae* brief by the American Psychological Association, Maryland Psychological Association, Baltimore Psychological Association, and American Psychiatric Association in *Conaway et al. v. Deane & Polyak et al.,* summarizing social science research relevant to a Maryland law prohibiting the marriage of same-sex couples. (Court of Appeals of Maryland) |
| 2006 | Primary consultant for *amicus curiae* brief by American Psychological Association, Maine Psychological Association, National Association of Social Workers and its Maine chapter, Maine Association of Psychiatric Physicians, Child Welfare League of America, Maine Children's Alliance, Maine Medical Association, Maine Chapter of the American Academy of Pediatrics, Evan B. Donaldson Adoption Institute, Kids First, and Community Counseling Center for *In re: Adoption of R.A. and M.A.,* summarizing social science research relevant to foster parenting by same-sex couples. (Maine Supreme Judicial Court) |
| 2005-06 | Primary consultant for *amicus curiae* brief by American Psychological Association, Arkansas Psychological Association, and National Association of Social Workers and its Arkansas chapter in *Department of Human Services et al. v. Matthew Howard et al.,* summarizing social science research relevant to a ruling by the Arkansas Child Welfare Agency Review Board barring gay and lesbian foster parents (Arkansas Supreme Court). |

*(continued)*

## PUBLIC POLICY AND LEGAL SERVICE *(continued)*

| | |
|---|---|
| 2005 | Primary consultant for *amicus curiae* brief by the American Psychological Association in *Citizens For Equal Protection v. Bruning et al.*, summarizing social science research relevant to a Nebraska state law prohibiting all recognition of same-sex committed relationships (US Court of Appeals, 8th District). |
| 2005 | Primary consultant for *amicus curiae* briefs by the American Psychological Association and National Association of Social Workers and its New York City and State chapters in *Samuels et al. v. New York,Shields et al. vs. Madigan et al.,* and *Hernandez et al. vs. Robles,* summarizing social science research relevant to New York state law prohibiting the marriage of same-sex couples. (Supreme Court of New York: First, Second, and Third Judicial Departments) |
| 2004 | Primary consultant for *amicus curiae* brief by the American Psychological Association in *Li et al. vs. Oregon,* summarizing social science research relevant to an Oregon state law prohibiting the marriage of same-sex couples. (Oregon Supreme Court) |
| 2004 | Primary consultant for *amicus curiae* brief by the American Psychological Association and New Jersey Psychological Association in *Lewis v. Harris,* summarizing social science research relevant to a New Jersey state law prohibiting the marriage of same-sex couples. (New Jersey Superior Court) |
| 2004 | Primary consultant for *amicus curiae* brief by the American Psychological Association in *Andersen et al. vs. Washington,* summarizing social science research relevant to a Washington state law prohibiting the marriage of same-sex couples. (Washington Supreme Court) |
| 2004 | Submitted expert declaration in *San Francisco v. California et al.,* summarizing social science research relevant to marriage laws and same-sex couples. (California Superior Court) |
| 2003 | Primary consultant for *amicus curiae* brief by the American Psychological Association, American Psychiatric Association, and National Association of Social Workers and its Texas chapter in *Lawrence v. Texas,* summarizing social science research relevant to state sodomy laws (US Supreme Court). |
| 2002 | Consultant for *amicus curiae* brief by the American Psychological Association in *Boy Scouts of America, National Capital Area Council v. District of Columbia Commission on Human Rights et al.,* summarizing social science research relevant to the D.C. Human Rights Commission's enforcement of antidiscrimination legislation against the Boy Scouts (District of Columbia Court of Appeals). |
| 2001 | Consultant for *amicus curiae* brief by the American Psychological Association, Arkansas Psychological Association, and National Association of Social Workers and its Arkansas chapter in *Jegley v. Picado,* summarizing social science research relevant to the Arkansas sodomy law (Arkansas Supreme Court). |
| 2000 | Member, Advisory Task Force for AB 537, advising the California State Superintendent of Public Instruction on reducing and preventing hate-motivated acts against lesbian, gay, bisexual, and transgendered students in public schools. |
| 2000 | Consultant for *amicus curiae* brief by the American Psychological Association in *Boy Scouts of America v. Dale,* summarizing social science research relevant to antigay discriminatory policy by the Boy Scouts (U.S. Supreme Court). |
| 1997 | Invited participant, White House Conference on Hate Crimes. |

*(continued)*

## PUBLIC POLICY AND LEGAL SERVICE *(continued)*

| | |
|---|---|
| 1997 | Invited speaker, Congressional briefing on hate crimes (sponsored by the American Psychological Association). |
| 1995 | Submitted expert declaration in *Able et al. v. U.S.*, summarizing social science research relevant to Department of Defense policy prohibiting service by openly gay personnel (United States District Court for the Eastern District of New York). |
| 1995 | Submitted expert declaration in *Watson v. Perry et al.*, summarizing social science research relevant to Department of Defense policy prohibiting service by openly gay personnel (United States District Court for the Western District of Washington). |
| 1995 | Submitted expert declaration in administrative discharge proceedings for *Petty Officer Mark A. Philips, USN*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel. |
| 1995 | Submitted expert declaration in administrative discharge proceedings for *A1C Sean Fucci, USAF*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel. |
| 1995 | Consultant for *amicus curiae* brief by the American Psychological Association and National Association of Social Workers and its Tennessee chapter in *Campbell et al. v. Sundquist et al*, summarizing social science research relevant to Tennessee sodomy law (Tennessee Court of Appeals). |
| 1994 | Consultant for *amicus curiae* brief by the American Psychological Association, American Psychiatric Association, National Association of Social Workers, and Colorado Psychological Association in *Romer v. Evans*, summarizing social science research relevant to a Colorado statewide initiative prohibiting local statutes that protect people from discrimination on the basis of their sexual orientation (U.S. Supreme Court). |
| 1994 | Submitted expert declaration in *Cammermeyer v. Aspin et al.*, summarizing social science research relevant to Department of Defense policy prohibiting service by openly gay personnel (United States District Court for the Western District of Washington, Northern Division). |
| 1994 | Consultant for *amicus curiae* brief by the American Psychological Association, National Association of Social Workers, and Ohio Psychological Association in *Equality Foundation of Greater Cincinnati v. City of Cincinnati*, summarizing social science research relevant to a court ruling that struck down an initiative prohibiting statutes that protect people from discrimination on the basis of their sexual orientation (U.S. District Court, Southern District of Ohio). |
| 1994 | Submitted expert declaration in administrative discharge proceedings against *Lt. Paul G. Thomasson, USN*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel |
| 1994 | Submitted expert declaration in administrative discharge proceedings against *Capt. Richard P. Richenberg, USAF*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel |
| 1994 | Submitted expert declaration in administrative discharge proceedings against *LTJG Tracy W.J. Thorne, USNR*. (second discharge proceedings), summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel |

*(continued)*

## PUBLIC POLICY AND LEGAL SERVICE *(continued)*

| | |
|---|---|
| 1994 | Submitted expert declaration in administrative discharge proceedings against *LTJG Richard Dirk Selland, USN*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel |
| 1993 | Witness, Committee on Armed Services, U.S. House of Representatives (Hon. Ronald Dellums, Chair). Hearings on *The Policy Implications of Lifting the Ban on Homosexuals in the Military.* Provided expert testimony on behalf of the American Psychological Association, American Psychiatric Association, National Association of Social Workers, American Counseling Association, American Nursing Association, and Sex Information and Education Council of the United States. |
| 1993 | Consultant for *amicus curiae* brief by the American Psychological Association, American Academy of Child & Adolescent Psychiatry, National Association of Social Workers and its Virginia Chapter, and Virginia Psychological Association in *Bottoms v. Bottoms*, summarizing social science research relevant to a court ruling that removed a child from the custody of his lesbian mother (Virginia Court of Appeals). |
| 1993 | Submitted expert declaration in administrative discharge proceedings against *HN Berkeley R. Allen Pemberton*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel |
| 1993 | Submitted expert declaration in administrative discharge proceedings against *Lt. Maria Zoe Dunning, USN*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel |
| 1993 | Submitted expert declaration in administrative discharge proceedings against *Sgt. Justin Elzie, USMC*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by openly gay personnel. |
| 1993 | Submitted expert declaration in *Meinhold v. U.S. Department of Defense and U.S. Department of the Navy*, summarizing social science research relevant to Navy policy prohibiting service by openly gay personnel. |
| 1992 | Submitted expert declaration in administrative discharge proceedings against *LTJG Tracy W.J. Thorne, USNR*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by gay personnel. |
| 1992 | Submitted expert declaration in administrative discharge proceedings against *Sgt. Richard A. Kirton, WAARNG*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by gay personnel. |
| 1992 | Submitted expert declaration in administrative discharge proceedings against *AW1 Volker Keith Meinhold, USN*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by gay personnel. |
| 1992 | Submitted expert declaration in administrative discharge proceedings against *SSgt Thomas P. Paniccia, USAF*, summarizing social science research relevant to U.S. Department of Defense policy prohibiting service by gay personnel. |
| 1992 | Submitted expert declaration in *Evans et al. v. Colorado*, summarizing social science research relevant to Amendment 2, which prohibited passage of legislation to prevent discrimination on the basis of sexual orientation (Colorado Supreme Court). |
| 1992 | Submitted expert affidavit, *Douglas v. The Queen*, summarizing social science research relevant to Canadian military policy prohibiting service by gay personnel (Canadian Federal Court). |

*(continued)*

## PUBLIC POLICY AND LEGAL SERVICE *(continued)*

| | |
|---|---|
| 1992 | Submitted expert declaration in *Woodard v. Gallagher*, summarizing social science research relevant to discriminatory employment policy of Sheriff's Department of Orange County, Florida (Florida Circuit Court). |
| 1992 | Submitted expert declaration and deposition in *Buttino v. Federal Bureau of Investigation*, summarizing social science research relevant to the denial of security clearances on the basis of sexual orientation (United States District Court, Northern District of California). |
| 1991-92 | Member, San Francisco District Attorney's Special Commission on Hate Crimes. |
| 1991 | Submitted expert affidavit on *Steffan v. Cheney et al.*, summarizing social science research relevant to Navy policy prohibiting service by gay personnel (United States District Court for the District of Columbia). |
| 1991 | Consultant for *amicus curiae* brief by the American Psychological Association, Kentucky Psychological Association, Kentucky Psychiatric Association, Kentucky chapter of the National Association of Social Workers, and Kentucky Society for Clinical Social Workers in *Kentucky v. Wasson*, summarizing social science research relevant to Kentucky state sodomy law (Kentucky Supreme Court). |
| 1990 | Submitted expert affidavit, *Morales et al. v. Texas*, summarizing social science research relevant to Texas state sodomy law (Texas District Court). |
| 1988-89 | Consultant for *amicus curiae* brief by American Psychological Association in *Watkins vs. U.S. Army*, summarizing social science research relevant to military ban on gay and lesbian members (U.S. Court of Appeals, Ninth Circuit). |
| 1985-86 | Consultant for *amicus curiae* brief by American Psychological Association and American Public Health Association in *Bowers v. Hardwick*, summarizing social science research relevant to Georgia sodomy law (U.S. Supreme Court). |
| 1986 | Witness, Committee on the Judiciary, Subcommittee on Criminal Justice, U.S. House of Representatives (Hon. John Conyers, Chair). Hearings on *Anti-Gay Violence*. Provided testimony on behalf of the American Psychological Association. |

## SERVICE FOR ACADEMIC JOURNALS AND SERIES

### *Executive Editor*

*Contemporary Perspectives on Lesbian, Gay, and Bisexual Psychology,* book series cosponsored by the Society for the Psychological Study of Lesbian and Gay Issues and APA Books (1999-2008)

### *Editor*

*Psychological Perspectives on Lesbian and Gay Issues,* annual volume sponsored by the Society for the Psychological Study of Lesbian and Gay Issues, APA Division 44 (1992-2000)

