UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TARA KING, ED.D., *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> CHRISTOPHER J. CHRISTIE, *et al.*, <br><br>    Defendants. | Civil Action <br><br> Case No. 13-cv-5038 <br><br> Hon. Freda L. Wolfson, U.S.D.J. <br><br> Hon. Lois H. Goodman, U.S.M.J. |

## ORDER GRANTING SUMMARY JUDGMENT TO INTERVENOR-DEFENDANTGARDEN STATE EQUALITY

| | | |
|---|---|---|
| Michael Gluck <br> Andrew Bayer <br> GluckWalrath LLP <br> 428 River View Plaza <br> Trenton, NJ 08611 <br> Telephone:   (609) 278-3900 <br> Facsimile:   (609) 278-3901 | Frank Holozubiec <br> David S. Flugman <br> Brett J. Broadwater <br> Shireen A. Barday <br> Andrew C. Orr <br>   *Pro hac vice applications pending* <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Telephone:   (212) 446-4800 <br> Facsimile:   (212) 446-4900 <br><br> -- and -- <br><br> Andrew Welz <br>   *Pro hac vice application pending* <br> KIRKLAND & ELLIS LLP <br> 655 Fifteenth Street, NW <br> Washington, D.C. 20005 <br> Telephone:   (202) 879-5000 <br> Facsimile:   (202) 879-5200 | Shannon P. Minter <br> Amy Whelan <br> Christopher F. Stoll <br>   *Pro hac vice applications pending* <br> NATIONAL CENTER FOR LESBIAN RIGHTS <br> 870 Market Street, Suite 370 <br> San Francisco, CA 94102 <br> Telephone:   (415) 392-6257 <br> Facsimile:   (415) 392-8442 |

*Attorneys for Proposed Intervenor-Defendant Garden State Equality*

**THIS MATTER** having been brought before the Court through the filing of a Notice of Motion by Defendant-Intervenor Garden State Equality for summary judgment, by and through its attorneys, and the Court having considered the moving papers submitted with the Notice of Motion and all opposition papers submitted thereto by Plaintiffs; and the Court having heard oral argument; and for the reasons set forth on the record or in the Court's written opinion; and for good cause having been shown;

**IT IS ON THIS** ___ day of_____, 2013;

**ORDERED** that summary judgment is hereby granted to Intervenor-Defendant Garden State Equality and the Plaintiffs' Complaint is hereby dismissed with prejudice; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties to these actions or their counsel of record within seven (7) days from the date hereof.

_____
Hon. Freda L. Wolfson, U.S.D.J.