UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TARA KING, ED.D., *et al.*, : | Civil Action No. 13-5038 |
| : | |
| Plaintiffs, : | **ORDER** |
| : | |
| vs. : | |
| : | |
| : | |
| CHRISTOPHER CHRISTIE, : | |
| Governor of New Jersey, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

**THIS MATTER** having been opened to the Court by Demetrios K. Stratis, Esq., counsel for Plaintiffs, Tara King ED.D. and Ronald Newman, Ph.D., who are individual licensed therapists, as well as the National Association for Research and Therapy of Homosexuality and the American Association of Christian Counselors (collectively, "Plaintiffs"), and by Robert T. Lougy, Esq., counsel for Defendants, Governor Christie, Eric T. Kanefsky, Director of the New Jersey Dep't of Law and Public Safety, Milagros Collazo, Executive Director of the New Jersey Board of Marriage and Family Therapy Examiners, J. Michael Walker, Executive Director of the New Jersey Board of Psychological Examiners, and Paul Jordan, President of the New Jersey State Board of Medical Examiners (collectively, "Defendants"), on cross motions for summary judgment; it appearing that Proposed Intervenor Garden State Equality ("Intervenor"),

through its counsel, Andrew Bayer, Esq., moved for permissive intervention as a defendant and moved for summary judgment; it appearing that Plaintiffs oppose intervention by Garden State; the Court having considered the parties' submissions in connection with the motions, and having heard oral argument on October 1, 2013, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 8th day of November, 2013,

**ORDERED** that Garden State's motion to intervene is **GRANTED**;

**ORDERED** that Plaintiffs' motion for summary judgment is **DENIED**;

**ORDERED** that Defendants' cross motion for summary judgment is **GRANTED;**

**ORDERED** that Garden State's cross motion for summary judgment is **GRANTED**;

**ORDERED** that Plaintiffs' Motion to Reconsider Dispensing of Evidence and Deem Certain Facts Admitted is **DENIED**; and it is further

**ORDERED** that this case shall be marked as **CLOSED**.

/s/      Freda L. Wolfson
Freda L. Wolfson
United States District Judge