UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| **TARA KING, ED.D.**, individually and on behalf of her patients, **RONALD NEWMAN, PH.D.**, individually and on behalf of his patients, **NATIONAL ASSOCIATION FOR RESEARCH AND THERAPY OF HOMOSEXUALITY (NARTH), AMERICAN ASSOCIATION OF CHRISTIAN COUNSELORS (AACC)**,<br><br>                       Plaintiffs,<br>v.<br><br>**CHRISTOPHER J. CHRISTIE**, Governor of the State of New Jersey, in his official capacity, **ERIC T. KANEFSKY**, Director of the New Jersey Department of Law and Public Safety: Division of Consumer Affairs, in his official capacity, **MILAGROS COLLAZO**, Executive Director of the New Jersey Board of Marriage and Family Therapy Examiners, in her official capacity, **J. MICHAEL WALKER**, Executive Director of the New Jersey Board of Psychological Examiners, in his official capacity; **PAUL JORDAN**, President of the New Jersey State Board of Medical Examiners, in his official capacity,<br><br>                       Defendants. | Case No. 3:13-cv-05038 |

**PLAINTIFFS' NOTICE OF APPEAL**

      Pursuant to Fed. R. App. P. 3, and Third Circuit Rule 3.1, Plaintiffs, Dr. Tara King, Dr. Ronald Newman, National Association for Research and Therapy of Homosexuality ("NARTH"), and American Association of Christian Counselors hereby notice their appeal to the United

States Court of Appeals for the Third Circuit from the Order denying Plaintiffs' motion for a summary judgment entered November 8, 2018 (Dkt. 57).

                                  Respectfully submitted,

                                  /s/ <u>Demetrios Stratis</u>
                                      Demetrios Stratis
                                      New Jersey Bar No. 022391991
                                      Mathew D. Staver*
                                      Stephen M. Crampton*
                                      Daniel J. Schmid*
                                      Liberty Counsel
                                      Attorneys for Plaintiffs
                                      P.O. Box 11108
                                      Lynchburg, VA 24502
                                      Tel. 434-592-7000
                                      Fax: 434-592-7700
                                      court@LC.org

                              *Admitted Pro Hac Vice

                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed electronically with the court on November 8, 2013. Service will be effectuated by the Court's electronic notification system upon all counsel of record.

                                  /s/ <u>Demetrios Stratis</u>
                                      Demetrios Stratis
                                      New Jersey Bar No. 022391991