# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### TRENTON DIVISION

**TARA KING, ED.D.**, individually and on behalf of her patients, **RONALD NEWMAN, PH.D.**, individually and on behalf of his patients, **NATIONAL ASSOCIATION FOR RESEARCH AND THERAPY OF HOMOSEXUALITY (NARTH)**, **AMERICAN ASSOCIATION OF CHRISTIAN COUNSELORS (AACC)**,

                    Plaintiffs,

        v.                                    Case No. 3:13-cv-05038

**CHRISTOPHER J. CHRISTIE**, Governor of the State of New Jersey, in his official capacity, **ERIC T. KANEFSKY**, Director of the New Jersey Department of Law and Public Safety: Division of Consumer Affairs, in his official capacity, **MILAGROS COLLAZO**, Executive Director of the New Jersey Board of Marriage and Family Therapy Examiners, in her official capacity, **J. MICHAEL WALKER**, Executive Director of the New Jersey Board of Psychological Examiners, in his official capacity; **PAUL JORDAN**, President of the New Jersey State Board of Medical Examiners, in his official capacity,

                    Defendants.

_____

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, and Third Circuit Rule 3.1, Plaintiffs, Dr. Tara King, Dr. Ronald Newman, National Association for Research and Therapy of Homosexuality ("NARTH"), and American Association of Christian Counselors hereby notice their appeal to the United

States Court of Appeals for the Third Circuit from the Order denying Plaintiffs' motion for a summary judgment entered November 8, 2013 (Dkt. 57).

Respectfully submitted,

/s/ Demetrios Stratis
        Demetrios Stratis
        New Jersey Bar No. 022391991
        Mathew D. Staver*
        Stephen M. Crampton*
        Daniel J. Schmid*
        Liberty Counsel
        Attorneys for Plaintiffs
        P.O. Box 11108
        Lynchburg, VA 24502
        Tel. 434-592-7000
        Fax: 434-592-7700
        court@LC.org

        *Admitted Pro Hac Vice

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the court on November 12, 2013. Service will be effectuated by the Court's electronic notification system upon all counsel of record.

/s/ Demetrios Stratis
        Demetrios Stratis
        New Jersey Bar No. 022391991