### *Consulting Editor, Associate Editor, or Member of Editorial Board or Advisory Board*

#### Academic Book Series

*Contemporary Social Issues.* (Society for the Psychological Study of Social Issues) (2007-present)
*Sexuality and Social Policy: Studies In Culture, Development, Citizenship & Social Health.*
   (National Sexuality Resource Center, San Francisco State University) (2007-2012)
*Research on Men and Masculinity.* (Sage Publications) (1994-present)

#### Academic Journals

*Journal of Social Issues* (2013 - present)
*Psychology of Sexual Orientation and Gender Diversity* (2013 - present)
*Journal of LGBT Health* (2013 - present)
*Psychology & Sexuality,* British Psychology Society (2009 - present)
*Sexuality Research & Social Policy* (2003 - present)
*Basic & Applied Social Psychology* (1997 - present)
*Journal of Sex Research* (1995 - present)
*Men and Masculinities* (1992 - present)
*Journal of Homosexuality* (1984 - present)

*Stigma Research & Action* (2009 - 2013)
*Psychology of Sexualities Review,* British Psychology Society (2007-2009)
*Psychology of Men and Masculinity* (1999-2009)
*Personality and Social Psychology Bulletin* (2002-2003)
*Journal of the Gay and Lesbian Medical Association* (1996-2003)
*Journal of Lesbian and Gay Social Work* (1991-2000)

### *Ad Hoc Reviewer (partial list of journals)*

*Aggressive Behavior*
*AIDS & Behavior*
*AIDS Care*
*American J. of Community Psychology*
*American J. of Orthopsychiatry*
*American J. of Public Health*
*American Psychologist*
*Analysis of Social Issues & Public Policy*
*British J. of Social Psychology*
*Comprehensive Psychiatry*
*Culture, Health & Sexuality*
*Emotion*
*European J. of Social Psychology*
*Gender & Society*
*Group Processes & Intergroup Relations*
*Health Psychology*
*J. of Applied Social Psychology*
*J. of Consulting & Clinical Psychology*
*J. of Contemporary Criminal Justice*
*J. of Experimental Social Psychology*
*J. of GLBT Family Studies*

*J. of Interpersonal Violence*
*J. of Law, Medicine & Ethics*
*J. of Lesbian Studies*
*J. of Personality & Social Psychology*
*J. of Politics*
*The Lancet*
*Merrill-Palmer Quarterly*
*Political Psychology*
*Political Research Quarterly*
*Professional Psychology*
*Psychological Bulletin*
*Psychological Review*
*Psychological Science*
*Psychology of Women Quarterly*
*Psychology, Public Policy & Law*
*Public Opinion Quarterly*
*Sex Roles*
*Social & Personality Psychology Compass*
*Social Psychology & Personality Science*
*Social Science & Medicine*
*Sociological Perspectives*

## CURRENT PROFESSIONAL MEMBERSHIPS

Association for Psychological Science (Fellow)
American Psychological Association (Fellow)
Society for Experimental Social Psychology (Fellow)
Society for Personality and Social Psychology (APA Division 8, Fellow)
Society for the Psychological Study of Lesbian, Gay, and Bisexual Issues (APA Division 44, Fellow)
Society for the Psychological Study of Social Issues (APA Division 9, Fellow)

## RESEARCH GRANTS RECEIVED

| | |
|---|---|
| 2012-2013 | *Sexual Prejudice in the United States: Sources, Consequences, and Interventions.* Tides Foundation/Face Value Project ($61,896). |
| 2004-2006 | *The Experience of Stigma in Persons with HIV/AIDS.* Universitywide AIDS Research Program ($99,876). |
| 2005-2006 | *Sexual Prejudice and Voters' Attitudes Toward Public Policy Affecting Sexual Minorities in the United States.* The Gill Foundation ($48,240) |
| 1997-2002 | *HIV/AIDS-Related Stigma.* Independent Scientist Award, National Institute of Mental Health ($429,916). |
| 1995-1999 | *HIV/AIDS-Related Public Attitudes and Beliefs in the US.* National Institute of Mental Health ($1,173,872). |
| 1993-1996 | *Mental Health Consequences of Anti-Gay/-Lesbian Violence.* National Institute of Mental Health ($736,095). |
| 1992-1996 | *Gay/Bisexual Identity and Community In The AIDS Era.* National Institute of Mental Health ($540,295). |
| 1988-1997 | *Public Education About AIDS: A Social Psychological Approach.* National Institute of Mental Health ($1,432,963). |
| 1989-1993 | *Public Reactions to AIDS: Knowledge, Attitudes, and Behavior.* National Institute of Mental Health ($674,080). |
| 1990-1992 | *Cultural Differences in AIDS-Related Attitudes and Behaviors Among Californians.* Universitywide AIDS Research Program ($70,092). |
| 1987-1989 | *Public Knowledge, Attitudes, and Behavior Concerning AIDS: A National Survey.* National Institute of Mental Health ($121,391). |
| 1987-1988 | *Public Education About AIDS.* PSC/CUNY Foundation ($6068). |
| 1986-1988 | *A Neofunctional Theory of Attitudes.* National Institute of Mental Health. ($15,000) |
| 1985-1986 | *Anti-Gay Prejudice and Public Reactions to AIDS.* Society for the Psychological Study of Social Issues, Grants-in-Aid Program. ($1000) |
| 1982 | Dissertation research grant. National Gay Academic Union ($1000). |
| 1982 | Dissertation research grant. UC Davis Psychology Department ($600). |
| 1979-1981 | Annual Graduate Research Awards, University of California at Davis. ($1400 total) |

## OTHER AWARDS AND HONORS

| | |
|---|---|
| 2012 | 8th Annual Dr. Evelyn Lee Visiting Scholar Lectureship in Cultural Competence and Diversity, University of California, San Francisco. |
| 2010 | Distinguished Scholarly Public Service Award. Academic Senate, University of California, Davis. |
| 2010 | Distinguished Humanitarian Contribution Award. California Psychological Association. |
| 2009 | Distinguished Service Award. Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (APA Division 44). Presented at the annual meeting of the American Psychological Association, Toronto. |
| 2006 | Kurt Lewin Memorial Award for "outstanding contributions to the development and integration of psychological research and social action." Society for the Psychological Study of Social Issues (APA Division 9). |
| 2005 | William Bevan Memorial Lecture on Psychology and Public Policy. American Psychological Foundation. Presented at the annual meeting of the American Psychological Association, Washington, DC. |
| 2005 | Elected Fellow, Society for Personality and Social Psychology, Division 8 of the American Psychological Association. |
| 2003 | Certificate of Appreciation for presenting psychological science to the courts in *Lawrence v. Texas* and other cases related to sexual orientation. Society for the Psychological Study of Lesbian, Gay, and Bisexual Issues, APA Division 44. Presented at the annual meeting of the American Psychological Association, Toronto. |
| 2001 | Recognized for contributions to research and public policy by the Society for the Psychological Study of Men and Masculinity, APA Division 51. Presented at the annual meeting of the American Psychological Association, San Francisco. |
| 2000 | Elected Fellow, Society for the Psychological Study of Social Issues, Division 9 of the American Psychological Association. |
| 2000 | Monette/Horwitz Trust Award, "in recognition of distinguished achievement in combating homophobia through research and writing." Presented at the Lambda Literary Awards banquet, Chicago. |
| 2000 | Elected Fellow, Society for Experimental Social Psychology. |
| 1999 | 1999 Award for Distinguished Scientific Contribution. Society for the Psychological Study of Lesbian, Gay, and Bisexual Issues (APA Division 44). Presented at the annual meeting of the American Psychological Association, Boston. |
| 1996 | Distinguished Contribution to Psychology in the Public Interest. American Psychological Association. (Early Career Award) |
| 1994 | Frederick Howell Lewis Distinguished Lecturer. Psi Chi Honor Society. |
| 1993 | Myers Center Award for the Study of Human Rights in the United States, presented to *Hate Crimes: Confronting Violence Against Lesbians And Gay Men* (Herek & Berrill, editors). Gustavus Myers Center for the Study of Human Rights in North America, Fayetteville, AR. |

*(continued)*

**OTHER AWARDS AND HONORS** *(continued)*

| | |
|---|---|
| 1992 | Outstanding Achievement Award. Committee on Lesbian and Gay Concerns, American Psychological Association. |
| 1992 | *Hate Crimes: Confronting Violence Against Lesbians And Gay Men* (Herek & Berrill, editors) named an Outstanding Academic Book of 1992 by Choice Magazine, American Library Association. |
| 1991 | Elected Fellow, American Psychological Association and the Society for the Psychological Study of Gay and Lesbian Issues, APA Division 44. |
| 1989 | Award for "Best Contribution to Empirical Research in Peace Psychology," from Psychologists for Social Responsibility. Presented at the annual meeting of the American Psychological Association, New Orleans. [Shared with Irving L. Janis and Paul Huth for Herek, Janis, & Huth (1987)] |
| 1989 | Recipient of first annual award for "Distinguished Scientific Contributions to Lesbian and Gay Psychology." Society for the Psychological Study of Lesbian and Gay Issues (APA Division 44). Presented at the annual meeting of the American Psychological Association, New Orleans. |
| 1989 | Master Lecturer. American Psychological Association. |
| 1984 | Mark Freedman Memorial Research Award. Association of Lesbian and Gay Psychologists. Presented at the annual meeting of the American Psychological Association, Toronto. |
| 1983 | Postdoctoral Fellowship. Yale University. |
| 1982 | Teaching Award for Outstanding Graduate Student. University of California at Davis. |
| 1979-82 | Regents' Fellowships (three annual awards). University of California at Davis. |
| 1977 | First Prize, J.P. Guilford National Undergraduate Research Competition sponsored by Psi Chi Honor Society. Presented at the annual meeting of the American Psychological Association, San Francisco. |
| 1977 | First Prize, Nebraska Psychological Association Undergraduate Research Competition. |

# BIBLIOGRAPHY

## Books and Edited Volumes

1. Herek, G.M., & Berrill, K. (Eds.) (1990). *Violence against lesbians and gay men: Issues for research, practice, and policy* [Special issue]. Journal of Interpersonal Violence, *5* (3).

2. Herek, G.M., & Berrill, K. (Eds.) (1992). *Hate crimes: Confronting violence against lesbians and gay men*. Thousand Oaks, CA: Sage. [Named an Outstanding Academic Book of 1992 by *Choice Magazine*, American Library Association; recipient of a 1993 Myers Center Award for the Study of Human Rights in the United States.]

3. Greene, B., & Herek, G.M. (Eds.) (1994). *Lesbian and gay psychology: Theory, research, and clinical applications.* Thousand Oaks, CA: Sage Publications. [Translated into Croation as *Psiholojia ženske I muške homoseksualnosti*, published by Jesenski i Turk D.O.O., Zagreb, Croatia, 1999.]

4. Herek, G.M., & Greene, B. (Eds.) (1995). *AIDS, identity, and community: The HIV epidemic and lesbians and gay men.* Thousand Oaks, CA: Sage Publications.

5. Herek, G.M., Jobe, J.B., & Carney, R. (Eds.) (1996). *Out in force: Sexual orientation and the military.* Chicago: University of Chicago Press.

6. Herek, G.M. (Ed.) (1998). *Stigma and sexual orientation: Understanding prejudice against lesbians, gay men, and bisexuals.* Thousand Oaks, CA: Sage Publications. [Translated into Russian by The State Municipal Enterprise Book Advertising Agency, Kharkov, Ukraine, 2002.]

7. Herek, G.M. (Ed.) (1999). *AIDS and stigma in the United States* [Special issue]. American Behavioral Scientist, *42* (7).

8. Berkowitz, B. A., Blum, R., Bockting, W. O., Bradford, J., De Vries, B., Garofalo, R., Graham, R., Herek, G., Howell, E. A., Kasprzyk, D., Makadon, H. J., Patterson, C. J., Peterson, J. L., Ryan, C. C., Schuster, M. A., Taylor, Lowell J., & Zambrana, R. E. (Committee on Lesbian, Gay, Bisexual, and Transgender Health Issues and Research Gaps and Opportunities). (2011). *The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding*, National Academy Press, Washington, DC. [Authors listed alphabetically]

9. Herek, G.M. (in preparation). *Beyond homophobia: Understanding sexual stigma and prejudice.* Chicago: University of Chicago Press.

## Papers in Academic Journals

1. Barbatsis, G., Wong, M., & Herek, G.M. (1983). A struggle for dominance: Relational communication patterns in television drama. *Communication Quarterly, 31*, 148-155.

2. Herek, G.M. (1984). Beyond "homophobia": A social psychological perspective on attitudes toward lesbians and gay men. *Journal of Homosexuality, 10*(1/2), 1-21. [Reprinted in J.P. DeCecco (Ed.), *Bashers, baiters, and bigots: Homophobia in American society.* New York: Harrington Park Press, 1985. Reprinted and translated as "Et sosialpsykologisk synspunkt på folks holdninger til homofile" in Vera H. Follesdal (Ed.), *Homofili: Fordommer og fakta.* Oslo, Norway: Solum Forlag, 1990.]

3. Herek, G.M. (1984). Attitudes toward lesbians and gay men: A factor-analytic study. *Journal of Homosexuality, 10*(1/2), 39-51. [Reprinted in J.P. DeCecco (Ed.), *Bashers, baiters, and bigots: Homophobia in American society.* New York: Harrington Park Press, 1985.]

4. Herek, G.M. (1986). On heterosexual masculinity: Some psychical consequences of the social construction of gender and sexuality. *American Behavioral Scientist, 29*, 563-577. [Reprinted in: (a) M.S. Kimmel (Ed.), *Changing men: New directions in research on men and masculinity.* Thousand Oaks, CA: Sage. (b) L.D. Garnets & D.C. Kimmel (Eds). *Psychological perspectives on lesbian and gay male experiences.* New York: Columbia University Press.]

*(continued)*

### Papers (continued)

5. Herek, G.M. (1986). The instrumentality of attitudes: Toward a neofunctional theory. *Journal of Social Issues, 42*(2), 99-114.

6. Crosby, F.J., & Herek, G.M. (1986). Male sympathy with the situation of women: Does personal experience make a difference? *Journal of Social Issues, 42*(2), 55-66.

7. Herek, G.M. (1986). The social psychology of homophobia: Toward a practical theory. *Review of Law and Social Change, 14*, 923-934.

8. Herek, G.M. (1987). Religious orientation and prejudice: A comparison of racial and sexual attitudes. *Personality and Social Psychology Bulletin, 13*, 56-65.

9. Herek, G.M., Janis, I.L., & Huth, P. (1987). Decision-making during international crises: Is quality of process related to outcome? *Journal of Conflict Resolution, 31*, 203-226

10. Herek, G.M. (1987). Can functions be measured? A new perspective on the functional approach to attitudes. *Social Psychology Quarterly, 50*, 285-303.

11. Herek, G.M., & Glunt, E.K. (1988). An epidemic of stigma: Public reactions to AIDS. *American Psychologist, 43*, 886-891.

12. Herek, G.M. (1988). Heterosexuals' attitudes toward lesbians and gay men: Correlates and gender differences. *The Journal of Sex Research, 25*, 451-477.

13. Herek, G.M. (1989). Hate crimes against lesbians and gay men: Issues for research and policy. *American Psychologist, 44*, 948-955. [Reprinted in W.R. Dynes & S. Donaldson (Eds.), *Homosexuality: Discrimination, criminology, and the law*. New York: Garland, 1992.]

14. Herek, G.M., Janis, I.L., & Huth, P. (1989). Quality of U.S. decisionmaking during the Cuban missile crisis: Major errors in Welch's reassessment. *Journal of Conflict Resolution, 33*, 446-459.

15. Herek, G.M. (1990). Gay people and government security clearances: A social science perspective. *American Psychologist, 45*, 1035-1042. [Reprinted in J. Duntley & L. Shaffer (Eds.), *Human development across the life span*. Acton, MA: Copley, 1993.]

16. Herek, G.M. (1990). The context of anti-gay violence: Notes on cultural and psychological heterosexism. *Journal of Interpersonal Violence, 5*, 316-333. [Reprinted in: (a) R. Cleaver & P. Myers (Eds.), *A certain terror: Heterosexism, militarism, violence and change*. Chicago: American Friends Service Committee, 1993. (b) L.D. Garnets & D.C. Kimmel (Eds). *Psychological perspectives on lesbian and gay male experiences*. New York: Columbia University Press. (c) S.L. Ellyson & A.G. Halberstadt (Eds.) (1995). *Explorations in social psychology: Readings and research*. New York: McGraw-Hill.]

17. Herek, G.M., & Berrill, K. (1990). Documenting the victimization of lesbians and gay men: Methodological issues. *Journal of Interpersonal Violence, 5*, 301-315. [Reprinted in G. Herek & K. Berrill (Eds.) (1992). *Hate crimes: Understanding and responding to anti-gay violence* (pp. 270-286). Thousand Oaks, CA: Sage.]

18. Herek, G.M., & Berrill, K. (1990). Anti-gay violence and mental health: Setting an agenda for research. *Journal of Interpersonal Violence, 5*, 414-423.

19. Garnets, L., Herek, G.M., & Levy, B. (1990). Violence and victimization of lesbians and gay men: Mental health consequences. *Journal of Interpersonal Violence, 5*, 366-383. [Reprinted in: (a) G. Herek & K. Berrill (Eds.) (1992). *Hate crimes: Confronting violence against lesbians and gay men* (pp. 207-226). Thousand Oaks, CA: Sage. (b) L.D. Garnets & D.C. Kimmel (Eds). *Psychological perspectives on lesbian and gay male experiences*. New York: Columbia University Press.]

20. Berrill, K.T., & Herek, G.M. (1990). Primary and secondary victimization in anti-gay hate crimes: Official response and public policy. *Journal of Interpersonal Violence, 5*, 401-413. [Revised and reprinted in G. Herek & K. Berrill (Eds.) (1992). *Hate crimes: Confronting violence against lesbians and gay men* (pp. 289-305). Thousand Oaks, CA: Sage.]

*(continued)*

### Papers (continued)

21. Herek, G.M., & Glunt, E.K. (1991). AIDS-related attitudes in the United States: A preliminary conceptualization. *The Journal of Sex Research, 28*, 99-123.

22. Herek, G.M., Kimmel, D.C., Amaro, H., & Melton, G.B. (1991). Avoiding heterosexist bias in psychological research. *American Psychologist, 46*, 957-963. [Reprinted in *Bioethics News, 12* (5), Special Supplement, 2-19. (Published by the Centre for Human Bioethics at Monash University, Australia)]

23. Herek, G.M. (1991). Myths about sexual orientation: A lawyer's guide to social science research. *Law and Sexuality, 1*(1), 133-172.

24. Herek, G.M., & Capitanio, J.P. (1993). Public reactions to AIDS in the United States: A second decade of stigma. *American Journal of Public Health, 83*, 574-577.

25. Herek, G.M. (1993). Sexual orientation and military service: A social science perspective. *American Psychologist, 48*, 538-547.

26. Herek, G.M., & Glunt, E.K. (1993). Interpersonal contact and heterosexuals' attitudes toward gay men: Results from a national survey. *The Journal of Sex Research, 30*, 239-244.

27. Herek, G.M. (1993). Documenting prejudice against lesbians and gay men on campus: The Yale Sexual Orientation Survey. *Journal of Homosexuality,25* (4), 15-30.

28. Herek, G.M., & Capitanio, J.P. (1994). Conspiracies, contagion, and compassion: Trust and public reactions to AIDS. *AIDS Education and Prevention, 6*, 367-377.

29. Herek, G.M., & Capitanio, J.P. (1995). Black heterosexuals' attitudes toward lesbians and gay men in the United States. *The Journal of Sex Research, 32*, 95-105.

30. Herek, G.M., & Capitanio, J.P. (1996). "Some of my best friends": Intergroup contact, concealable stigma, and heterosexuals' attitudes toward gay men and lesbians. *Personality and Social Psychology Bulletin, 22*, 412-424.

31. Herek, G.M., Gillis, J.R., Cogan, J.C., & Glunt, E.K. (1997). Hate crime victimization among lesbian, gay, and bisexual adults: Prevalence, psychological correlates, and methodological issues. *Journal of Interpersonal Violence, 12*, 195-215.

32. Herek, G.M., & Capitanio, J.P. (1997). AIDS stigma and contact with persons with AIDS: Effects of direct and vicarious contact. *Journal of Applied Social Psychology, 27*, 1-36.

33. Herek, G.M., Cogan, J.C., Gillis, J.R., & Glunt, E.K. (1998). Correlates of internalized homophobia in a community sample of lesbians and gay men. *Journal of the Gay and Lesbian Medical Association, 2*(1), 15-23.

34. Herek, G.M., Mitnick, L., Burris, S., Chesney, M., Devine, P., Fullilove, M.T., Fullilove, R., Gunther, H.C., Levi, J., Michaels, S., Novick, A., Pryor, J., Snyder, M., & Sweeney, T. (1998). AIDS and stigma: A conceptual framework and research agenda. *AIDS and Public Policy Journal, 13*, 36-47.

35. Herek, G.M., & Capitanio, J.P. (1998). Symbolic prejudice or fear of infection? A functional analysis of AIDS-related stigma among heterosexual adults. *Basic and Applied Social Psychology, 20*, 230-241.

36. Herek, G.M., Gillis, J.R., Glunt, E.K., Lewis, J., Welton, D., & Capitanio, J.P. (1998). Culturally sensitive AIDS educational videos for African American audiences: Effects of source, message, receiver, and context. *American Journal of Community Psychology, 26*, 705-743.

37. Herek, G.M. (1999). AIDS and stigma. *American Behavioral Scientist,42* , 1106-1116. [Reprinted in: (a) M. Stombler et al. (Eds.) (2004). *Sex matters: The sexuality and society reader.* Boston: Allyn & Bacon. (b) P. Conrad (Ed.) (2004). *The sociology of health and illness: Critical perspectives* (7th ed.). New York: Worth-St. Martin's. ]

*(continued)*

### Papers (continued)

38. Herek, G.M., & Capitanio, J.P. (1999). AIDS stigma and sexual prejudice. *American Behavioral Scientist,42* , 1130-1147.

39. Capitanio, J.P., & Herek, G.M. (1999). AIDS-related stigma and attitudes toward injecting drug users among Black and White Americans. *American Behavioral Scientist,42* , 1148-1161.

40. Herek, G.M., Gillis, J.R., & Cogan, J. C. (1999). Psychological sequelae of hate crime victimization among lesbian, gay, and bisexual adults. *Journal of Consulting and Clinical Psychology, 67*, 945-951.

41. Herek, G.M., & Capitanio, J.P. (1999). Sex differences in how heterosexuals think about lesbians and gay men: Evidence from survey context effects. *The Journal of Sex Research, 36*, 348-360.

42. Herek, G.M. (2000). The psychology of sexual prejudice. *Current Directions in Psychological Science, 9*, 19-22. [Reprinted in J.B. Ruscher & E.Y. Hammer (Eds.) (2004). *Current Directions in Social Psychology.* Upper Saddle River, NJ: Pearson/Prentice Hall.]

43. Herek, G.M. (2000). Sexual prejudice and gender: Do heterosexuals' attitudes toward lesbians and gay men differ? *Journal of Social Issues 56*(2), 251-266.

44. Herek, G.M., Gonzalez-Rivera, M., Fead, F., & Welton, D. (2001). AIDS educational videos for gay and bisexual men: A content analysis. *Journal of the Gay and Lesbian Medical Association 5*(4), 143-153.

45. Herek, G.M., Capitanio, J.P., & Widaman, K.F. (2002). HIV-related stigma and knowledge in the United States: Prevalence and trends, 1991-1999. *American Journal of Public Health, 92*), 371-377.

46. Herek, G.M. (2002). Gender gaps in public opinion about lesbians and gay men. *Public Opinion Quarterly 66*(1), 40-66.

47. Herek, G.M., Cogan, J.C., & Gillis, J.R. (2002). Victim experiences in hate crimes based on sexual orientation. *Journal of Social Issues, 58*(2), 319-339.

48. Herek, G. M. (2002). Heterosexuals' attitudes toward bisexual men and women in the United States. *Journal of Sex Research, 39*(4), 264-274.

49. Herek, G. M. (2002). Thinking about AIDS and stigma: A psychologist's perspective. *Journal of Law, Medicine, and Ethics, 30*(4), 594-607.

50. Herek, G.M., Capitanio, J.P., & Widaman, K.F. (2003). Stigma, social risk, and health policy: Public attitudes toward HIV surveillance policies and the social construction of illness. *Health Psychology, 22*, 533-540.

51. Herek, G.M. (2003). Evaluating interventions to alter sexual orientation: Methodological and ethical considerations. [Peer Commentary]. *Archives of Sexual Behavior,32* (5), 438-439. [Reprinted in J. Drescher & K.J. Zucker (Eds.) (2006). *Ex-gay research: Analyzing the Spitzer study and its relation to science, religion, politics, and culture.* Binghamton, NY: Harrington Park Press.

52. Herek, G.M. (2004). Beyond "homophobia": Thinking about sexual stigma and prejudice in the twenty-first century. *Sexuality Research and Social Policy, 1*(2), 6-24. [Available at http://caliber.ucpress.net/doi/pdf/10.1525/srsp.2004.1.2.6]

53. Herek, G. M., Widaman, K. F., & Capitanio, J. P. (2005). When sex equals AIDS: Symbolic stigma and heterosexual adults' inaccurate beliefs about sexual transmission of AIDS. *Social Problems, 52*, 15-37.

54. Herek, G. M., & Gonzalez, M. (2006). Attitudes toward homosexuality among U.S. residents of Mexican descent. *Journal of Sex Research, 43*, 122-135.

55. Herek, G. M. (2006). Legal recognition of same-sex relationships in the United States: A social science perspective. *American Psychologist, 61*, 607-621.

*(continued)*

### Papers (continued)

56. Herek, G.M. (2007). Confronting sexual stigma and prejudice: Theory and practice. *Journal of Social Issues, 63*, 905-925.

57. Herek, G. M. (2007). Science, public policy, and legal recognition of same-sex relationships. *American Psychologist 62*, 713-715.

58. Herek, G. M., & Garnets, L. D. (2007). Sexual orientation and mental health. *Annual Review of Clinical Psychology, 3*, 353-375.

59. Steward, W. T., Herek, G. M., Ramkrishna, J., Bharat, S., Chandy, S., Wrubel, J., & Ekstrand, M. L. (2008). HIV related stigma: Adapting a theoretical framework for use in India. *Social Science and Medicine, 67*, 1225-1235.

60. Herek, G. M. (2009). Hate crimes and stigma-related experiences among sexual minority adults in the United States: Prevalence estimates from a national probability sample. *Journal of Interpersonal Violence, 24*, 54-74.

61. Herek, G. M., Gillis, J. R., & Cogan, J. C. (2009). Internalized stigma among sexual minority adults: Insights from a social psychological perspective. *Journal of Counseling Psychology, 56*, 32-43.

62. Herek, G. M., Norton, A. T., Allen, T. J., & Sims, C. L. (2010). Demographic, psychological, and social characteristics of self-identified lesbian, gay, and bisexual adults in a U.S. probability sample. *Sexuality Research and Social Policy, 7*, 176-200.

63. Herek, G.M. (2010). Sexual orientation differences as deficits: Science and stigma in the history of American psychology. *Perspectives on Psychological Science, 5*, 693-699.

64. Herek, G. M. (2010). Same-sex unions with and without children: An introduction [Gleichgeschlechtliche Beziehungen und Familien: eine Einführung]. *Zeitschrift Für Familienforschung/Journal of Family Research, 22* (Special Issue 7), 11-22.

65. Herek, G. M. (2011). Anti-equality marriage amendments and sexual stigma. *Journal of Social Issues, 67*, 413-426.

66. Herek, G. M., Saha, S., & Burack, J. (2013). Stigma and psychological distress in people with HIV/AIDS. *Basic and Applied Social Psychology, 35*, 41-54.

67. Norton, A. T., & Herek, G. M. (2013). Heterosexuals' attitudes toward transgender people: Findings from a national probability sample of U.S. adults. *Sex Roles, 68*, 738-753.


### Chapters in Edited Volumes and Anthologies

1. Herek, G.M. (1989). Sexual orientation. In H. Tierney (Ed.), *Women's Studies Encyclopedia,* Volume 1 (pp. 344-346). New York: Greenwood.

2. Herek, G.M. (1990). Illness, stigma, and AIDS. In P. Costa & G.R. VandenBos (Eds.), *Psychological aspects of serious illness* (pp. 103-150). Washington, DC: American Psychological Association.

3. Herek, G.M. (1990). Homophobia. In W.R. Dynes (Ed.), *Encyclopedia of Homosexuality* (pp. 552-555). New York: Garland.

4. Herek, G.M. (1991). Stigma, prejudice, and violence against lesbians and gay men. In J. Gonsiorek & J. Weinrich (Eds.), *Homosexuality: Research implications for public policy* (pp. 60-80). Newbury Park, CA: Sage.

5. Herek, G.M. (1992). Psychological heterosexism and antigay violence: The social psychology of bigotry and bashing. In G.M. Herek, & K.T. Berrill (Eds.) *Hate crimes: Confronting violence against lesbians and gay men* (pp. 149-169). Thousand Oaks, CA: Sage. [Reprinted in M.S. Kimmel and M. Messner (Eds.) (1995). *Men's lives.* New York: Allyn & Bacon]

*(continued)*

### Chapters (continued)

6. Herek, G.M. (1992). The community response to violence in San Francisco: An interview with Wenny Kusuma, Lester Olmstead-Rose, and Jill Tregor. In G.M. Herek, & K.T. Berrill (Eds.) *Hate crimes: Confronting violence against lesbians and gay men* (pp. 241-258). Thousand Oaks, CA: Sage.

7. Herek, G.M. (1992). The social context of hate crimes: Notes on cultural heterosexism. In G.M. Herek, & K.T. Berrill (Eds.) *Hate crimes: Confronting violence against lesbians and gay men* (pp. 89-104). Thousand Oaks, CA: Sage.

8. Herek, G.M., & Glunt, E.K. (1993). Public attitudes toward AIDS-related issues in the United States. In J.B. Pryor & G.D. Reeder (Eds.), *The social psychology of HIV infection* (pp. 229-261). Hillsdale, NJ: Erlbaum.

9. Herek, G.M. (1993). On prejudice toward gay people and gays as security risks. In M. Wolinsky & K. Sherrill (Eds.) *Gays and the military: Joseph Steffan versus the United States* (pp. 121-140). Princeton, NJ: Princeton University Press.

10. Herek, G.M. (1994). Assessing heterosexuals' attitudes toward lesbians and gay men: A review of empirical research with the ATLG scale. In B. Greene, & G.M. Herek (Eds.) *Lesbian and gay psychology: Theory, research, and clinical applications* (pp. 206-228). Thousand Oaks, CA: Sage Publications.

11. Herek, G.M. (1994). Heterosexism, hate crimes, and the law. In M. Costanzo, & S. Oskamp (Eds.) *Violence and the Law* (pp. 89-112). Thousand Oaks, CA: Sage Publications.

12. Herek, G.M. (1994). Homosexuality. In R.J. Corsini (Ed.), *Encyclopedia of Psychology* (2nd edition, pp. 151-155). New York: Wiley Interscience.

13. Herek, G.M. (1995). Developing a theoretical framework and rationale for a research proposal. In W. Pequegnat & E. Stover (Eds.), *How to write a successful research grant application: A guide for social and behavioral scientists* (pp. 85-91). New York: Plenum.

14. Herek, G.M. (1995). Psychological heterosexism in the United States. In A.R. D'Augelli & C.J. Patterson (Eds.) *Lesbian, gay, and bisexual identities across the lifespan: Psychological perspectives* (pp. 321-346). Oxford University Press.

15. Herek, G.M., & Glunt, E.K. (1995). Identity and community among gay and bisexual men in the AIDS era: Preliminary findings from the Sacramento Men's Health Study. In G.M. Herek & B. Greene (Eds.) *AIDS, identity, and community: The HIV epidemic and lesbians and gay men* (pp. 55-84). Thousand Oaks, CA: Sage Publications.

16. Herek, G.M. (1996). Heterosexism and homophobia. In R.P. Cabaj & T.S. Stein (Eds.), *Textbook of homosexuality and mental health* (pp. 101-113). Washington, DC: American Psychiatric Press. [Excerpt reprinted in M. Adams, W. Blumenfeld, R. Castaneda, H. Hackman, M. Peters, & X. Zuniga, *Readings for diversity and social justice.* New York : Routledge, 2000.]

17. Herek, G.M. (1996). Why tell if you're not asked? Self disclosure, intergroup contact, and heterosexuals' attitudes toward lesbians and gay men. In G.M. Herek, J.J. Jobe, & R. Carney (Eds.), *Out in force: Sexual orientation and the military* (pp. 197-225). Chicago: University of Chicago Press.

18. Herek, G.M. (1996). Social science, sexual orientation, and military personnel policy. In G.M. Herek, J.J. Jobe, & R. Carney (Eds.), *Out in force: Sexual orientation and the military* (pp. 3-14). Chicago: University of Chicago Press.

19. Herek, G.M. (1997). Heterosexuals' attitudes toward lesbians and gay men: Does coming out make a difference? In M. Duberman (Ed.), *A queer world: The Center for Lesbian and Gay Studies reader* (pp. 331-344). New York: New York University Press.

*(continued)*

### Chapters (continued)

20. Herek, G.M. (1997). The HIV epidemic and public attitudes toward lesbians and gay men. In M.P. Levine, P. Nardi, & J. Gagnon (Eds.) *In changing times: Gay men and lesbians encounter HIV/AIDS.* (pp. 191-218). Chicago: University of Chicago Press.

21. Herek, G.M. (1998). Bad science in the service of stigma: A critique of the Cameron group's survey studies. In G.M. Herek (Ed.), *Stigma and sexual orientation: Understanding prejudice against lesbians, gay men, and bisexuals* (pp. 223-255). Thousand Oaks, CA: Sage Publications.

22. Herek, G.M. (1998). The Attitudes Toward Lesbians and Gay Men scale. In C.M. Davis, W.L. Yarber, R. Bauserman, G. Schreer, & S.L. Davis (Eds.), *Handbook of sexuality-related measures* (pp. 392-394). Thousand Oaks, CA: Sage Publications.

23. Cogan, J.C., & Herek, G.M. (1998). Stigma. In R.A. Smith (Ed.), *The encyclopedia of AIDS: A social, political, cultural, and scientific record of the HIV epidemic* (pp. 466-467). Chicago: Fitzroy Dearborn.

24. Franklin, K., & Herek, G.M. (1999). Violence toward homosexuals. In L. Kurtz (Ed.), *Encyclopedia of violence, peace, and conflict* (p. 139-151). San Diego, CA: Academic Press. [Excerpt reprinted in S. Plous, S. (Ed.), *Understanding prejudice and discrimination.* Boston: McGraw-Hill, 2003.]

25. Herek, G.M. (2000). Homosexuality. In A.E. Kazdin (Ed.), *Encyclopedia of psychology* (pp. 149-153). Washington, DC: American Psychological Association & Oxford University Press.

26. Herek, G.M. (2000). The social construction of attitudes: Functional consensus and divergence in the US public's reactions to AIDS. In G.R. Maio & J.M. Olson (Eds.), *Why we evaluate: Functions of attitudes* (pp. 325-364). Mahwah, NJ: Lawrence Erlbaum.

27. Herek, G.M. (2001). Homosexuality. In W.E. Craighead & C. Nemeroff (Eds.), *Corsini Encyclopedia of Psychology and Behavioral Science* (3rd edition, pp. 683-688). New York: John Wiley & Sons.

28. Herek, G.M. (2004). Homosexuality. In W.E. Craighead & C. Nemeroff (Eds.), *Concise Corsini Encyclopedia of Psychology and Behavioral Science.* New York: John Wiley & Sons, 439-440.

29. Herek, G.M., & Belkin, A. (2005). Sexual orientation and military service: Prospects for organizational and individual change in the United States. In T.W. Britt, A.B. Adler, & C.A. Castro (Eds.), *Military life: The psychology of serving in peace and combat* (Vol. 4: Military culture, pp. 119-142). Westport, CT: Praeger Security International.

30. Herek, G. M., Chopp, R., & Strohl, D. (2007). Sexual stigma: Putting sexual minority health issues in context. In I. Meyer & M. Northridge (Eds.), *The health of sexual minorities: Public health perspectives on lesbian, gay, bisexual, and transgender populations* (pp. 171-208). New York: Springer.

31. Jellison, W. A., & Herek, G. M. (2007). Gay and lesbian studies. In M. Flood, J.K. Gardiner, B. Pease, & K. Pringle (Eds.), *International encyclopedia of men and masculinities* (pp. 222-226). London: Routledge.

32. Herek, G. M., & Sims, C. (2008). Sexual orientation and violent victimization: Hate crimes and intimate partner violence among gay and bisexual males in the United States. In R.J. Wolitski, R. Stall, & R.O. Valdiserri (Eds.), *Unequal opportunity: Health disparities among gay and bisexual men in the United States* (pp. 35-71). New York: Oxford University Press.

33. Franklin, K., & Herek, G.M. (2008). Violence toward sexual minorities. In L. Kurtz (Ed.), *Encyclopedia of violence, peace, and conflict* (2nd edition, pp. 1920-1929). San Diego, CA: Academic Press.

34. Herek, G. M. (2009). Sexual prejudice. In T. Nelson (Ed.). *Handbook of prejudice, stereotyping, and discrimination* (pp. 439-465). New York: Psychology Press.

*(continued)*

### Chapters (continued)

35. Herek, G. M. (2009). Sexual stigma and sexual prejudice in the United States: A conceptual framework. In D. A. Hope (Ed.). *Contemporary perspectives on lesbian, gay & bisexual identities: The 54th Nebraska Symposium on Motivation* (pp. 65-111). New York: Springer.

36. Herek, G. M. (2009). Sexual prejudice. In H.T. Reis & S.K. Sprecher (Eds.), *Encyclopedia of human relationships* (Vol. 3, pp. 1483-1486). Thousand Oaks, CA: Sage.

37. Herek, G. M. (2010). Homosexuality. In I.B. Weiner & W.E. Craighead (Eds.), *The Corsini encyclopedia of psychology and behavioral science* (4th ed., Vol. 2, pp. 774-776). New York: John Wiley & Sons.

38. Belkin, A., Frank, N., Herek, G. M., Hillman, E. L., Mazur, D. H., & Wilson, B. J. (2010). How to end "Don't Ask, Don't Tell": A roadmap of political, legal, regulatory, and organizational steps to equal treatment. In J. E. Parco & D. Levy (Eds.), *Attitudes aren't free: Thinking deeply about diversity in the U.S. armed forces* (pp. 199-231). Maxwell Air Force Base, AL: Air University Press.

39. Herek, G.M., & McLemore, K.A. (2011). The Attitudes Toward Lesbians and Gay Men (ATLG) scale. In T.D. Fisher, C.M. Davis, W.L. Yarber, & S.L. Davis (Eds.), *Handbook of sexuality-related measures* (3rd Ed., pp. 415-417). Oxford, England: Taylor & Francis.

40. Herek, G.M. (2011). Developing a theoretical framework and rationale for a research proposal. In W. Pequegnat, E. Stover, & C. Boyce (Eds.), *How to write a successful research grant application: A guide for social and behavioral scientists* (2nd ed, pp. 137-145). New York: Springer.

41. Herek, G. M., & McLemore, K. A. (2013). Sexual prejudice. *Annual Review of Psychology,64* , 309-333.

42. Herek, G. M. (2013, in press). HIV-related stigma. In P. W. Corrigan (Ed.), *The stigma of disease and disability: Empirical models and implications for change* (pp. 121-138). Washington, DC: American Psychological Association.

43. Herek, G. M., & Garnets, L. D. (2014, in press). Evelyn Hooker. In P. Whelehan & A. Bolin (Eds.), *Encyclopedia of Human Sexuality*. New York: Wiley.

### Abstracts, Reviews, Letters, and Professional Newsletters

1. Herek, G.M. (1980). *A Dialectical Psychology* by A. Buss [Review]. *Society for the Advancement of Social Psychology Newsletter, 6* (5), 6-7.

2. Herek, G.M. (1981, February). Attitudes toward lesbians and gay men: A refined factor-analytic approach. *ERIC Resources in Education.*

3. Herek, G.M. (1982). Unisexual ideology and erotic hegemony. *National Women's Anthropology Newsletter, 6* (1), 17-21.

4. Herek, G.M. (1983). Individual differences in attitudes toward lesbians and gay men: Social psychological components of sexual ideologies. *Dissertation Abstracts International, 44* (10), 3240B. (University Microfilms Order No. DA8402446).

5. Herek, G.M. (1984). Values, research questions, and the news media. *Science, 226* (4679), 1142.

6. Herek, G.M. (1985). On doing, being, and not being: Prejudice and the social construction of sexuality. [Review of *Homosexual Acts, Actors, and Identities* by L. Nungesser, and *Gay Men, Gay Selves* by T. Weinberg]. *Journal of Homosexuality, 12* (1), 135-151.

7. Herek, G.M. (1987). The social context of an epidemic. [Review of *The social dimensions of AIDS: Method and theory*, edited by A.D. Feldman & T.M. Johnson.] *Contemporary Psychology, 32*, 1004-1009.

8. Herek, G.M. & Glunt, E.K. (1989). AIDS-stigma and anti-gay prejudice: Public reactions to AIDS-related policies and gay men in the U.S.A. *Abstracts of the Fifth International Conference on AIDS*. Montreal, Canada.

*(continued)*

**Abstracts, Comments, Reviews, Newsletters (continued)**

9.  Herek, G.M. (1991). Stopping the AIDS epidemic. [Review of *Primary Prevention of AIDS*, edited by V.M. Mays, G.W., Albee, & S.F. Schneider.] *Contemporary Psychology, 36*, 495-496.

10. Herek, G.M., Bat-Chava, Y., Capitanio, J., Araba-Owoyele, L., & Castañeda, D. (1991). A social psychological evaluation of AIDS-educational videos. *Abstracts of the Seventh International Conference on AIDS.* Florence, Italy.

11. Herek, G.M., & Capitanio, J.P. (1991). Reactions to AIDS in the United States: A social psychological analysis. *Abstracts of the First International Conference on Biopsychosocial Aspects of HIV Infection.* Amsterdam, The Netherlands.

12. Herek, G.M., & Capitanio, J.P. (1992). AIDS-related stigma persists in the United States. *Abstracts of the Eighth International Conference on AIDS.* Amsterdam, The Netherlands.

13. Herek, G.M., & Capitanio, J.P. (1993). The relationship of trust to public reactions to AIDS in the United States. *Abstracts of the Ninth International Conference on AIDS.* Berlin, Germany.

14. Herek, G.M., Gillis, J.R., Glunt, E.K., Lewis, J.L., & Welton, D.A. (1994). Improving the credibility of AIDS education among African Americans: An experimental evaluation. *Abstracts of "AIDS' Impact: Biopsychosocial Aspects of HIV Infection," Second International Conference.* Brighton, England.

15. Herek, G.M. (1997). AIDS stigma: A psychosocial perspective. *Abstracts of "AIDS' Impact: Biopsychosocial Aspects of HIV Infection," Third International Conference.* Melbourne, Australia.

16. Herek, G.M. (1998). Sexual prejudice: Understanding heterosexuals' attitudes toward lesbians and gay men. In M. Backström (Ed.), *Homosexuell i dag: Rapport från en konferens om samhällsvetenskaplig forskning kring homosexualitet* [*Homosexuality Today*] (pp. 31-36). Kriminologiska institutionen Stockholms universistete [Institute for Criminology, Stockholm University], Stockholm, Sweden.

17. Herek, G.M. (1998). Hate crimes in the USA: The psychological impact of violence against lesbians and gay men. In M. Backström (Ed.), *Homosexuell i dag: Rapport från en konferens om samhällsvetenskaplig forskning kring homosexualitet* [*Homosexuality Today*] (pp. 71-73). Kriminologiska institutionen Stockholms universistete [Institute for Criminology, Stockholm University], Stockholm, Sweden.

18. Herek, G.M., & Capitanio, J.P. (1998). AIDS stigma and HIV-related beliefs in the United States: Results from a national telephone survey. *Conference record* [abstracts] *of the 12th World AIDS Conference.* Geneva, Switzerland.

19. Steward W.T., Ramakrishna J., Herek G.M., Bharat S., Chandy S., Wrubel J., Huebner D.M., Singh G., & Ekstrand M.L. (2006). Developing culturally-specific AIDS stigma scales for use in India. *Abstracts of the XVI International AIDS Conference, Toronto, Canada.*

20. Steward, W. T., Herek, G. M., Chandy, S., Singh, G., Panicker, S., Osmand, T., & Ekstrand, M. L. (2008, August). Avoiding disclosure of HIV status results leads to greater isolation and depression among HIV-infected individuals in Southern India. *Abstracts of the XVII International AIDS Conference,* Mexico City.

**Reports**

1.  Herek, G.M. (1986, April 3). *Sexual orientation and prejudice at Yale: A report on the experiences of lesbian, gay, and bisexual members of the Yale community.* Prepared for the Yale Corporation, New Haven CT.

2.  APA Task Force. (1986, November 25). *Avoiding heterosexist bias: Guidelines for ethical and valid research.* Washington, DC: American Psychological Association.

*(continued)*

### Reports (continued)

3. Herek, G.M., & AIDS Psychosocial Research Group. (1990). *Video AIDS: A catalog for users of AIDS educational videos.* Davis, CA: Author.

4. Herek, G.M. (1993). *Questionnaire development for attitudes toward homosexuality among Army personnel.* Alexandria, VA: U.S. Army Research Institute.

5. Herek, G.M., & AIDS Psychosocial Research Group. (1991). *Video AIDS: A catalog for users of AIDS educational videos, 2nd edition.* Davis, CA: Author.

6. Herek, G.M., & Cogan, J. (1994). *AIDS and stigma: A review of the scientific literature.* Prepared for the Public Media Center (San Francisco, CA) and the Ford Foundation.

7. Herek, G.M., & AIDS Psychosocial Research Group. (1994). *Video AIDS: A catalog for users of AIDS educational videos, 1994 edition. Focus: Videos for African American audiences.* Davis, CA: Author.

8. Herek, G.M., & AIDS Psychosocial Research Group. (1995). *Video AIDS: A catalog for users of AIDS educational videos, 1995 edition. Focus: Videos for gay/bisexual male audiences.* Davis, CA: Author.

9. Herek, G.M., & AIDS Psychosocial Research Group. (1996). *Video AIDS: A catalog for users of AIDS educational videos, 1996 edition. Focus: Videos for Latino audiences.* Davis, CA: Author.

10. Herek, G.M. (1996). *Integrating minorities in the U.S. military: An overview of research relevant to sexual orientation policies.* Alexandria, VA: U.S. Army Research Institute.


### Articles in Publications for General Audiences

1. Herek, G.M. (1989, August 1). The tyranny of ten percent: Does it really matter how many Americans are gay? *The Advocate,* pp. 46-48.

2. Herek, G.M. (1991, November 5). Why are hate crimes against lesbians and gays on the rise? *The Advocate,* p. 106.

3. Herek, G.M. (1998, October 16). "Us" and "them" of murder [OP/ED]. *Los Angeles Times,* p. A17.

4. Herek, G.M. (2000, March 6). A shift from "Don't Ask" to heterosexual exception [OP/ED]. *San Francisco Chronicle,* p. A25.

5. Herek, G. M. (2009, May 31). Take a deep, collective breath [California Forum]. *Sacramento Bee,* p. 2E.

6. Herek, G.M. (2011, October). Psychology (Yesterday and) Today: Evelyn Hooker. *APS Observer, 24*(8).


### Internet

1. *Sexual orientation: Science, education, and policy.* World Wide Web site. First posted March 5, 1997. http://psychology.ucdavis.edu/rainbow/

2. *Beyond homophobia.* Weblog. First posted September 14, 2006. http://www.beyondhomophobia.com/blog

### Presentations at Professional Meetings

1. Herek, G.M. (1980). *Attitudes toward male homosexuals and lesbians: A refined factor analytic approach.* Western Psychological Association, Honolulu, Hawaii.

2. Herek, G.M. (1981). *Gender, sex roles, and attitudes toward lesbians and male homosexuals.* American Psychological Association, Los Angeles, CA.

3. Herek, G.M. (1982). *Erotic hegemony and the ideology of heterosexual prejudice.* Southwestern Anthropological Association, Sacramento, CA.

4. Herek, G.M. (1983). *Individual differences in attitudes toward lesbians and gay men.* American Psychological Association, Anaheim, CA.

5. Herek, G.M. (1984). *The functions of attitudes: New methods for an old theory.* Tri-State Social Cognition Group, New York University.

6. Herek, G.M. (1985). *Research on homophobia: What is to be done?* In G.M. Herek (Chair), Psychological research on homophobia: Present status and future directions. American Psychological Association, Los Angeles. (Symposium)

7. Herek, G.M. (1986). *Public education about AIDS: Is information enough?* In J.H. Pleck (Chair), Perceptions of AIDS. American Psychological Association, Washington, D.C. (Symposium)

8. Herek, G.M. (1987). *Lesbian and gay issues in scientific psychology: Overcoming invisibility.* In F. Denmark (Chair). Increasing the participation of under-represented groups in both the publication process and in scholarly publications. Eastern Psychological Association, Arlington, VA. (Symposium)

9. Herek, G.M. (1988). Participant in K. Sherrill (Chair). *The politics of AIDS.* C.U.N.Y. Political Science Conference, New York. (Panel Discussion)

10. Herek, G.M. (1988). *The roots of homophobia.* Conference on "Changing the categories: Lesbian and gay studies." Graduate Center, City University of New York, April 30. (Invited Presentation)

11. Herek, G.M. (1988). *The social psychology of violence against lesbians and gay men.* In K. Hancock (Chair), Violence against lesbians and gay men: Toward a research agenda. American Psychological Association, Atlanta, GA. (Symposium)

12. Herek, G.M. (1988). *The meaning of AIDS for individuals and society.* In S. Morin (Chair), Critical psychological aspects of AIDS. American Psychological Association, Atlanta, GA. (Invited Symposium)

13. Herek, G.M., & Glunt, E.K. (1989). *AIDS-stigma and anti-gay prejudice: Public reactions to AIDS-related policies and gay men in the U.S.A.* Fifth International Conference on AIDS, Montreal, Canada. (Poster)

14. Herek, G.M. (1989). *Illness, stigma and AIDS.* Invited Master Lecture, American Psychological Association, New Orleans.

15. Herek, G.M. (1989). *Lesbians, gay men, and government security clearances.* American Psychological Association, New Orleans. (Symposium)

16. Herek, G.M. (1989). *The context of anti-gay violence: Psychological, social, and cultural issues.* "Mental Health Aspects of Violence Toward Lesbians and Gay Men: Research Issues and Directions." Workshop sponsored by the Antisocial and Violent Behavior Branch, National Institute of Mental Health, Bethesda, MD.

17. Herek, G.M. (1990). *The psychological dimensions of public reactions to AIDS.* In J. Martin (Chair). Public reactions to AIDS in the United States. American Psychological Association, Boston. (Symposium)

18. Herek, G.M., Bat-Chava, Y., Capitanio, J., Araba-Owoyele, L., & Castañeda, D. (1991). *A social psychological evaluation of AIDS-educational videos.* Seventh International Conference on AIDS, Florence, Italy. (Poster)

*(continued)*

### Presentations at Professional Meetings (continued)

19. Herek, G.M., & Capitanio, J.P. (1991). *AIDS-related attitudes and beliefs among Black Californians: A preliminary methodological discussion.* Investigators' Conference, UC Universitywide AIDS Research Program. (Poster)

20. Herek, G.M. (1991). *Violence against lesbians and gay men: A research agenda for the 1990s.* In G. Herek (Chair), Violence against lesbians and gay men: Challenges for psychologists in the 1990s. American Psychological Association, San Francisco. (Invited Symposium)

21. Herek, G.M. (1991). *Is homosexuality incompatible with military service?: A review of social science data.* In S. Morin (Chair), "Homosexuality is incompatible with military service:" Psychological evaluation of DoD policy. American Psychological Association, San Francisco. (Symposium)

22. Herek, G.M. (1991). *Violence against lesbians and gay men: Challenges for action research.* Invited presentation for a research luncheon sponsored by the American Psychological Association with the National Institute of Mental Health. San Francisco.

23. Herek, G.M., & Capitanio, J.P. (1991). *Reactions to AIDS in the United States: A social psychological analysis.* Paper presented at the First International Conference on Biopsychosocial Aspects of HIV Infection. Amsterdam, The Netherlands.

24. Herek, G.M., & Capitanio, J.P. (1992). *AIDS-related attitudes and beliefs among African Americans in California.* Investigators' Conference, UC Universitywide AIDS Research Program. (Poster)

25. Herek, G.M., & Capitanio, J.P. (1992). *Intergroup contact predicts heterosexuals' attitudes toward gay men.* American Psychological Society, San Diego. (Poster)

26. Capitanio, J.P., & Herek, G.M. (1992). *Racial differences in attitudes toward persons with AIDS and AIDS policies.* American Psychological Society, San Diego. (Poster)

27. Herek, G.M., & Capitanio, J.P. (1992). *AIDS-related stigma persists in the United States.* Eighth International Conference on AIDS, Amsterdam, The Netherlands. (Poster)

28. Herek, G.M. (1993). *Violence against lesbians and gay men: Heterosexism, hate crimes, and the law.* Tenth Annual Claremont Symposium on Applied Social Psychology, Claremont, CA. (Invited Paper)

29. Herek, G.M. (1993). *Hatred and heterosexism: Prejudice and violence against lesbians and gay men in the United States.* Casassas Conference on "The Persistence of Hatred," Loyola Marymount University, Los Angeles, CA. (Invited Paper)

30. Herek, G.M., & Capitanio, J.P. (1993). *The relationship of trust to public reactions to AIDS in the United States.* Ninth International Conference on AIDS, Berlin, Germany. (Poster)

31. Herek, G.M., & Capitanio, J.C. (1993). *The National Survey on AIDS and Stigma.* Paper presented at the annual meeting of the American Psychological Association, Toronto.

32. Herek, G.M. (1993). *Psychologists, bigotry, and the ballot box: Using scientific data to counter attacks on gay/lesbian rights.* In M. Biaggio (Chair), Countering attacks on gay/lesbian rights: State movements and referenda. American Psychological Association, Toronto. (Symposium)

33. Herek, G.M. (1993). *A social psychological perspective on implementing a nondiscriminatory military policy.* In C. Anderson (Chair), Integrating lesbians and gay men into the U.S. military. American Psychological Association, Toronto. (Invited Symposium)

34. Herek, G.M., Gillis, J.R., Glunt, E.K., Lewis, J.L., & Welton, D.A. (1994). *Improving the credibility of AIDS education among African Americans: An experimental evaluation.* AIDS Impact: Biopsychosocial Aspects of HIV Infection, Second International Conference. Brighton, England. (Poster)

*(continued)*

### *Presentations at Professional Meetings (continued)*

35. Herek, G.M. (1994). *Sexual orientation and the U.S. military: Putting the new policy in context.* In J. Jobe, G. Herek, & R. Carney (Chairs), Gays and lesbians in the military: Psychological perspectives on implementing the new policy. American Psychological Association, Los Angeles. (Pre-convention workshop)

36. Herek, G.M. (1994). *Interpersonal contact and heterosexuals' attitudes toward lesbians and gay men.* In I. Meyer & F. Wong (Chairs), Gays and lesbians in the 21st century: Setting a research agenda. American Psychological Association, Los Angeles. (Invited Symposium)

37. Herek, G.M. (1994). *Victimization experiences among lesbians and gay men in Sacramento.* In G. Herek (Chair), Mental health and anti-lesbian/-gay victimization: The Sacramento Hate Crimes Study. American Psychological Association, Los Angeles. (Symposium)

38. Glunt, E.K., Herek, G.M., Fead, F.B., Gillis, R.J., & Webb, D. (1994). *Gay/bisexual identity, community, and HIV/AIDS risk reduction.* Paper presented at the annual meeting of the American Psychological Association, Los Angeles.

39. Gillis, R.J., Herek, G.M., Lewis, J.L., Glunt, E.K., Sullivan, C.S., & Barber, A.C. (1994). *AIDS risk, knowledge, and stigma of Northern California African Americans.* American Psychological Association, Los Angeles. (Poster)

40. Herek, G.M. (1994). *Philadelphia* (Discussant). In E. Donnerstein (Chair), Film Discussion: Philadelphia. Sponsored by APA Ad Hoc Committee on Films and Other Media at the annual meeting of the American Psychological Association, Los Angeles. (Film/discussion)

41. Herek, G.M. (1995). *Hate crimes: Confronting violence against lesbians and gay men.* Pacific Sociological Association, San Francisco. (Panel discussion of Herek & Berrill [1992])

42. Herek, G.M. (1995). *Mental health consequences of antigay and anti-lesbian victimization.* In G. Herek (Chair), The Sacramento Hate Crimes Study: Psychological impact of anti-lesbian and anti-gay victimization. American Psychological Association, New York. (Symposium)

43. Glunt, E.K., & Herek, G.M. (1995). *HIV and AIDS risk reduction and psychological functioning among gay and bisexual men.* American Psychological Association, New York. (Poster)

44. Gonzalez, M., Herek, G.M., Welton, D., Fead, F., & Medina, G. (1995). *Gay-/bisexual- and Latino-/Latina-targeted AIDS educational videos: A content analysis.* American Psychological Association, New York. (Poster)

45. Gillis, J.R., Herek, G.M., Cogan, J.C., & Glunt, E.K. (1995). *Forcing open the closet door: Attitudes toward outing.* American Psychological Association, New York. (Poster)

46. Cogan, J.C., Herek, G.M., Gillis, J.R., & Glunt, E.K. (1995). *Lesbian and gay perceptions of body image: An empirical understanding.* American Psychological Association, New York. (Poster)

47. Herek, G.M. (1995). *Prejudice and violence against lesbians and gay men.* Arizona Psychological Association, Phoenix. (Invited workshop)

48. Herek, G.M., Cogan, J.C., & Gillis, J.R. (1996). *Psychological correlates of hate crime victimization among gay men, lesbians, and bisexuals.* American Psychological Society, San Francisco. (Poster)

49. Herek, G.M., Gillis, J.R., & Cogan, J.C. (1996). *Hate crimes against gay men, lesbians, and bisexuals: Psychological consequences.* American Psychological Association, Toronto. (Symposium)

50. Herek, G.M. (1997). *AIDS stigma: A psychosocial perspective.* AIDS Impact: Biopsychosocial Aspects of HIV Infection, Third International Conference. Melbourne, Australia. (Invited paper)

51. Herek, G.M. (1997). *Homophobia: A barrier to AIDS prevention.* Sexuality and HIV/AIDS in Cuba, Latin America, and the Caribbean: Building bridges, crossing borders. Havana, Cuba. (Invited address)

*(continued)*

### Presentations at Professional Meetings (continued)

52. Herek, G.M. (1997). *Sexual orientation and public policy.* American Psychological Association, Chicago. (Invited award address, Distinguished Contribution to Psychology in the Public Interest, Early Career Award).

53. Herek, G.M. (1997). *Sexual prejudice: Understanding heterosexuals' attitudes toward lesbians and gay men.* "Homosexuell I Dag" Conference [*Homosexuality Today*], Stockholm University, Stockholm, Sweden. (Invited address)

54. Herek, G.M. (1997). *Hate crimes in the USA: The psychological impact of violence against lesbians and gay men.* "Homosexuell I Dag" Conference [*Homosexuality Today*], Stockholm University, Stockholm, Sweden. (Invited address)

55. Herek, G.M., & Capitanio, J.P. (1998). *AIDS stigma and HIV-related beliefs in the United States: Results from a national telephone survey.* World AIDS Conference, Geneva, Switzerland. (Oral presentation and poster)

56. Herek, G.M. (1998). *Sexual prejudice: The social psychology of homophobias and heterosexisms.* American Psychological Association, San Francisco. (Invited address, Society for the Psychological Study of Social Issues, APA Division 9)

57. Herek, G.M. (1999). *Sexual prejudice.* "Beyond Homophobia" International Conference, San Francisco. (Invited keynote address)

58. Herek, G.M. (1999). *AIDS and stigma in the United States.* Workshop on HIV/AIDS Stigma in Developing Countries. US Agency for International Development, Horizons Project, San Francisco. (Invited presentation)

59. Herek, G.M. (1999). *AIDS and stigma in the United States.* Conference on "HIV-AIDS: Issues in treatment, stigma, and policy." University of Nebraska, Lincoln. (Invited address)

60. Herek, G.M. (1999). *Interpersonal contact and sexual prejudice.* In G. M. Herek (Chair), The psychology of prejudice. American Psychological Society, Denver, Colorado. (Invited symposium)

61. Herek, G.M. (1999). *Sexual prejudice: Survey research on heterosexuals' attitudes toward lesbians and gay men.* Conference on "New approaches to research on sexual orientation, mental health, and substance abuse." National Institute of Mental Health, Bethesda, Maryland. (Invited presentation)

62. Herek, G.M. (1999). *Hate crimes: A framework for empirical research.* Hate Crimes: Research, Policy, and Action. Conference sponsored by the Society for the Psychological Study of Social Issues, Los Angeles, California. (Invited keynote remarks)

63. Herek, G.M. (1999). *Criminal victimization and sexual orientation: The Sacramento Hate Crimes Study.* Hate Crimes: Research, Policy, and Action. Conference sponsored by the Society for the Psychological Study of Social Issues, Los Angeles, California. (Invited presentation)

64. Herek, G.M. (2000). *Gender gaps in heterosexuals' attitudes toward gay men and lesbians.* Paper presented at the annual conference of the American Association for Public Opinion Research, Portland, OR.

65. Herek, G.M., Cogan, J.C., & Gillis, J.R. (2000) *Psychological well-being and commitment to lesbian, gay, and bisexual identities.* Paper presented in G.M. Herek (Chair), Identity, community, and well-being among lesbians, gay men, and bisexuals. American Psychological Association, Washington, DC.

66. Herek, G.M. (2001). *Heterosexual masculinity and the dynamics of sexual prejudice.* American Psychological Association, San Francisco. (Invited address, Society for the Psychological Study of Men and Masculinity, APA Division 51).

*(continued)*

### Presentations at Professional Meetings (continued)

67. Gillis, J.R., Herek, G.M., Cogan, J.C., & Green, L.G. (2001, August). *Alcohol usage in a lesbian, gay, and bisexual community sample.* Paper presented at the American Psychological Association, San Francisco, CA.

68. Herek, G.M. (2001). *The social psychology of stigma.* Invited address, conference on "Health, law, and human rights: Exploring the connections," sponsored by the American Society of Law, Medicine, and Ethics. Philadelphia, September 30, 2001.

69. Herek, G.M. (2002). *Heterosexism: Characteristics, causes, and consequences.* American Psychological Association, Chicago. (Symposium Chair and Discussant)

70. Herek, G.M. (2003). *Gender differences in sexual prejudice.* Paper presented in T. K. Vescio (Chair), Sexual prejudice and heterosexism: Critical considerations on perpetrators and targets. Society for Personality and Social Psychology, Los Angeles. (Invited symposium)

71. Herek, G.M. (2003). *Why is sexual prejudice declining in the United States? The role of heterosexuals' interpersonal contact with lesbians and gay men.* Paper presented at the annual conference of the American Association for Public Opinion Research, Nashville, TN.

72. Herek, G.M. (2003). *Beyond "homophobia": Thinking about sexual stigma and prejudice in the twenty-first century.* Invited paper presented at the conference, "Critical Issues in American Sexuality," sponsored by the San Francisco State University National Sexuality Resource Center, San Francisco.

73. Herek, G.M. (2005). *Marriage equality.* Conference of the International Association for the Study of Sexuality, Culture, and Society, San Francisco, CA. (Plenary panel: Invited discussant)

74. Herek, G.M. (2005). *Recognition of same-sex relationships: Politics, policy, and public opinion.* Paper presented in A. Omoto (Chair), Public policy and same sex relationships: Scientific perspectives. American Psychological Association, Washington, DC. (Invited paper)

75. Herek, G.M. (2005). *From sodomy laws to marriage equality: Psychology's role in public policy related to sexual orientation.* William Bevan Lecture on Psychology and Public Policy, presented at the annual meeting of the American Psychological Association, Washington, DC. (Invited address)

76. Herek, G.M. (2006). *The relationship of stigma to psychological and physical well-being in people with HIV/AIDS.* Paper presented at the Universitywide AIDS Research Program Investigators' Conference, San Mateo, CA.

77. Herek, G.M. (2006). *Sexual prejudice and stigma in the United States.* Nebraska Symposium on Motivation, University of Nebraska at Lincoln. (Invited lecture)

78. Steward W.T., Ramakrishna J., Herek G.M., Bharat S., Chandy S., Wrubel J., Huebner D.M., Singh G., & Ekstrand M.L. (2006) *Developing culturally-specific AIDS stigma scales for use in India.* XVI International AIDS Conference, Toronto, Canada (Poster)

79. Herek, G.M. (2006). *Eradicating sexual stigma and prejudice: Roles for psychologists.* Paper presented at the biennial convention of the Society for the Psychological Study of Social Issues, Long Beach, CA. (Invited award address)

80. Herek, G.M. (2006). *Understanding public opinion about same-sex relationships in the United States.* Paper presented in J. Mohr (Chair), Psychological research on legal recognition of same-sex romantic relationships. American Psychological Association, New Orleans, LA.

81. Herek, G.M. (2006). *Stigma, coping, and psychological and physical well-being in people with HIV/AIDS.* Paper presented in J. Stone (Chair), Relationship between stigma and well-being: New factors in coping and change. American Psychological Association, New Orleans, LA.

*(continued)*

### Presentations at Professional Meetings (continued)

82. Herek, G.M. (2007). *Sexual prejudice and intergroup contact: The moderating effects of disclosure and communication.* Paper presented in Mark Snyder (Chair), Sexual prejudice: Continuities and discontinuities with other forms of prejudice. Society for Personality and Social Psychology, Memphis, TN.

83. Norton, A.T., & Herek, G.M. (2007). *Exploring the gender(ed) divide: Attitudes toward transgender people in a national probability sample of US adults.* Society for Personality and Social Psychology, Memphis, TN. (Poster)

84. Herek, G.M. (2007). *Sexualities, science, and stigma.* Paper presented in Morton Ann Gernsbacher (Chair), Stigma from science: Group differences, not group deficits. Association for Psychological Science, Washington, DC. (Presidential Symposium: Invited participant)

85. Herek, G.M. (2007). *Confronting sexual prejudice: Theory and practice.* American Psychological Association, San Francisco, CA. (Invited address, Society for Personality and Social Psychology, APA Division 8)

86. Herek, G.M. (2007). Discussant in A. Lott (Chair), *Sexual orientation and military service: Current evidence and APA policy.* Presidential Symposium, American Psychological Association, San Francisco.

87. Herek, G.M., & Allen, T.J. (2007). *When does heterosexuals' contact with sexual minorities reduce sexual prejudice?* Paper presented in L. Garnets (Chair), Sexual prejudice and intergroup contact. American Psychological Association, San Francisco.

88. Allen, T.J., Sherman, J., & Herek, G.M. (2008). *Levels of self-representation determine the target of defense-based prejudice.* Society for the Psychological Study of Social Issues, Chicago, IL. (Poster)

89. Herek, G.M. (2008). *Beyond "homophobia": Thinking about sexual prejudice and stigma.* International Lesbian, Gay, Bisexual, and Transgender Psychology Summer Institute, University of Michigan, Ann Arbor. (Invited lecture)

90. Steward, W. T., Herek, G. M., Chandy, S., Singh, G., Panicker, S., Osmand, T., & Ekstrand, M. L. (2008). *Avoiding disclosure of HIV status results leads to greater isolation and depression among HIV-infected individuals in Southern India.* XVII International AIDS Conference, Mexico City. (Poster)

91. Herek, G.M. (2009). *Sexual orientation, science, and the law: How social and behavioral research can inform public policy.* World on Fire Graduate Student Research Conference, Claremont Graduate University, Claremont, CA. (Keynote lecture)

92. Herek, G.M. (2010). *Sexual orientation, stigma, and legal recognition of same-sex relationships.* Paper presented in C. Goodheart & B. Strickland (Chairs), Marriage equality for same-sex couples: Science and the legal debate. American Psychological Association, San Diego, CA. (Invited presidential symposium)

93. Herek, G.M. (2010). Participant in J. Tobias (Chair), *Intersection of law, policy, and scholarship in gay rights debates.* Conversation Hour, American Psychological Association, San Diego, CA.

94. Herek, G.M. (2011). *LGBT health and the 2011 Institute of Medicine report.* Williams Institute 2011 Annual Update Conference, University of California, Los Angeles. (Invited panel presentation)

95. Herek, G.M. (2013). *Setting the record "straight": Sexual orientation, social science, and the courts.* Paper to be presented in Bridging Research on Policy and Practice: The Challenge of Sexual Literacy. Society for the Scientific Study of Sexuality Annual Symposium, San Francisco (Invited paper)

# INVITED LECTURES AND COLLOQUIA

1. *Why prejudice, why tolerance? The social psychology of attitudes toward lesbians and gay men.* University of California, Davis. July 23, 1984. (Invited colloquium)

2. *Homophobias, heterosexisms, and the psychological functions of prejudice.* AIDS Project New Haven (CT). February 7, 1985. (Invited lecture)

3. *The psychological functions of prejudice and tolerance.* Barnard College of Columbia University, New York. March 6, 1985. (Invited colloquium)

4. *Homophobias and heterosexisms: The psychology of prejudice and sexuality.* Connecticut College, New London, CT. May 1, 1985. (Invited lecture)

5. *Making better decisions: A psychologist's perspective.* Conference of Maine, New Hampshire, and Vermont Superior Court Justices. May 10, 1985. (Invited address)

6. *Straight talk about homophobia and health care.* Grand Rounds, Yale Student Health Center, New Haven, CT. May 21, 1985. (Invited lecture)

7. *Straight talk about homophobia and health care.* Fair Haven (CT) Community Health Clinic. June 14, 1985. (Invited lecture)

8. *Bioethical problems associated with AIDS.* Symposium on Bioethical Issues, Sponsored by Department of Biology, Yale University, New Haven. December 12, 1985. (Discussant).

9. *AIDS, prejudice, and politics.* Connecticut Jungian Society, Guilford, CT. February 8, 1986. (Invited panel discussion)

10. *The social psychology of homophobia: Toward a practical theory.* Conference on Sex, Politics, and the Law. New York University Law School. February 22, 1986. (Invited address)

11. *The psychology of homophobia and the politics of AIDS.* Yale University Summer Lecture Series, New Haven. July 17, 1986. (Invited lecture)

12. *Attitudes toward lesbians and gay men: A social psychological approach.* Smith College, Northampton, MA. October 23, 1986. (Invited lecture)

13. *Sexuality and civil rights.* Yale University, New Haven. November 12, 1986. (Invited lecture and panel discussion)

14. *The social psychology of homophobia.* Pennsylvania State University, University Park, PA. February 12, 1987. (Invited lecture)

15. *Public education about AIDS: A functional approach.* Yale University, New Haven. April 1, 1987. (Invited colloquium)

16. *A functional approach to attitudes: The case of prejudice against lesbians and gay men.* University of Nebraska at Omaha. April 15, 1987. (Invited colloquium)

17. *AIDS and homophobia: Psychosocial and political dimensions of the epidemic.* University of Texas Medical Center, Dallas, TX. September 18, 1987. (Invited lecture)

18. *The psychology of homophobia and the politics of AIDS.* Haverford College, PA. November 7, 1987. (Invited lecture)

19. *Homophobia and the politics of discrimination.* 92nd Street YMHA, New York. November 14, 1987. (Invited public lecture)

20. *Public reactions to AIDS.* Teachers College of Columbia University, New York. December 1, 1987. (Invited lecture)

*(continued)*

### Invited Lectures and Colloquia (continued)

21. *The social psychology of homophobia and anti-gay/anti-lesbian violence.* California State University, Fresno. April 7, 1988. (Invited lecture)

22. *Attitudes toward lesbians and gay men.* Second Tuesdays Lecture Series of the New York Lesbian and Gay Community Center. April 12, 1988. (Invited public lecture)

23. *Attitudes toward lesbians and gay men: A social psychological approach.* Midwest Association for the Psychological Study of Lesbian and Gay Issues, Chicago. June 25, 1988. (Invited lecture)

24. *Assessing attitude functions: Theoretical and methodological issues.* Institute for Personality Assessment and Research, University of California, Berkeley. November 8, 1988. (Invited colloquium)

25. *AIDS and public opinion.* Center for AIDS Prevention Studies, University of California at San Francisco. April 28, 1989. (Invited colloquium)

26. *The psychology of prejudice and the politics of AIDS and AIDS-prevention.* James Madison University, Harrisonburg, VA. October 2, 1989. (Invited lecture)

27. *Invisible victims of crime: The lesbian and gay community.* Governor's Conference on Victim Services and Public Safety, Anaheim, CA. May 29, 1990. (Invited address)

28. *The social psychology of public reactions to AIDS.* California Office of AIDS, Sacramento, CA. December 11, 1990. (Invited colloquium)

29. *The psychology of prejudice and the politics of AIDS.* Marquette University, Milwaukee WI. April 17, 1991. (Invited lecture)

30. *Anti-gay prejudice: A social science perspective.* University of Wisconsin, Milwaukee. April 18, 1991. (Invited public lecture)

31. *The psychology of heterosexism: Prejudice and violence in the era of AIDS.* Stanford University. April 26, 1991. (Invited lecture)

32. *Hate crimes against lesbians and gay men.* Stanford University Law School Conference on Bias Crimes. April 8, 1992. (Invited address and panel discussion)

33. *Hetero/Sexism: Prejudice and violence against lesbians and gay men.* Oregon State University, Corvallis. October 30, 1992. (Invited lecture)

34. *Hate crimes and heterosexism: The social psychology of violence against lesbians and gay men.* Pennsylvania State University. November 7, 1992. (Invited lecture)

35. *Sexual orientation and the U.S. military: A social science perspective on current policy.* Meeting of national organizations on the U.S. military policy on homosexuality and military service, sponsored by the American Psychological Association. December 7, 1992. (Invited address)

36. *Research on Gay, Lesbian, and Bisexual Issues at the University of California* (Panel discussion). "U.C. us everywhere: A U.C. systemwide conference on gay, lesbian, and bisexual issues." University of California, Davis. February 13, 1993. (Invited address and panel discussion)

37. *Hetero/Sexism: Prejudice and violence against lesbians and gay men.* California State University, Long Beach. February 19, 1993. (Invited lecture)

38. *U.S. military personnel policy and gay people: A social science perspective on implementing a nondiscriminatory policy.* The Rand Corporation, Santa Monica, CA. May 12, 1993. (Invited lecture and briefing)

*(continued)*

### Invited Lectures and Colloquia (continued)

39. *Sex, lies, and factoids: The uses and misuses of social science research in the fight for lesbian and gay civil rights.* Symposium cosponsored by the American Psychological Association, National Gay & Lesbian Task Force, and Human Rights Campaign Fund. Washington, DC. November 5, 1993. (Invited lecture)

40. *Heterosexuals' attitudes toward lesbians and gay men: The contact hypothesis reconsidered.* "At The Frontier: Homosexuality and the Social Sciences." Conference sponsored by the Center for Lesbian and Gay Studies, City University of New York.  December 3, 1993.  (Invited lecture)

41. *Homophobia.*  Gay, lesbian, and bisexual studies seminar for psychiatry residents and fellows, UCSF Langley Porter Institute. December 14, 1993. (Invited lecture)

42. *Heterosexuals' attitudes toward lesbians and gay men.*  Grand Rounds, Department of Psychiatry, University of California Medical Center, Sacramento, CA.  April 6, 1994. (Invited lecture)

43. *Prejudice, public policy, and sexual orientation: A psychologist's perspective.*  Frederick Howell Lewis Distinguished Lecture, Psi Chi. American Psychological Association, Los Angeles. August, 1994. (Invited award lecture)

44. *Mental health and anti-lesbian/anti-gay victimization: The Sacramento Hate Crimes Study.*  Bay Area Hate Crimes Investigators' Association, San Francisco. September 21, 1994. (Invited lecture)

45. *Heterosexuals' attitudes toward lesbians and gay men: The contact hypothesis reconsidered.* Conference on "Health Sciences, Heterosexism, and Homophobia."  University of California, San Francisco.  April 22, 1995. (Invited address)

46. *Heterosexuals' attitudes toward lesbians and gay men: Does coming out make a difference?* Lawrence Berkeley National Laboratories, University of California, Berkeley. October 10, 1995. (Invited lecture)

47. *Hate crimes: Confronting violence against lesbians and gay men.*  Phoenix College, Phoenix, AZ. October 14, 1995. (Invited public lecture)

48. *Hate crimes: Psychological responses to violence against lesbians and gay men.*  Yale University. April 29, 1996. (Invited lecture)

49. *Homophobia and public health.*  National Lesbian and Gay Journalists Association, Miami. September 6, 1996. (Invited address)

50. *Hate crimes and homophobia in the USA.*  Sydney Anti-Violence Project, Sydney, Australia.  June 26, 1997.  (Invited public lecture)

51. *Sexual prejudice: Understanding heterosexuals' attitudes toward lesbians and gay men.*  Schorer Institute and University of Utrecht, Amsterdam, The Netherlands.  October 27, 1997. (Invited public lecture)

52. *The impact of victimization: Why hate crimes are a special case.*  Congressional briefing sponsored by the American Psychological Association, Washington, DC.  November 7, 1997. (Invited lecture)

53. *Sexual prejudice: Understanding homophobias and heterosexisms.*  Department of Psychology, University of California, Davis.  January 21, 1998. (Invited lecture)

54. *Sexual prejudice: The psychology of homophobias and heterosexisms.*  Oberlin College. December 5, 1998. (Invited lecture)

55. *Hate crimes against lesbians and gay men.*  Columbia University HIV Center. May 20, 1999. (Grand Rounds) (Invited lecture)

56. *Hate crimes based on sexual orientation: An overview.*  American Civil Liberties Union Biennial Conference, San Diego. June 25, 1999. (Invited address)

*(continued)*

### *Invited Lectures and Colloquia (continued)*

57. *Sexual prejudice in the United States.* San Francisco Public Library. October 16, 1999. (Invited public lecture and panel discussion)

58. *Sexual prejudice.* Department of Psychology, University of California, Santa Cruz. April 19, 2000. (Invited colloquium)

59. *AIDS and stigma in the United States.* Centers for Disease Control and Prevention. Atlanta, June 9, 2000. (Invited address)

60. *AIDS and stigma in the United States.* Forum on "Stigma: Breaking Through the Misinformation," sponsored by AIDS Action and the Centers for Disease Control and Prevention, Washington DC. January 26, 2001. (Invited address)

61. *The roots of sexual prejudice.* Invited lecture for the series, "Homosexuality and Christian Faith: New Visions for the New Century," sponsored by an inter-denominational group of 24 churches in the San Francisco Bay Area. San Francisco. March 22, 2001.

62. *Survey methods for studying stigma and prejudice.* Summer Institute on Sexuality, Society and Health. Program in Sexuality Studies, San Francisco State University. June 28, 2001. (Invited lecture)

63. *"Live and Let Live."* Sacramento and Yolo Counties World AIDS Day Commemoration. December 5, 2002. (Invited keynote address)

64. *Sexual prejudice.* Summer Institute on Sexuality, Society and Health. Program in Sexuality Studies, San Francisco State University. July 22, 2003. (Invited lecture)

65. *Sexual orientation, science, and the law: How social and behavioral research can inform public policy.* Jeanne Herberger Lecture Series on "Communication, Culture, and Conflict," Hugh Downs School of Human Communication, Arizona State University. October 9, 2003. (Invited lecture)

66. *Fitness for priesthood? Shifting Vatican teachings on homosexuality.* National Sexuality Resource Center, San Francisco State University, February 23, 2006. (Invited address and panel discussion)

67. *Beyond "homophobia": What social science tells us about sexual prejudice.* Marquette University. April 20, 2006. (Invited lecture)

68. *Deconstructing "LGB": Social, psychological, and demographic differences and similarities among lesbians, gay men, bisexual women, and bisexual men in a US national probability sample.* Department of Psychology, University of California, Los Angeles. May 4, 2006. (Invited colloquium)

69. *Deconstructing "LGB": Findings from a nationally representative sample of sexual minority adults.* Department of Psychology, University of California, Berkeley. April 3, 2007. (Invited colloquium sponsored by the Diversity Student Alliance)

70. *Deconstructing "LGB": Findings from a nationally representative sample of sexual minority adults.* Bay Area Sexuality Research Seminar Series, San Francisco State University. April 26, 2007. (Invited lecture)

71. *Identity, relationships, and stigma among U.S.sexual minority adults.* Sexual Minority Action Research Team, San Francisco. May 1, 2007. (Invited lecture)

72. *Stigma, prejudice, and sexual orientation.* Continuing Medical Education conference on Sexual Orientation and Gender Identity in Primary Care, General Medicine and Mental Health, UC Davis Medical Center, January 17, 2009. (Keynote lecture)

73. *Beyond "homophobia": What social science tells us about sexual prejudice.* Stauffer Colloquium Series on Applied Psychology, Claremont Graduate University, March 5, 2009. (Invited lecture)

74. *Moral intuition and the emotion of disgust.* Expert Roundtable, Williams Institute, UCLA School of Law, June 4-5, 2009. (Invited speaker and roundtable participant)

*(continued)*

*Gregory M. Herek, Ph.D./Page 33*

### Invited Lectures and Colloquia (continued)

75. *Beyond "homophobia": Thinking about sexual stigma and prejudice.* International Human Rights Funders Group, San Francisco. January 26, 2010. (Invited symposium presentation)

76. *Beyond "homophobia": Thinking more clearly about stigma, prejudice, and sexual orientation.* Grand Rounds, Langley Porter Psychiatric Institute, University of California, San Francisco. October 16, 2012.

77. *Stigma and sexual minority health.* Grand Rounds, San Francisco General Hospital. October 16, 2012.

78. *Getting past "homophobia": Thinking more clearly about stigma, prejudice, and sexual orientation.* Invited Webinar sponsored by ANSIRH (Advancing New Standards in Reproductive Health), University of California, San Francisco. May 14, 2013.

79. *Stigma, health, and well-being in people with HIV/AIDS.* Alameda AIDS Research Coalition, Oakland, CA. July 11, 2013.